FILED

2015 JUN 25 PM 2: 12

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA, FLORIDA**

UNITED STATES OF AMERICA, the
STATE OF FLORIDA
ex rel,
THEODORE A. SCHIFF, M.D.

Plaintiff,

CASE NO.: 8:15-CV-1506-T-23AEP

v.

ROBERT A. NORMAN, D.O., ROBERT A. NORMAN, D.O., P.A., a Florida professional association
HEALTHCARE DEVELOPMENT, LLC, a Florida Limited Liability Company

Defendants.

_______________________________/

**MOTION TO FILE COMPLAINT FOR DAMAGES AND OTHER RELIEF UNDER THE *QUI TAM* PROVISIONS OF THE FALSE CLAIMS ACT AND DEMAND FOR JURY TRIAL UNDER SEAL**

COMES NOW, the Plaintiff, Theodore A. Schiff (hereinafter "Relator") "), who by and through the undersigned counsel, files this Motion to File Under Seal, and alleges:

1. This is a Qui Tam case under the Federal False Claims Act, 31 U.S.C. Sections 3729-3733 ("The False Claims Act").

2. Pursuant to 31 U.S.C. Section 3730(b)(2), qui *tam* Complaints must be filed in camera and under seal for a period of at least sixty (60) days and shall not be served on Defendant until the Court so orders.

3. Relator respectfully requests that the Court order the clerk to file the Complaint under seal. If, after in camera review, the court determines that the application is not appropriately filed under seal, Relator hereby withdraws this motion and requests that this motion and the attached Complaint be returned to his counsel by the Court without being made a part of the record or file of this cause.

WHEREFORE, Relator respectfully requests that this Court grant this Motion to File Under Seal.

Respectfully submitted this 24, day of June, 2015.

KLITZMAN LAW GROUP, PLLC
*Attorneys for Plaintiff*
Sawgrass Commerce Center
1391 Sawgrass Corporate Parkway
Sunrise, FL. 33323
Telephone: (954) 384-4421
Facsimile: (954) 389-3579

By: ______________________
LAWRENCE S. KLITZMAN, ESQ.
Fla. Bar No.: 312878

BERGER & MONTAGUE, P.C.
Daniel R. Miller, Esquire
Shauna B. Itri, Esquire
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-5807