FILED
2015 JUL -1 PM 4:08
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EX PARTE**
**UNDER SEAL**

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O., et al.,

Defendants.
______________________________/

**ORDER**

In accord with 31 U.S.C. § 3730(b) and Local Rule 1.09(b), the relator's motion (Doc. S-2) to seal for a minimum of sixty days the complaint under the Federal False Claims Act and Florida False Claims Act is **GRANTED**. The complaint is **SEALED** until further order.

ORDERED in Tampa, Florida, on July 1st, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

AD
S-3