UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

2015 SEP 16 PM 3:46

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

**EX PARTE**
**UNDER SEAL**

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O., et al.,

Defendants.

____________________________________/

**ORDER**

The United States moves (Doc. S-4) for additional time to decide whether to intervene in this *qui tam* action. Under 31 U.S.C. § 3730(b)(2), the United States has sixty days after receiving the complaint to intervene in an action under the False Claims Act. Under Section 3730(b)(3), the government "may, for good cause shown, move . . . for extensions of the time during which the complaint remains under seal." Having established good cause, the United States' motion (Doc. S-4) is **GRANTED**. The United States may intervene no later than **MARCH 14, 2016**.*

ORDERED in Tampa, Florida, on September 16th, 2015.

[signature]
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

* The United States states that Florida "has expressed an interest in a corresponding enlargement . . . of the seal and intervention deadline under the Florida False Claims Act." (Doc. S-4 at 5) However, Florida fails to move for an extension or to join the United States' motion.

S-5