FILED

2015 SEP 28 PM 2:31

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EX PARTE**
**UNDER SEAL**

THE UNITED STATES OF AMERICA and
THE STATE OF FLORIDA *ex. rel.*
THEODORE A. SCHIFF, M.D.

Plaintiffs, Case No. 8:15-cv-1506-T-23AEP

v.

ROBERT A. NORMAN, et al.

Defendants
_______________________________________/

**STATE OF FLORIDA'S *EX PARTE* MOTION FOR ENTRY OF ORDER *NUNC PRO TUNC* EXTENDING THE INTERVENTION DEADLINE AS TO FLORIDA**

The State of Florida Office of the Attorney General, Department of Legal Affairs ("Department"), by and through the undersigned attorney, pursuant to section 68.083(5) Florida Statutes, hereby files this *ex parte* Motion and respectfully requests the entry of an Order *Nunc Pro Tunc* extending the intervention deadline as to the State of Florida and concurrent with the deadline granted to the United States.

Relator, through counsel, does not oppose this motion nor does the United States. Due to the fact that this action was filed under seal and there has been no motion filed to have the complaint unsealed and served upon the Defendants, the motion is filed *ex parte* of the Defendants.

**MEMORANDUM IN SUPPORT OF FLORIDA'S MOTION TO EXTEND THE INTERVENTION DEADLINE**

Pursuant to §68.083(5), Fla. Stat. (2013), for good cause shown, the Department is authorized to request additional extensions of time to make a decision whether or not to intervene on behalf of the State. The statute expressly provides for extensions of time in order to allow the Department an adequate opportunity to determine whether the allegations made by the Plaintiffs have substance and whether or not it is in the best interest of the State for the Department to intervene.

The State of Florida was served with the Complaint in the instant case on July 16, 2015. Florida's deadline to elect to intervene in this action expired on August 29, 2015. When the United States filed its recent Motion to extend seal and intervention deadlines, Florida intended to join in that Motion and did not, therefore, separately move for the extensions. Florida's intention was not well expressed to the United States, ostensibly resulting in this Court's September 16th Order that the intervention deadline did not apply to Florida. When the United States sent Florida the Order, Florida's deadline of August 29, 2015 had already passed. Accordingly, Florida now respectfully moves this Court for the entry of an order, effective *nunc pro tunc* as of September 16, 2015, extending Florida's intervention deadline to March 14, 2016.

Good cause exists to grant this Motion. The allegations in the action involve allegations of fraud on the state Medicaid program. The investigation of these allegations, including the necessary witness interviews and document review, requires significant time and resource allocation and Florida is moving diligently in its investigation. In the time since

the Complaint was received, Florida has requested documents from the state agency responsible for licensing Defendants' practice and equipment and requested relevant policy clarifications from the state agency responsible for administering Medicaid. Florida has also requested data to be run on which analytics must still be performed. Moving forward, Florida plans to participate in witness interviews, such as that of Defendants' former employee(s), identify further relevant documents and request same, and prepare damages models.

For the foregoing reasons, the State of Florida respectfully requests that its *ex parte* Motion for an extension of time up to and including March 14, 2016, in which to notify the Court of its intervention decision, be granted. A proposed order is being submitted contemporaneously with this request for the Court's consideration.

Dated: September 25, 2015

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

By: ______________________

Magdalena Ozarowski
Assistant Attorney General
Florida Bar Number: 94297
Office of the Attorney General
Medicaid Fraud Control Unit
Complex Civil Enforcement Bureau
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3600
Facsimile: (850) 410-0179
Magdalena.Ozarowski@myfloridalegal.com
Trial Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the State of Florida's *ex parte* Motion for Entry of Order *nunc pro tunc* Extending the Intervention Deadline as to Florida and the proposed Order *nunc pro tunc* was furnished via U.S. mail this 25th day of September, 2015 to the parties designated below.

Magdalena Ozarowski
Assistant Attorney General

Lawrence S. Klitzman, Esq.
Lawrence S. Klitzman, P.A.
Sawgrass Commerce Center
1391 Sawgrass Corporate Parkway
Sunrise, FL 33323

Daniel R. Miller, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Christopher J. Emden
Assistant United States Attorney
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, Florida 33602-4798