FILED

2016 MAR 24 PM 3:43

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EX PARTE**
**UNDER SEAL**

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O., et al.,

Defendants.
_______________________________________/

**ORDER**

For the second time, the United States moves (Doc. S-4) for additional time to decide whether to intervene in this *qui tam* action. Under 31 U.S.C. § 3730(b)(2), the United States has sixty days after receiving the complaint to intervene in an action under the False Claims Act. Under Section 3730(b)(3), the government "may, for good cause shown, move . . . for extensions of the time during which the complaint remains under seal." Having established good cause, the United States' motion (Doc. S-8) is **GRANTED**. The United States may intervene no later than **JULY 14, 2016**. **ABSENT EXTRAORDINARY CIRCUMSTANCES, NO FURTHER EXTENSION IS AVAILABLE.**

ORDERED in Tampa, Florida, on March 24th, 2016.

[signature]
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

S-9