FILED

2016 JUL 14 PM 5:41

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v.

Case No. 8:15-cv-1506-T-23AEP

**EX PARTE**
**FILE UNDER SEAL**
**[31 U.S.C. § 3730(b)(2)]**

ROBERT A. NORMAN, D.O., et al.,

Defendants.
_______________________________________/

**NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME**

The United States has not yet completed its investigation relative to this matter and, as such, is presently not in a position to advise the Court as to whether it will proceed with the action. Accordingly, pursuant to the False Claims Act (FCA), 31 U.S.C. § 3730(b)(4)(B), the United States hereby notifies the Court that it is not intervening in this case at this time. The Government's investigation will continue, however.

Although the United States is not intervening at this juncture, it respectfully refers the Court to the relevant provisions of the FCA, which allow the relator to maintain the action in the name of the United States, 31 U.S.C. § 3730(c)(3), provided, however, that the "action may be dismissed only if the [C]ourt and the



S-10

Attorney General give written consent to the dismissal and their reasons for consenting," 31 U.S.C. § 3730(b)(1). The United States therefore requests that, should either the relator or any of the defendants propose that this action be dismissed, settled or otherwise discontinued, the Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States respectfully requests that all pleadings filed in this action and all Orders issued by the Court be served upon the United States. The United States respectfully reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the relator's action or claim. The United States also respectfully requests that it be served with all notices of appeal.

Finally, the Government respectfully requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States respectfully requests, however, that all papers on file in this action (including, but not limited to, the applications filed by the United States in connection with its requests for extensions of the seal and the intervention deadline) remain under seal. Such pleadings discuss the content and the extent of the Government's investigation and were provided by law to the Court for the sole purpose of helping the Court to evaluate whether the seal and the intervention deadline should be extended.

A proposed Order accompanies this Notice.

Dated: July 14, 2016

Respectfully Submitted,

A. LEE BENTLEY, III
United States Attorney

CHRISTOPHER J. EMDEN
Assistant United States Attorney
USAO No. 158
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6200
Email: Christopher.Emden@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the foregoing *Notice of the United States That It Is Not Intervening At This Time* and accompanying proposed Order to be filed with the Clerk of the Court on July 14, 2016. I CERTIFY FURTHER that the foregoing documents are being sent to the following individuals via first class U.S. mail on July 14, 2016:

| | |
|---|---|
| Lawrence S. Klitzman<br>Lawrence S. Klitzman, P.A.<br>Sawgrass Commerce Center<br>1391 Sawgrass Corporate Parkway<br>Sunrise, FL 33323<br><br>Daniel R. Miller<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>*Attorneys for the Relator* | Rebecca Sirkle<br>Assistant Attorney General<br>MFCU-Complex Civil Enforcement Bureau<br>Office of the Attorney General<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050<br><br>*Attorney for the State of Florida* |

CHRISTOPHER J. EMDEN
Assistant United States Attorney