UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2016 JUL 20 PM 5:44

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O., et al.,

Defendants.
_______________________________________/

**ORDER**

The relator sues on behalf of the United States and Florida. The United States declines (Doc. S-10) to intervene in this *qui tam* action. Similarly, by protracted silence, Florida declines to intervene. *See United States* ex rel. *Ruckh v. Genoa Healthcare*, No. 8:11-cv-1303-T-23-TBM, Doc. 129 (M.D. Fla. July 23, 2014). Each paper filed in this action is **UNSEALED**. The clerk is directed to publish each paper to CM/ECF.* The relator must promptly serve the defendants with the complaint

---

* The United States requests without legal or factual support that the seal remain on each paper except "the relator's Complaint, this Notice, and the attached proposed Order" because the papers "discuss the content and the extent of the Government's investigation and were provided by law to the Court for the sole purpose of helping the Court to evaluate whether the seal and the intervention deadline should be extended." (Doc. S-10 at 2) The United States' generic statement is insufficient to sustain a seal. *See, e.g.*, *United States* ex rel. *Doe v. Recovery Home Care*, No. 8:12-cv-2495-T-36TBM, Doc. 11 (M.D. Fla. Jan. 24, 2014) (rejecting a nearly identical statement); *United States* ex rel. *Doe v. La Vie Health Care Ctrs., Inc.*, No. 8:11-cv-1303-T-23TBM, Doc. 11 (M.D. Fla. Apr. 17, 2012) (same).

(Doc. S-1), the United States' notice (Doc. S-10), and this order. The parties must serve each pleading on the United States, and the clerk is directed to send each future order to the United States.

ORDERED in Tampa, Florida, on July 20th, 2016.

Steven D. Merryday

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE