**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE UNITED STATES OF AMERICA
and STATE OF FLORIDA
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. Case No. 8:15-CV-1506-SDM-AEP

ROBERT A. NORMAN, D.O., et al.

Defendants
_______________________________________/

**STATE OF FLORIDA'S UNOPPOSED MOTION OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL**

**COMES NOW** the State of Florida, Office of the Attorney General, Department of Legal Affairs, ("Department"), by and through the undersigned Assistant Attorney General, pursuant to Local Rule 2.03 of the United States District Court for the Middle District of Florida, hereby moves this court for an entry of an Order substituting counsel, and states as follows:

1. Effective January 2016, Magdalena Ozarowski is no longer employed by the Department.
2. In order to provide continued representation, the Department requests that the court allow the substitution of Assistant Attorney General Rebecca H. Sirkle as counsel of record on behalf of Florida in this matter.
3. Assistant Attorney General Rebecca H. Sirkle is admitted to practice before this Court.
4. Contact information for the Department's proposed substituted counsel is as follows:

Rebecca H. Sirkle
Florida Bar No: 0042312
Office of the Attorney General

Medicaid Fraud Control Unit
135 W. Central Blvd., Suite 1000
Orlando, FL 32801
Telephone: 407-241-5353
Facsimile: 407-245-0368
Rebecca.Sirkle@myfloridalegal.com

5. All counsel of record has been notified of this proposed substitution and it is unopposed.

**Wherefore**, Florida respectfully requests that this Court grant written leave for the substitution of counsel outlined above to relieve Ms. Ozarowski from any responsibility in this matter and remove her from the CM/ECF service list.

Dated: October 21, 2016

Respectfully submitted,

PAMELA JO BONDI
Attorney General
State of Florida

By: *<u>/s/ Rebecca H. Sirkle</u>*
Rebecca H. Sirkle
Assistant Attorney General
Florida Bar No: 0042312
Office of the Attorney General
Medicaid Fraud Control Unit
135 W. Central Blvd.
Orlando, FL 32801
Telephone: 407-241-5353
Facsimile: 407-245-0368
Email: Rebecca.Sirkle@myfloridalegal.com

CERTIFICATE OF SERVICE

I, Rebecca H. Sirkle, Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 21, 2016 By: */s/ Rebecca H. Sirkle*
Rebecca H. Sirkle