**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA, FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br>THE STATE OF FLORIDA, ex rel,<br>THEODORE A. SCHIFF, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. NORMAN, D.O., CAROL NORMAN, ROBERT A. NORMAN, D.O., P.A., a Florida professional association DERMATOLOGY HEALTHCARE, L.L.C., a Florida Limited Liability Company<br><br>Defendants. | CASE NO. 8:15-cv-1506-T-23AEP |

**FIRST AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF UNDER THE *QUI TAM* PROVISIONS OF THE FALSE CLAIMS ACT AND DEMAND FOR JURY TRIAL**

**TABLE OF CONTENTS**


I. INTRODUCTION ..... 1

II. JURISDICTION AND VENUE ..... 1

III. THE PARTIES ..... 2

IV. GOVERNMENT HEALTHCARE PROGRAMS ..... 3

V. THE LAW ..... 10

A. The False Claims Act ..... 10

VI. DEFENDANTS' FRAUDULENT SCHEMES – UPCODING AND FRAUDULENT BILLING FOR RADIATION TREATMENTS ..... 11

VII. COUNTS ..... 11

## I. **INTRODUCTION**

1. This is an action brought on behalf of the UNITED STATES OF AMERICA and the STATE OF FLORIDA (collectively, the "Government"), to recover treble damages and civil penalties against Defendants, pursuant to the Federal False Claims Act ("FCA"), 31 U.S.C. § 3729 et seq., as amended, and the Florida False Claims Act, Fla. Stat. § 68.082 et seq. (collectively "The False Claims Acts").

2. Plaintiff Theodore A. Schiff, M.D. ("RELATOR") brings this *qui tam* action to recover treble damages and civil penalties on behalf of the Government. The allegations in this Complaint arise from Relator's evidence, as set forth more specifically below, that the above-captioned Defendants have submitted false and fraudulent claims for reimbursement to the Government.

## II. **JURISDICTION AND VENUE**

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. Section 131 and 31 U.S.C. Sections 3730(b) and 3732(a), which specifically confers jurisdiction.

4. This Court has personal jurisdiction over Defendants pursuant to 31 U.S.C. Section 3732(a) which authorizes nationwide service of process. Defendants can be found in, reside in, or have transacted business in the Middle District of Florida.

5. Venue is proper in this District pursuant to 31 U.S.C. Section 3732(a) because the Defendants can be found in, reside in, or have transacted business in the Middle District of Florida, and the alleged acts occurred in this District.

6. The allegations in this complaint are not based on a public disclosure of allegations or transactions in a criminal, civil or administrative hearing, in a Congressional, administrative or

General Accounting Office report, hearing audit, or investigation, or from the news media. Further, to the extent RELATOR is aware of any public disclosures, this complaint (the "Complaint") is not based upon such public disclosures. Relator SCHIFF has direct and independent knowledge, within the meaning of 31 U.S.C. Section 3730(e)(4)(B) and the analogous provisions of the Florida FCA, of the information on which the allegations set forth in this Complaint are based.

## III. THE PARTIES

7. RELATOR Theodore A. Schiff is a resident of Palm Beach County, Florida, and brings this action on behalf of himself, the STATE OF FLORIDA, and the UNITED STATES OF AMERICA. RELATOR is a double Board Certified Medical Doctor in Dermatology and Dermatopathology who is licensed to practice medicine in the State of Florida. RELATOR has among one of his specializations the treatment of skin cancer. RELATOR is the principal owner of Water's Edge Dermatology, LLC ("Water's Edge Dermatology"). The allegations set forth in this Complaint are based on personal investigation and testimony of witnesses.

8. Defendant Norman (a/k/a Robert A. Norman D.O.) ("NORMAN") is a physician, who resides in Hillsborough County, Florida, and who was licensed to practice medicine in the State of Florida at all times relevant to this Complaint.

9. Defendant, Robert A. Norman, D.O., P.A. ("NORMAN PA") is a Florida professional association owned and operated by NORMAN and doing business in Hillsborough County, Florida with an address of 8002 Gunn Highway, Tampa, Florida 33626.

10. Defendant Dermatology Healthcare , L.L.C., ("DH") is a Florida limited liability company owned and/or managed by NORMAN and his wife, Carol Norman, with an office located in Hillsborough County, Florida at 8002 Gunn Highway, Tampa, Florida 33626.

According to its website, DH is a national company that provides dermatology consults in long-term care facilities.

11, Defendant Carol Norman ("CAROL") is the wife of NORMAN and is the principal person responsible for the handling of billing, administration, and all other business aspects of NORMAN PA AND DH. In addition, CAROL has been the Managing Member of DH since 2001. CAROL resides in Hillsborough County, Florida.

12. NORMAN, CAROL, NORMAN PA AND DH are collectively and interchangeably referred to as NORMAN GROUP.

## IV. GOVERNMENT HEALTHCARE PROGRAMS

13. The UNITED STATES OF AMERICA, through the Department of Health and Human Services ("DHHS"), administers and funds the Medicare Program ("MEDICARE") under title XVIII of the Social Security Act 42 U.S.C. section 1395-1395ccc. MEDICARE is a federally subsidized health insurance system for disabled persons and persons over the age of sixty-five. Part A of the MEDICARE Program, 42 U.S.C. sections 1395c- 1395i-2, provides payments for basic hospitalization insurance costs. Part B of the MEDICARE Program, 42 U.S.C. sections 1395j-1395 ww, provides payments for physician services and certain medical and other health services. Either MEDICARE Part A or Part B covers the expenses of medically necessary treatments and services, provided that the individual meets the qualifications for enrollment in MEDICARE.

14. For outpatient treatment, all MEDICARE reimbursement is subject to Part B. 42 U.S.C. §§ 1395j-1395w-4. To obtain MEDICARE reimbursement pursuant to Part B, providers submit claims using forms known as CMS 1500s.

15. The individual billed items are identified to Medicare using a 5-digit billing code based on the Current Procedural Terminology Manual ("CPT code"), published annually by the American Medical Association.

16. Each CPT code corresponds to a specific medical service, and the amount Medicare pays for a service is based on the CPT code. A true and correct copy of the first page of the Introduction to the CPT Code Book for every year from 2008 through 2014 is attached hereto as Exhibit "A". The following is stated on that page for every year:

> "Select the name of the procedure or service that accurately identifies the service performed. Do not select a CPT code that merely approximates the service provided"; and "Any service or procedure should be adequately documented in the medical record."

17. No payment may be made under Medicare for services that are not "reasonable and necessary for the diagnosis or treatment of illness or injury". 42 U.S.C. §1395y(a)(1)(A).

18. To accomplish the task of administering the reasonable and necessary standard, DHHS acts through both formal regulations and informal program manuals, and may delegate certain functions to contractors, including the development of local coverage determinations. 42 U.S.C. §1395hh; 42 U.S.C. §1395kk-1(a)(4).

19. A related basic condition of payment under Medicare is that providers must maintain documentation containing sufficient information to determine whether payment is due and the amount to be paid. 42 U.S.C. 1395l(e); 42 U.S.C. 1395g(a); 42 C.F.R.§ 424.5(a)(6).

20. Among other things, the medical record must be complete, legible, signed, dated, prepared contemporaneously, and must also state the assessment, clinical impression, patient's progress, response to and changes in treatment.

21. Radiation therapy is a covered service under Medicare 42 U.S.C. §1395x(s)(4); 42 C.F.R.410.12; 42 C.F.R. 410.35.

22. Since at least 2001, Chapter 15, Section 90 of the Medicare Benefit Policy Manual, has stated, among other things, that radiation therapy rendered to a Medicare beneficiary furnished in a nonprovider facility must be directly and personally supervised by a physician who must be in the area and immediately available to provide assistance and direction throughout the time the procedure is being performed." *Medicare Carriers Manual, Transmittal* 1725, September 27, 2001.

23. Non-physician providers ("NPPs") such as physician assistants and nurse practitioners, are not included within the definition of a physician under Medicare. 42 U.S.C. §1395x(r)(1). Although NPPs can generally render services to the extent allowed under state law, this general provision does not trump the requirement for direct supervision of physicians found under other benefit provisions.

24. There are special provisions addressing the circumstances in which certain services can be rendered by NPPs. 42 C.F.R. §410.32(a)(3). However the statutes and regulations authorizing Medicare coverage of radiation therapy 42 U.S.C. §1395x(s)(4); 42 C.F.R. §410.12; 42 C.F.R. §410.35 have no similar language expanding coverage to NPPS.

25. Superficial radiation is universally used to refer to radiation at energy levels of up to 100,000 electron volts (100 Kev).

26. All of the radiation equipment owned and operated by the Norman Group during the period of this case was only capable of administering radiation at superficial energy levels.

27. CPT Code 77401 is the code used to reimburse providers for the administration of superficial radiation.

28. In contrast, CPT Code 77402 is used to reimburse providers for the administration of radiation at levels up to 5 million electron volts (5 Mev), 50 times higher than the energy output of superficial radiation.

29. CPT Code 77407 is a Medicare reimbursement code billed for revised radiation treatment delivery, 2 separate treatment areas, 3 or more ports on a single treatment area, use of multiple blocks, up to 5 MeV.

30. CPT Code 77412 is a Medicare reimbursement code billed for revised radiation treatment delivery, 3 or more separate treatment areas, custom blocking, tangential areas, custom blocking, tangential ports, wedges rotational beam, compensators, electron beam; up to 5 MeV.

31. The equipment used for CPT Codes 77402, 77407 and 77412 is a much more expensive device known as a linear accelerator or "linac" which is so powerful that for safety purposes it requires placement inside an actual concrete bunker. A linac requires specialized electrical service and highly advanced cooling systems which must be housed outside the building in which the linear accelerator resides.

32. Between 2010 and 2014, reimbursement for CPT Code 77401 dropped to between $19.51 and $26.03 while the reimbursement amount for radiation reimbursed under CPT Codes 77402, 77407 and 77412 reached as high as $249.59.

33. During the time period at issue in this case, the practice expense relative value units ("RVU(s)") for CPT Code 77401 was approximately $150,000, while the practice expense RVU for CPT Codes 77402, 77407 and 77412 was approximately $3 Million. The reason for the differential is that the equipment used for superficial radiation is relatively inexpensive and in layman's terms looks similar to a dental x-ray device.

34. The goal of the RVU methodology is to set reimbursement rates fairly and appropriately.

35. Reimbursing a physician at the same level as another physician who has a practice expense twenty (20) times higher would undermine the entire system.

36. According to records on file with the Florida Department of Health ("FDOH") all of the radiation equipment owned and operated by the Norman Group during the period of this case were Sensus Health SRT-100 ("SRT-100") superficial radiation machine.

37. Attached hereto as Exhibit "B" is a copy of an Assembly Report ("Assembly Report") on file with FDOH covering one of the Norman Group's SRT-100s which was installed at Norman's office.

38. Other similar Assembly Reports are on file with FDOH for each other superficial radiation machine operated by the Norman Group.

39. Section 3.(b) of each Assembly Report indicates that "***The SRT-100 is a low energy x-ray system intended use is for superficial radiotherapy treatment of primary malignant epithelial neoplasms of the skin."*** (emphasis added).

40. Attached hereto as Exhibit "C" is a copy of a physicist report ("Physicist Report") filed with FDOH and covering an SRT-100 superficial radiation machine installed at Norman's office.

41. According to the Physicist Report, "***the Radiation producing equipment operating limit is 100Kvp***." (emphasis added).

42. According to FDOH records, during the period of this case there have been four (4) SRT-100 superficial radiation machines registered to the Norman Group.

43. According to FDOH records, at least 2 of the SRT-100 superficial radiation machines were installed in mobile van units with the others being in Norman's office.

44. CPT Code 77370 is the Medicare reimbursement code for special medical radiation physics consultation. Such a consultation must be ordered by a physician for a specific reason and the report by the physicist must address the specific request made by the physician. The physician must make a documented request for the special physics consult stating a qualifying factor for the work to be performed. In response to the physician's request, the medical physicist would be expected to spend considerable time and effort answering the request from the physician and generating a customized patient specific report. Canned or pre-determined verbiage statements do not allow for the specific and customized documentation required for use of this code and should not be used when generating this report. (*See, Revenue Cycling, Inc. Radiation Oncology News November 2009* By Teri Bedard BA [https://www.revenuecycleinc.com/medical-radiation-oncology-news/2740.])

45. CPT Code 77262 is the Medicare reimbursement code for clinical treatment planning (external and internal sources) for radiation treatment. (See, http://coder.aapc.com/cpt-codes/77262). CPT Code 77262 is a professional service which involves considerable planning, and requires three or more converging ports (the area of the body through which external beam radiation is directed to reach a tumor), two separate treatment areas, multiple blocks (to shield radiation), or special time dose constraints.

46. CPT Code 77290 is the Medicare reimbursement code for certain types of simulation procedures. (See, http://www1.radmd.com/media/241647/simulation-coding-standard-77280-77285-77290-effective-020115.pdf; NIA Radiation Oncology Coding Standard) Simulation procedures are performed if medically necessary to prepare the patient for treatment planning and

to ensure accurate treatment. CPT Code 77290 is used for complex simulation procedures consisting of three or more volumes of interest (which refers to the volume of tissue that is treated utilizing the radiation therapy and typically includes the tumor and surrounding tissue that would need to be treated to eradicate the cancer), or when one or more of the following conditions exists:

- ■Rotation or arc therapy
- ■Complex blocking or custom made shielding blocks or compensators, or custom immobilization devices, when clinically necessary.
- ■Any use of contrast media (e.g. body cavity, GI tract, or intravascular), when clinically necessary to define anatomic structures and volumes of interest.
- ■Tangential ports with/or without multiple devices.

47. CPT Code 77469 (Intraoperative radiation therapy) (IORT) is the code for a type of radiation therapy in which radiation is delivered in a single dose at the time of surgery (See, https://www.revenuecycleinc.com/medical-radiation-oncology-news/2877; Intraoperative Radiation Therapy Coding by Matt Terry MBS, BSRT). A concentrated beam of radiation is delivered to cancerous tumors while they are exposed during surgery.

48. To ensure compliance with the foregoing laws and governing agency regulations, the '1500 Form'[1] includes information regarding the patient, the provider, and the services rendered, including the CPT code.

49. Any provider seeking MEDICARE reimbursement through Part B must certify on a

[1] The 1500 Form also includes a notice stating: "Anyone who misrepresents or falsifies essential information to receive payment from federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable federal laws." First Coast Service Options, Inc. ("FCSO") is the CMS contractor tasked with administering Medicare payment, processing and auditing functions in the geographic regions where the Norman Group does business .

CMS Form 1500 that "the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision."

50. Other government healthcare programs – including but not limited to Florida Medicaid and TRICARE – have similar structures and reimbursement rules, including reliance on the same CPT codes relied upon by Medicare.

51. As to Florida Medicaid, that program is jointly funded by the United States and by the State of Florida. Thus, to the extent the above-captioned defendants defrauded Florida Medicaid, they defrauded both the United States and the State of Florida.

## V. THE LAW

### A. The False Claims Act

52. The FCA, provides, *inter alia*, that any person who (1) "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval," or (2) "knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim," is liable to the United States for a civil monetary penalty plus treble damages. 31 U.S.C. § 3729(a)(1)(A)-(B).

53. The terms "knowing" and "knowingly" are defined to mean "that a person, with respect to information (1) has actual knowledge of the information; (2) acts in deliberate ignorance of the truth or falsity of the information; or (3) acts in reckless disregard of the truth or falsity of the information." 31 U.S.C. § 3729(b)(1)(A)(i)-(iii). Proof of specific intent to defraud is not required. 31 U.S.C. § 3729(b)(1)(B).

54. The term "claim" means "any request or demand, whether under a contract or otherwise, for money or property and whether or not the United States has title to the money or

property, that (1) is presented to an officer, employee, or agent of the United States; or (2) is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used on the Governments behalf or to advance a Government program or interest, and if the United States Government (a) provides or has provided any portion of the money or property requested or demanded; or (b) will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded . . . ." 31 U.S.C. § 3729(b)(2)(A)(i)-(ii).

55. "[T]he term 'material' means having a natural tendency to influence, or be capable of influencing, the payment or receipt of money or property." 31 U.S.C. § 3729(b)(4).

56. Florida has enacted a False Claims Act which is modeled after the Federal FCA, and each contains provisions similar to those quoted above. RELATOR asserts claims under the Florida FCA for the State portion of Medicaid false claims detailed in this complaint.

## VI. DEFENDANTS' FRAUDULENT SCHEMES

### *A. Upcoding And Billing For Radiation Treatments*

57. NORMAN GROUP routinely and fraudulently "upcodes" the radiation treatment provided to patients in that NORMAN GROUP bills Medicare for reimbursement under CPT Code 77402 for the administration of superficial radiation treatments used with an SRT-100.

58. None of the NORMAN GROUP'S treatments of superficial radiation therapy, whether rendered in the office or in a mobile unit should have been billed to Medicare using CPT Code 77402, since all treatments rendered by the NORMAN GROUP were treatments of superficial radiation.

59. Between approximately June 1, 2014 and September 30, 2014, in the course of investigating the allegations herein, RELATOR separately spoke to two NORMAN GROUP employees, Jane Doe #1 and Jane Doe #2. Upon inquiry by RELATOR, Jane Doe #1 stated that

NORMAN GROUP had a radiation machine manufactured by Sensus Health known as the SRT-100. Jane Doe #1 indicated that the SRT-100 was the only radiation machine used in the NORMAN GROUP'S practice. This was confirmed by another Norman employee, Jane Doe #2, who was a member of NORMAN GROUP'S so-called radiation tech team. Jane Doe #2 also stated that the only radiation machine in use in the NORMAN GROUP'S practice was the SRT-100.

60. RELATOR is familiar with the SRT-100 machine and can state that it is capable only of superficial radiation.

61. On its website (http://www.dermhealthcare.com/) DH promotes the ability to deliver mobile radiation treatments to nursing homes and assisted living facilities. The DH website depicts the SRT-100 as the radiation machine which is used by DH to deliver the mobile radiation treatments. A picture of the SRT-100 from Defendant DH's website is shown below:



62. The website also depicts a linear accelerator. A photo of a linear accelerator is shown below:



63. There is no purpose for the DH website to contrast a photo of the SRT-100 with a linear accelerator except to create confusion as to the nature of the equipment DH uses.

64. RELATOR personally inspected NORMAN GROUP'S office location prior to filing this action, and personally observed that there was neither upgraded electrical service nor specialized cooling units, both of which would be required if NORMAN GROUP was operating a linear accelerator.

65. Relator has also observed the mobile vans operated by DH, and can confirm that they are not suitable for and would be unable to house a linear accelerator.

66. Based on the testimony of NORMAN GROUP employees, the physical requirements of a linear accelerator, and RELATOR'S inspection of NORMAN GROUP'S office, it is readily evidence that the NORMAN GROUP is not using a linear accelerator in either its office practice or its mobile operation.

67. Accordingly, all Medicare claims submissions by the NORMAN GROUP for reimbursement using CPT Code 77402 were false claims.

68. Similarly, all Medicare claims submissions by the NORMAN GROUP to Medicare for reimbursement using CPT Codes 77407 and 77412 were false claims as these codes are reserved for more complex radiation procedures and are not appropriate for use in connection with a superficial radiation machine.

69. The NORMAN GROUP made claims submissions using CPT Code 77469 for intraoperative radiation treatment management. This code is used only when radiation treatment is rendered in the middle of surgery.

70. No surgeries of the nature intended to be covered by CPT Code 77469 were ever conducted in either the NORMAN GROUP offices or any mobile unit operated by the NORMAN GROUP.

71. Accordingly all Medicare claims submissions by the NORMAN Group for reimbursement using CPT Code 77469 were false claims.

72. Relator also alleges that all NORMAN Group claims submissions to Medicare using CPT Code 77370 (special physics consultation) and CPT Code 77262 (Clinical Treatment Planning (External and Internal Sources) for Radiation Treatment) (supra. @ ¶45-46 above) were also false claims as these codes are also only used for complex radiation procedures which are not appropriate for use in superficial radiation treatment.

*B.* *<u>Unsupervised Radiation Treatments</u>*

73. According to the DH website, and based upon communications with the NORMAN GROUP offices personnel, the NORMAN GROUP provides radiation treatment services to residents of assisted living, nursing and other congregate care facilities ("Facilities") throughout the State of Florida including at Central Tampa Assisted Living Facility, 5010 N. 40th St., Tampa,

FL 33610; All Nurses ALF LLC, 8701 N. 34th St., Tampa, FL 33604; and Belvedere Commons of Tampa, 1513 W. Fletcher Ave., Tampa, FL 33612.

74. A Norman Group employee named Denise who seemed to be the coordinator of the mobile radiation therapy operations for the Norman Group confirmed to a representative of the Relator in a phone conversation that the Norman Group sends mobile technicians across the state, including to Ocala, Orlando and Miami and as far north as the Panhandle. The technicians are not physicians.

75. The radiation treatment services rendered to residents of these Facilities is delivered by use of a mobile van housing an SRT-100 superficial radiation machine.

76. A photo of one of the mobile radiation vans registered to the Norman Group is shown below:



77. Based upon the type and size of the mobile vehicles used by the Norman Group, it is apparent they cannot house the type of equipment (i.e. a linear accelerator) which would be required to bill under CPT Code 77402. The vehicle has neither the requisite shielding nor the

electrical capacity to accommodate any radiation equipment other than a superficial radiation machine.

78. Also, the van signage, "Non-Surgical Skin Cancer Therapy Mobile Radiation Services" (shown below) suggests that Norman Group mobile services are limited to administering radiation treatment notwithstanding that other forms of non-radiation treatment, both surgical and non-surgical, may be indicated for a particular case.




79. Based upon communications with the NORMAN GROUP office personnel as well as personnel at several Facilities, Relator alleges that all radiation treatments services rendered at the Facilities by use of the mobile van are rendered without direct physician supervision as required under Medicare regulations (See, supra. ¶22 above).

80. All Medicare claims submissions by the NORMAN Group seeking reimbursement for any radiation treatment services rendered at Facilities through use of the mobile van unit were false claims.

81. As manager and owner of DH and as the party responsible for billing and administration at both DH and NORMAN PA, CAROL was responsible to supervise and oversee the submission of all billing claims to Medicare by the NORMAN GROUP, including the false claims alleged herein.

82. As manager and physician of record of DH and as owner and physician of record of NORMAN PA, NORMAN was responsible to supervise and oversee the submission of all billing claims to Medicare by the NORMAN GROUP, including all false claims described herein.

83. Both CAROL and NORMAN derived significant personal financial benefit and attained significant wealth as a result of the false claims submitted by the NORMAN GROUP to government healthcare programs, including Medicare.

84. The NORMAN GROUP'S fraud has caused substantial harm to the government. With respect to Medicare, in 2012 alone, NORMAN GROUP billed (i) $64,750 for CPT code 77402 and was paid $51,430; (ii) $172,992 for CPT Code 77407 and was paid $82,256; (iii) $96,136 for CPT Code 77412 and was paid $36,839; and (iv) $17,922 for CPT code 77370 and was paid $7,656. In 2013 NORMAN GROUP's billing dramatically increased. It billed (i) $414,829 for CPT code 77402 and was paid $233,386; (ii) $211,701 for CPT code 77407 and was paid $107,682; (iii) $83,320 for CPT code 77412 and was paid 43,466; and (iv) $7,787 for CPT code 77370 and was paid $4,059.

85. In addition, in 2013 NORMAN GROUP billed several codes (not billed in 2012) that would not typically be used in the setting of superficial radiation therapy (See, discussion supra. @ ¶45 regarding CPT Code 77262; ¶46 regarding CPT Code 77262; ¶68-70 regarding CPT Code 77469). It billed: (i) $5,288 for CPT code 77262 and was paid $2,686; (ii) $268,203 for CPT code 77290 and was paid $140,108; and (iii) $69,757 for CPT code 77469 and was paid

$36,409. These entries are consistent with NORMAN GROUP's pattern of billing for services which are either not provided at all or are not appropriate based upon the services actually rendered.

## VII. COUNTS

### COUNT ONE
### FEDERAL FALSE CLAIMS ACT: PRESENTATION OF FALSE CLAIMS
### 31 U.S.C. SECTION 3729(a)(1) and (a)(2).

86. RELATOR realleges and incorporates by reference the allegations made in the preceding paragraphs of this Complaint as though full set forth herein.

87. Through the acts described above, the NORMAN GROUP Defendants (collectively "Defendants") knowingly presented or knowingly caused its agents and employees to present to the United States Government false and fraudulent claims, records and statements in order to obtain reimbursement for health care services including radiation therapy, evaluation and management services, intraoperative radiation therapy and unsupervised radiation treatments.

88. Defendants knowingly created, used and/or caused to be created or used false records or statements in order to have false and fraudulent claims approved and paid by the United States Government.

89. Defendants knowingly presented or caused to be presented false or fraudulent claims for services that were billed in violation of applicable Medicare statutes, regulations and rules for radiation therapy, evaluation and management services, intraoperative radiation therapy and unsupervised radiation treatments.

90. By reason of Defendants' conduct, the United States Government has been damaged by a significant loss of funds, the exact amount of which is unknown at this time.

### COUNT TWO-CONSPIRACY
### 31 U.S.C. SECTION 3729(a)(3).

91. RELATOR realleges and incorporates by reference the allegations made in the preceding paragraphs of this Complaint as though full set forth herein.

92. Through the acts described above, Defendants, acting together in concert as each other's, agents, partners, and/or representatives in submitting false claims, records and statements therefor without disclosing material facts and information of falsity, were acting within the course, scope and authority of such agency, partnership and/or representation for the conduct described herein.

93. The Defendants entered into an agreement to have the United States pay false or fraudulent claims by entering into a conspiracy with respect to the submission to Medicare of false claims for radiation therapy, evaluation and management services, intraoperative radiation therapy and unsupervised radiation treatments.

94. The Defendants conspired to defraud the United States by getting false or fraudulent claims allowed or paid, within the meaning of 31 U.S.C. § 3729(a)(3) .

95. By reason of Defendants' conduct, the United States Government has been damaged by a significant loss of funds, the exact amount of which is unknown at this time.

**COUNT THREE**
**THE FLORIDA FALSE CLAIMS ACT (the "Act"),**
**FLA. STAT. §§ 68.082(2) et seq.**

96. RELATOR re-alleges and incorporates by reference each and every allegation contained in the paragraphs above as though fully set forth herein.

97. Through these acts, the Defendants have knowingly presented or caused to be presented false or fraudulent claims for payment to the State of Florida ("State") in violation of Section 68.082(2)(a) and (c) of the Act. Such claims caused actual damages to the State.

98. Through these acts, the Defendants knowingly made, used, or caused to be made or used false records or statements material to a false or fraudulent claim to the State, in violation of Section 68.082(2)(a) and (c) of the Act. Such claims caused actual damages to the State.

**PRAYER FOR RELIEF**

WHEREFORE, the United States demands and prays that judgment be entered in its favor against Defendants as follows:

(i) On the first and second counts that the Court enters judgment against Defendants in an amount equal to three times the amount of damages the Government sustained as a result of Defendants' actions, as well as such civil penalties as are required by law, together with all such further relief as may be just and proper

(ii) On the third count that the Court enters judgment against Defendants in an amount equal to three times the amount of damages the State sustained as a result of Defendants' actions, as well as such civil penalties as are required by law, together with all such further relief as may be just and proper.

(iii) That RELATOR is awarded all costs and expenses of this action, including attorneys' fees pursuant to 31 U.S.C. §3730(d) and its state law analog in the Florida False Claims Act; and

(iv) That the United States the State and the RELATOR receive all such other relief as the Court deems just and proper.

## REQUEST FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, RELATOR demands a trial by jury.

Dated: December 7, 2016

/s/Lawrence S. Klitzman
Lawrence S. Klitzman, Esquire
(Florida Bar No. 312878)
KLITZMAN LAW GROUP, PLLC
1391 Sawgrass Corporate Parkway
Sunrise, Florida 33323
Tel: (954)-384-4421
Fax: (954)-389-3579
lsk@klitzlaw.com

BERGER & MONTAGUE, P.C.
Daniel R. Miller, Esquire
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215)-875-3000
Fax: (215)-875-5807

***Attorneys for the Relator***

**EXHIBIT "A" – CPT Code Book (2008-2014)**

Eye and Ocular Adnexa .....219
Auditory System .....229
Operating Microscope .....231

**Radiology Guidelines (Including Nuclear Medicine and Diagnostic Ultrasound) .....233**

**Radiology .....235**
Diagnostic Radiology (Diagnostic Imaging) .....235
Diagnostic Ultrasound .....247
►Radiologic Guidance .....251◄
►Breast, Mammography .....252◄
►Bone/Joint Studies .....252◄
Radiation Oncology .....252
Nuclear Medicine .....256

**Pathology and Laboratory Guidelines .....261**

**Pathology and Laboratory .....263**
Organ or Disease-Oriented Panels .....263
Drug Testing .....264
Therapeutic Drug Assays .....264
Evocative/Suppression Testing .....265
Consultations (Clinical Pathology) .....266
Urinalysis .....266
Chemistry .....267
Hematology and Coagulation .....276
Immunology .....278
Transfusion Medicine .....282
Microbiology .....283
Anatomic Pathology .....287
Cytopathology .....287
Cytogenetic Studies .....288
Surgical Pathology .....289
Transcutaneous Procedures .....293
Other Procedures .....293
Reproductive Medicine Procedures .....293

**Medicine Guidelines .....295**

**Medicine .....297**
Immune Globulins .....297
Immunization Administration for Vaccines/Toxoids .....297
Vaccines, Toxoids .....298
Hydration, Therapeutic, Prophylactic, and Diagnostic Injections and Infusion (Excludes Chemotherapy) .....299
Psychiatry .....301
Biofeedback .....303
Dialysis .....303
Gastroenterology .....305
Ophthalmology .....306
Special Otorhinolaryngologic Services .....309
Cardiovascular .....311
Noninvasive Vascular Diagnostic Studies .....319
Pulmonary .....320
Allergy and Clinical Immunology .....322
Endocrinology .....323
Neurology and Neuromuscular Procedures .....323
►Medical Genetics and Genetic Counseling Services .....328◄
Central Nervous System Assessments/Tests .....328
Health and Behavior Assessment/Intervention .....329
Chemotherapy Administration .....329
Photodynamic Therapy .....331
Special Dermatological Procedures .....331
Physical Medicine and Rehabilitation .....331
Medical Nutrition Therapy .....333
Acupuncture .....334
Osteopathic Manipulative Treatment .....334
Chiropractic Manipulative Treatment .....334
Education and Training for Patient Self-Management .....335
Special Services, Procedures and Reports .....335
Qualifying Circumstances for Anesthesia .....336
Moderate (Conscious) Sedation .....336
Other Services and Procedures .....337
Home Health Procedures/Services .....338

**Category II Codes .....339**

**Category III Codes .....345**

**Appendix A—Modifiers .....353**

**Appendix B—Summary of Additions, Deletions, and Revisions .....358**

**Appendix C—Clinical Examples .....366**

**Appendix D—Summary of CPT Add-on Codes .....384**

**Appendix E—Summary of CPT Codes Exempt From Modifier 51 .....386**

**Appendix F—Summary of CPT Codes Exempt From Modifier 63 .....387**

**Appendix G—Summary of CPT Codes That Include Moderate (Conscious) Sedation .....388**

**Appendix H—Alphabetic Index of Performance Measures by Clinical Condition or Topic .....390**

**Appendix I—Genetic Testing Code Modifiers .....409**

**Appendix J—Electrodiagnostic Medicine Listing of Sensory, Motor, and Mixed Nerves .....412**

**Appendix K—Product Pending FDA Approval .....417**

**Appendix L—Vascular Families .....418**

**►Appendix M—Crosswalk to Deleted CPT Codes .....421◄**

**Index .....425**

# Introduction

*Current Procedural Terminology* (*CPT*®), Fourth Edition, is a set of codes, descriptions, and guidelines intended to describe procedures and services performed by physicians and other health care providers. Each procedure or service is identified with a five-digit code. The use of CPT codes simplifies the reporting of services.

Inclusion of a descriptor and its associated five-digit code number in the CPT codebook is based on whether the procedure is consistent with contemporary medical practice and is performed by many practitioners in clinical practice in multiple locations. Inclusion in the CPT codebook does not represent endorsement by the American Medical Association (AMA) of any particular diagnostic or therapeutic procedure. Inclusion or exclusion of a procedure does not imply any health insurance coverage or reimbursement policy.

The CPT code set is published annually in the late summer or early fall as both electronic data files and books. The release of CPT data files on the Internet typically precedes the book by several weeks. In any case, January 1 is the effective date for use of the update of the CPT code set. The interval between the release of the update and the effective date is considered the implementation period and is intended to allow physicians and other providers, payers, and vendors to incorporate CPT changes into their systems. The exception to this schedule of release and effective dates are CPT Category III and vaccine product codes, which are released twice a year on January 1 or July 1 with effective dates for use six months later. The CPT Category II codes are released three times yearly with effective dates for use three months later.

The main body of the Category I material is listed in six sections. Each section is divided into subsections with anatomic, procedural, condition, or descriptor subheadings. The procedures and services with their identifying codes are presented in numeric order with one exception—the entire **Evaluation and Management** section (99201-99499) appears at the beginning of the listed procedures. These items are used by most physicians in reporting a significant portion of their services.

## Section Numbers and Their Sequences

### Category I

**Evaluation and Management** ............ 99201-99499
**Anesthesiology** .......... 00100-01999, 99100-99140
**Surgery** .......................... 10021-69990
**Radiology (Including Nuclear Medicine and Diagnostic Ultrasound)** .................... 70010-79999
**Pathology and Laboratory** ............. 80048-89356
**Medicine (except Anesthesiology)** .. 90281-99199, 99500-99602

### Category II ......................... 0001F-6005F

### Category III ........................ 0016T-0170T

The first and last code numbers and the subsection name of the items appear at the top margin of most pages (eg, "11010-11306 Surgery/Integumentary System"). The continuous pagination of the CPT codebook is found on the lower margin of each page along with explanation of any code symbols that are found on that page.

## Instructions for Use of the CPT Codebook

Select the name of the procedure or service that accurately identifies the service performed. Do not select a CPT code that merely approximates the service provided. If no such procedure or service exists, then report the service using the appropriate unlisted procedure or service code. In surgery, it may be an operation; in medicine, a diagnostic or therapeutic procedure; in radiology, a radiograph. Other additional procedures performed or pertinent special services are also listed. When necessary, any modifying or extenuating circumstances are added. Any service or procedure should be adequately documented in the medical record.

It is important to recognize that the listing of a service or procedure and its code number in a specific section of this book does not restrict its use to a specific specialty group. Any procedure or service in any section of this book may be used to designate the services rendered by any qualified physician or other qualified health care professional.

Instructions, typically included as parenthetical notes, with selected codes indicate that a code should not be reported with another code or codes. These instructions are intended to prevent errors of significant probability and are not all inclusive. For example, the code with such instructions may be a component of another code and therefore it would be incorrect to report both codes even when the component service is performed. These instructions are not intended as a listing of all possible code combinations that should not be reported, nor to indicate all possible code combinations that are appropriately reported. When reporting codes for services provided, it is important to ensure the accuracy and quality of coding through verification of the intent of the code by use of the related guidelines, parenthetical instructions, and coding resources, including *CPT Assistant* and other publications resulting from collaborative efforts of the American Medical Association with the medical specialty societies (eg, *Clinical Examples in Radiology*).

77336 Continuing medical physics consultation, including assessment of treatment parameters, quality assurance of dose delivery, and review of patient treatment documentation in support of the radiation oncologist, reported per week of therapy

77370 Special medical radiation physics consultation

## ▸Stereotactic Radiation Treatment Delivery◂

● 77371 Radiation treatment delivery, stereotactic radiosurgery (SRS), complete course of treatment of cerebral lesion(s) consisting of 1 session; multi-source Cobalt 60 based

● 77372 linear accelerator based

▶(For radiation treatment management, use 77432)◀

● 77373 Stereotactic body radiation therapy, treatment delivery, per fraction to 1 or more lesions, including image guidance, entire course not to exceed 5 fractions

▶(Do not report 77373 in conjunction with 77401-77416, 77418)◀

▶(For single fraction cranial lesion[s], see 77371, 77372)◀

## ▸Other Procedures◂

77399 Unlisted procedure, medical radiation physics, dosimetry and treatment devices, and special services

## Radiation Treatment Delivery

(Radiation treatment delivery [77401-77416] recognizes the technical component and the various energy levels)

77401 Radiation treatment delivery, superficial and/or ortho voltage

77402 Radiation treatment delivery, single treatment area, single port or parallel opposed ports, simple blocks or no blocks; up to 5 MeV

77403 6-10 MeV

77404 11-19 MeV

77406 20 MeV or greater

77407 Radiation treatment delivery, two separate treatment areas, three or more ports on a single treatment area, use of multiple blocks; up to 5 MeV

77408 6-10 MeV

77409 11-19 MeV

77411 20 MeV or greater

77412 Radiation treatment delivery, three or more separate treatment areas, custom blocking, tangential ports, wedges, rotational beam, compensators, electron beam; up to 5 MeV

77413 6-10 MeV

77414 11-19 MeV

77416 20 MeV or greater

77417 Therapeutic radiology port film(s)

77418 Intensity modulated treatment delivery, single or multiple fields/arcs, via narrow spatially and temporally modulated beams, binary, dynamic MLC, per treatment session

(For intensity modulated treatment planning, use 77301)

(For compensator-based beam modulation treatment delivery, use Category III code 0073T)

77421 Stereoscopic X-ray guidance for localization of target volume for the delivery of radiation therapy

▶(Do not report 77421 in conjunction with 77432, 77435)◀

▶(For placement of interstitial device[s] for radiation therapy guidance, prostate, use 55876)◀

## Neutron Beam Treatment Delivery

77422 High energy neutron radiation treatment delivery; single treatment area using a single port or parallel-opposed ports with no blocks or simple blocking

77423 1 or more isocenter(s) with coplanar or non-coplanar geometry with blocking and/or wedge, and/or compensator(s)

## Radiation Treatment Management

Radiation treatment management is reported in units of five fractions or treatment sessions, regardless of the actual time period in which the services are furnished. The services need not be furnished on consecutive days. Multiple fractions representing two or more treatment sessions furnished on the same day may be counted separately as long as there has been a distinct break in therapy sessions, and the fractions are of the character usually furnished on different days. Code 77427 is also reported if there are three or four fractions beyond a multiple of five at the end of a course of treatment; one or two fractions beyond a multiple of five at the end of a course of treatment are not reported separately. The professional services furnished during treatment management typically consist of:

- Review of port films;
- Review of dosimetry, dose delivery, and treatment parameters;
- Review of patient treatment set-up;
- Examination of patient for medical evaluation and management (eg, assessment of the patient's response to treatment, coordination of care and treatment, review of imaging and/or lab test results).

77427 Radiation treatment management, five treatments

77431 Radiation therapy management with complete course of therapy consisting of one or two fractions only

(77431 is not to be used to fill in the last week of a long course of therapy)

Radiology

# Introduction

*Current Procedural Terminology* (CPT®), Fourth Edition, is a set of codes, descriptions, and guidelines intended to describe procedures and services performed by physicians and other health care providers. Each procedure or service is identified with a five-digit code. The use of CPT codes simplifies the reporting of services.

Inclusion of a descriptor and its associated five-digit code number in the CPT codebook is based on whether the procedure is consistent with contemporary medical practice and is performed by many practitioners in clinical practice in multiple locations. Inclusion in the CPT codebook does not represent endorsement by the American Medical Association (AMA) of any particular diagnostic or therapeutic procedure. Inclusion or exclusion of a procedure does not imply any health insurance coverage or reimbursement policy.

The CPT code set is published annually in the late summer or early fall as both electronic data files and books. The release of CPT data files on the Internet typically precedes the book by several weeks. In any case, January 1 is the effective date for use of the update of the CPT code set. The interval between the release of the update and the effective date is considered the implementation period and is intended to allow physicians and other providers, payers, and vendors to incorporate CPT changes into their systems. The exceptions to this schedule of release and effective dates are CPT Category III and vaccine product codes, which are released twice a year on January 1 or July 1 with effective dates for use six months later, and CPT Category II codes.

The main body of the material is listed in six sections. Each section is divided into subsections with anatomic, procedural, condition, or descriptor subheadings. The procedures and services with their identifying codes are presented in numeric order with one exception—the entire **Evaluation and Management** section (99201-99499) appears at the beginning of the listed procedures. These items are used by most physicians in reporting a significant portion of their services.

## Section Numbers and Their Sequences

### Category I

**Evaluation and Management** ............ 99201-99499
**Anesthesiology** .......... 00100-01999, 99100-99140
**Surgery** ........................... 10021-69990
**Radiology (Including Nuclear Medicine and Diagnostic Ultrasound)** .................... 70010-79999
**Pathology and Laboratory** ............. 80048-89356
**Medicine (except Anesthesiology)** .. 90281-99199, 99500-99602

### Category II ......................... 0001F-6020F

### Category III ......................... 0016T-0183T

The first and last code numbers and the subsection name of the items appear at the top margin of most pages (eg, "11010-11306 Surgery/Integumentary System"). The continuous pagination of the CPT codebook is found on the lower margin of each page along with explanation of any code symbols that are found on that page.

## Instructions for Use of the CPT Codebook

Select the name of the procedure or service that accurately identifies the service performed. Do not select a CPT code that merely approximates the service provided. If no such specific code exists, then report the service using the appropriate unlisted procedure or service code. In surgery, it may be an operation; in medicine, a diagnostic or therapeutic procedure; in radiology, a radiograph. Other additional procedures performed or pertinent special services are also listed. When necessary, any modifying or extenuating circumstances are added. Any service or procedure should be adequately documented in the medical record.

It is important to recognize that the listing of a service or procedure and its code number in a specific section of this book does not restrict its use to a specific specialty group. Any procedure or service in any section of this book may be used to designate the services rendered by any qualified physician or other qualified health care professional.

Instructions, typically included as parenthetical notes with selected codes, indicate that a code should not be reported with another code or codes. These instructions are intended to prevent errors of significant probability and are not all inclusive. For example, the code with such instructions may be a component of another code and therefore it would be incorrect to report both codes even when the component service is performed. These instructions are not intended as a listing of all possible code combinations that should not be reported, nor to indicate all possible code combinations that are appropriately reported. When reporting codes for services provided, it is important to assure the accuracy and quality of coding through verification of the intent of the code by use of the related guidelines, parenthetical instructions, and coding resources, including *CPT Assistant* and other publications resulting from collaborative efforts of the American Medical Association with the medical specialty societies (ie, *Clinical Examples in Radiology*).

**77336** Continuing medical physics consultation, including assessment of treatment parameters, quality assurance of dose delivery, and review of patient treatment documentation in support of the radiation oncologist, reported per week of therapy
➲ *CPT Assistant* Fall 91:15, Oct 97:4, Nov 98:21

**77370** Special medical radiation physics consultation
➲ *CPT Assistant* Fall 91 14, Oct 97:4

## Stereotactic Radiation Treatment Delivery

▲ **77371** Radiation treatment delivery, stereotactic radiosurgery (SRS), complete course of treatment of cranial lesion(s) consisting of 1 session; multi-source Cobalt 60 based
➲ *CPT Changes: An Insider's View* 2007, 2008

▲ **77372** linear accelerator based
➲ *CPT Changes An Insider's View* 2007, 2008

(For radiation treatment management, use 77432)

**77373** Stereotactic body radiation therapy, treatment delivery, per fraction to 1 or more lesions, including image guidance, entire course not to exceed 5 fractions
➲ *CPT Changes: An Insider's View* 2007

(Do not report 77373 in conjunction with 77401-77416, 77418)

(For single fraction cranial lesion[s], see 77371, 77372)

## Other Procedures

**77399** Unlisted procedure, medical radiation physics, dosimetry and treatment devices, and special services
➲ *CPT Assistant* Nov 98:21

## Radiation Treatment Delivery

(Radiation treatment delivery [77401-77416] recognizes the technical component and the various energy levels)

**77401** Radiation treatment delivery, superficial and/or ortho voltage
➲ *CPT Assistant* Apr 03:14, Aug 03:10

**77402** Radiation treatment delivery, single treatment area, single port or parallel opposed ports, simple blocks or no blocks; up to 5 MeV
➲ *CPT Assistant* Apr 03:14, Aug 03:10
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77403** 6-10 MeV
➲ *CPT Assistant* Apr 03:14
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77404** 11-19 MeV
➲ *CPT Assistant* Apr 03:14
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77406** 20 MeV or greater
➲ *CPT Assistant* Apr 03:14, Aug 03:10
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77407** Radiation treatment delivery, two separate treatment areas, three or more ports on a single treatment area, use of multiple blocks; up to 5 MeV
➲ *CPT Assistant* Apr 03:14, Aug 03 10
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77408** 6-10 MeV
➲ *CPT Assistant* Apr 03:14
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77409** 11-19 MeV
➲ *CPT Assistant* Apr 03:14

**77411** 20 MeV or greater
➲ *CPT Assistant* Apr 03:14, Aug 03:10
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77412** Radiation treatment delivery, three or more separate treatment areas, custom blocking, tangential ports, wedges, rotational beam, compensators, electron beam; up to 5 MeV
➲ *CPT Assistant* Apr 03:14, Aug 03:10; *CPT Changes: An Insider's View* 2006
➲ *Clinical Examples in Radiology* Winter 06:20, Spring 07:7-9, 12

**77413** 6-10 MeV
➲ *CPT Assistant* Fall 91:14, Apr 03:14
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77414** 11-19 MeV
➲ *CPT Assistant* Apr 03:14
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77416** 20 MeV or greater
➲ *CPT Assistant* Aug 03:10
➲ *Clinical Examples in Radiology* Spring 07:7-9, 12

**77417** Therapeutic radiology port film(s)
➲ *CPT Assistant* Fall 91:14, Dec 97:11, Feb 06:14

**77418** Intensity modulated treatment delivery, single or multiple fields/arcs, via narrow spatially and temporally modulated beams, binary, dynamic MLC, per treatment session
➲ *CPT Assistant* Mar 05:1, 6, May 05:7; *CPT Changes: An Insider's View* 2002, 2005

(For intensity modulated treatment planning, use 77301)

(For compensator-based beam modulation treatment delivery, use Category III code 0073T)

**77421** Stereoscopic X-ray guidance for localization of target volume for the delivery of radiation therapy
➲ *CPT Changes: An Insider's View* 2006
➲ *Clinical Examples in Radiology* Winter 06:18

(Do not report 77421 in conjunction with 77432, 77435)

►(For placement of interstitial device[s] for radiation therapy guidance, prostate, use 55876)◄

# Introduction

*Current Procedural Terminology* (CPT®), Fourth Edition, is a set of codes, descriptions, and guidelines intended to describe procedures and services performed by physicians and other health care providers. Each procedure or service is identified with a five-digit code. The use of CPT codes simplifies the reporting of services.

Inclusion of a descriptor and its associated five-digit code number in the CPT codebook is based on whether the procedure is consistent with contemporary medical practice and is performed by many practitioners in clinical practice in multiple locations. Inclusion in the CPT codebook does not represent endorsement by the American Medical Association (AMA) of any particular diagnostic or therapeutic procedure. Inclusion or exclusion of a procedure does not imply any health insurance coverage or reimbursement policy.

►The CPT code set is published annually in the late summer or early fall as both electronic data files and books. The release of CPT data files on the Internet typically precedes the book by several weeks. In any case, January 1 is the effective date for use of the update of the CPT code set. The interval between the release of the update and the effective date is considered the implementation period and is intended to allow physicians and other providers, payers, and vendors to incorporate CPT changes into their systems. The exceptions to this schedule of release and effective dates are CPT Category III and vaccine product codes, which are released twice a year on January 1 or July 1 with effective dates for use six months later, and CPT Category II codes. Changes to the CPT code set are meant to be applied prospectively from the effective date.◄

The main body of the material is listed in six sections. Each section is divided into subsections with anatomic, procedural, condition, or descriptor subheadings. The procedures and services with their identifying codes are presented in numeric order with one exception—the entire **Evaluation and Management** section (99201-99499) appears at the beginning of the listed procedures. These items are used by most physicians in reporting a significant portion of their services.

## Section Numbers and Their Sequences

### Category I

**Evaluation and Management** ............99201-99499
**Anesthesiology** ...........00100-01999, 99100-99140
**Surgery** ............................10021-69990
**Radiology (Including Nuclear Medicine and Diagnostic Ultrasound)** .........70010-79999
**Pathology and Laboratory** ..............80047-89356
**Medicine (except Anesthesiology)** 90281-99199, 99500-99607

### Category II ..........................0001F-7025F
### Category III .........................0016T-0196T

The first and last code numbers and the subsection name of the items appear at the top margin of most pages (eg, "11010-11306 Surgery/Integumentary System"). The continuous pagination of the CPT codebook is found on the lower margin of each page along with explanation of any code symbols that are found on that page.

## Instructions for Use of the CPT Codebook

Select the name of the procedure or service that accurately identifies the service performed. Do not select a CPT code that merely approximates the service provided. If no such specific code exists, then report the service using the appropriate unlisted procedure or service code. In surgery, it may be an operation; in medicine, a diagnostic or therapeutic procedure; in radiology, a radiograph. Other additional procedures performed or pertinent special services are also listed. When necessary, any modifying or extenuating circumstances are added. Any service or procedure should be adequately documented in the medical record.

It is important to recognize that the listing of a service or procedure and its code number in a specific section of this book does not restrict its use to a specific specialty group. Any procedure or service in any section of this book may be used to designate the services rendered by any qualified physician or other qualified health care professional.

Instructions, typically included as parenthetical notes with selected codes, indicate that a code should not be reported with another code or codes. These instructions are intended to prevent errors of significant probability and are not all inclusive. For example, the code with such instructions may be a component of another code and therefore it would be incorrect to report both codes even when the component service is performed. These instructions are not intended as a listing of all possible code combinations that should not be reported, nor to indicate all possible code combinations that are appropriately reported. When reporting codes for services provided, it is important to assure the accuracy and quality of coding through verification of the intent of the code by use of the related guidelines, parenthetical instructions, and coding resources, including *CPT Assistant* and other publications resulting from collaborative efforts of the AMA with medical specialty societies (ie, *Clinical Examples in Radiology*).

77331 Special dosimetry (eg, TLD, microdosimetry) (specify), only when prescribed by the treating physician
*CPT Assistant* Fall 91:13, Oct 97:4

77332 Treatment devices, design and construction; simple (simple block, simple bolus)
*CPT Assistant* Oct 97:4
*Clinical Examples in Radiology* Summer 07:10

77333 intermediate (multiple blocks, stents, bite blocks, special bolus)
*CPT Assistant* Oct 97:3
*Clinical Examples in Radiology* Summer 07:10

77334 complex (irregular blocks, special shields, compensators, wedges, molds or casts)
*CPT Assistant* Fall 91:14, Oct 97:4
*Clinical Examples in Radiology* Summer 07:9, 10

77336 Continuing medical physics consultation, including assessment of treatment parameters, quality assurance of dose delivery, and review of patient treatment documentation in support of the radiation oncologist, reported per week of therapy
*CPT Assistant* Fall 91:15, Oct 97:4, Nov 98:21

77370 Special medical radiation physics consultation
*CPT Assistant* Fall 91:14, Oct 97:4

## Stereotactic Radiation Treatment Delivery

77371 Radiation treatment delivery, stereotactic radiosurgery (SRS), complete course of treatment of cranial lesion(s) consisting of 1 session; multi-source Cobalt 60 based
*CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007, 2008

77372 linear accelerator based
*CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007, 2008

(For radiation treatment management, use 77432)

77373 Stereotactic body radiation therapy, treatment delivery, per fraction to 1 or more lesions, including image guidance, entire course not to exceed 5 fractions
*CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007

(Do not report 77373 in conjunction with 77401-77416, 77418)

(For single fraction cranial lesion[s], see 77371, 77372)

## Other Procedures

77399 Unlisted procedure, medical radiation physics, dosimetry and treatment devices, and special services
*CPT Assistant* Nov 98:21

## Radiation Treatment Delivery

(Radiation treatment delivery [77401-77416] recognizes the technical component and the various energy levels)

77401 Radiation treatment delivery, superficial and/or ortho voltage
*CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1

77402 Radiation treatment delivery, single treatment area, single port or parallel opposed ports, simple blocks or no blocks; up to 5 MeV
*CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
*Clinical Examples in Radiology* Spring 07:7-9, 12

77403 6-10 MeV
*CPT Assistant* Apr 03:14
*Clinical Examples in Radiology* Spring 07:7-9, 12

77404 11-19 MeV
*CPT Assistant* Apr 03:14
*Clinical Examples in Radiology* Spring 07:7-9, 12

77406 20 MeV or greater
*CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
*Clinical Examples in Radiology* Spring 07:7-9, 12

77407 Radiation treatment delivery, 2 separate treatment areas, 3 or more ports on a single treatment area, use of multiple blocks; up to 5 MeV
*CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
*Clinical Examples in Radiology* Spring 07:7-9, 12

77408 6-10 MeV
*CPT Assistant* Apr 03:14
*Clinical Examples in Radiology* Spring 07:7-9, 12

77409 11-19 MeV
*CPT Assistant* Apr 03:14
*Clinical Examples in Radiology* Spring 07:7

77411 20 MeV or greater
*CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
*Clinical Examples in Radiology* Spring 07:7-9, 12

77412 Radiation treatment delivery, 3 or more separate treatment areas, custom blocking, tangential ports, wedges, rotational beam, compensators, electron beam; up to 5 MeV
*CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1; *CPT Changes: An Insider's View* 2006
*Clinical Examples in Radiology* Winter 06:20, Spring 07:7-9, 12

77413 6-10 MeV
*CPT Assistant* Fall 91:14, Apr 03:14
*Clinical Examples in Radiology* Spring 07:7-9, 12

77414 11-19 MeV
*CPT Assistant* Apr 03:14
*Clinical Examples in Radiology* Spring 07:7-9, 12

77416 20 MeV or greater
*CPT Assistant* Aug 03:10, Oct 07:1
*Clinical Examples in Radiology* Spring 07:7-9, 12

77417 Therapeutic radiology port film(s)
*CPT Assistant* Fall 91:14, Dec 97:11, Feb 06:14, Oct 07:1

# Introduction

*Current Procedural Terminology* (CPT®), Fourth Edition, is a set of codes, descriptions, and guidelines intended to describe procedures and services performed by physicians and other health care providers. Each procedure or service is identified with a five-digit code. The use of CPT codes simplifies the reporting of services.

Inclusion of a descriptor and its associated five-digit code number in the CPT codebook is based on whether the procedure is consistent with contemporary medical practice and is performed by many practitioners in clinical practice in multiple locations. Inclusion in the CPT codebook does not represent endorsement by the American Medical Association (AMA) of any particular diagnostic or therapeutic procedure. Inclusion or exclusion of a procedure does not imply any health insurance coverage or reimbursement policy.

The CPT code set is published annually in the late summer or early fall as both electronic data files and books. The release of CPT data files on the Internet typically precedes the book by several weeks. In any case, January 1 is the effective date for use of the update of the CPT code set. The interval between the release of the update and the effective date is considered the implementation period and is intended to allow physicians and other providers, payers, and vendors to incorporate CPT changes into their systems. The exceptions to this schedule of release and effective dates are CPT Category III and vaccine product codes, which are released twice a year on January 1 or July 1 with effective dates for use six months later, and CPT Category II codes. Changes to the CPT code set are meant to be applied prospectively from the effective date.

The main body of the material is listed in six sections. Each section is divided into subsections with anatomic, procedural, condition, or descriptor subheadings. The procedures and services with their identifying codes are presented in numeric order with one exception—the entire **Evaluation and Management** section (99201-99499) appears at the beginning of the listed procedures. These items are used by most physicians in reporting a significant portion of their services.

## Section Numbers and Their Sequences

**Evaluation and Management** . . . . . . . . . . . . 99201-99499
**Anesthesiology** . . . . . . . . . . 00100-01999, 99100-99140
**Surgery** . . . . . . . . . . . . . . . . . . . . . . . . . . 10021-69990
**Radiology (Including Nuclear Medicine and Diagnostic Ultrasound)** . . . . . . . . . 70010-79999
**Pathology and Laboratory** . . . . . . . . . . . . . 80048-89356
**Medicine (except Anesthesiology)** 90281-99199, 99500-99602

The first and last code numbers and the subsection name of the items appear at the top margin of most pages (eg, "11010-11306 Surgery/Integumentary System"). The continuous pagination of the CPT codebook is found on the lower margin of each page along with explanation of any code symbols that are found on that page.

## Instructions for Use of the CPT Codebook

Select the name of the procedure or service that accurately identifies the service performed. Do not select a CPT code that merely approximates the service provided. If no such specific code exists, then report the service using the appropriate unlisted procedure or service code. In surgery, it may be an operation; in medicine, a diagnostic or therapeutic procedure; in radiology, a radiograph. Other additional procedures performed or pertinent special services are also listed. When necessary, any modifying or extenuating circumstances are added. Any service or procedure should be adequately documented in the medical record.

It is important to recognize that the listing of a service or procedure and its code number in a specific section of this book does not restrict its use to a specific specialty group. Any procedure or service in any section of this book may be used to designate the services rendered by any qualified physician or other qualified health care professional.

Instructions, typically included as parenthetical notes with selected codes, indicate that a code should not be reported with another code or codes. These instructions are intended to prevent errors of significant probability and are not all inclusive. For example, the code with such instructions may be a component of another code and therefore it would be incorrect to report both codes even when the component service is performed. These instructions are not intended as a listing of all possible code combinations that should not be reported, nor to indicate all possible code combinations that are appropriately reported. When reporting codes for services provided, it is important to assure the accuracy and quality of coding through verification of the intent of the code by use of the related guidelines, parenthetical instructions, and coding resources, including *CPT Assistant* and other publications resulting from collaborative efforts of the American Medical Association with medical specialty societies (ie, *Clinical Examples in Radiology*).

**77373** Stereotactic body radiation therapy, treatment delivery, per fraction to 1 or more lesions, including image guidance, entire course not to exceed 5 fractions
➔ *CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007

(Do not report 77373 in conjunction with 77401-77416, 77418)

(For single fraction cranial lesion[s], see 77371, 77372)

## Other Procedures

**77399** Unlisted procedure, medical radiation physics, dosimetry and treatment devices, and special services
➔ *CPT Assistant* Nov 98:21

## Radiation Treatment Delivery

(Radiation treatment delivery [77401-77416] recognizes the technical component and the various energy levels)

►(For intra-fraction localization and tracking of target, use 0197T)◄

**77401** Radiation treatment delivery, superficial and/or ortho voltage
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Summer 08:12

**77402** Radiation treatment delivery, single treatment area, single port or parallel opposed ports, simple blocks or no blocks; up to 5 MeV
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77403** 6-10 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77404** 11-19 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77406** 20 MeV or greater
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77407** Radiation treatment delivery, 2 separate treatment areas, 3 or more ports on a single treatment area, use of multiple blocks; up to 5 MeV
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77408** 6-10 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77409** 11-19 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7, Summer 08:12

**77411** 20 MeV or greater
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77412** Radiation treatment delivery, 3 or more separate treatment areas, custom blocking, tangential ports, wedges, rotational beam, compensators, electron beam; up to 5 MeV
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1; *CPT Changes: An Insider's View* 2006
➔ *Clinical Examples in Radiology* Winter 06:20, Spring 07:7-9, 12, Summer 08:12

**77413** 6-10 MeV
➔ *CPT Assistant* Fall 91:14, Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77414** 11-19 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77416** 20 MeV or greater
➔ *CPT Assistant* Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77417** Therapeutic radiology port film(s)
➔ *CPT Assistant* Fall 91:14, Dec 97:11, Feb 06:14, Oct 07:1

**77418** Intensity modulated treatment delivery, single or multiple fields/arcs, via narrow spatially and temporally modulated beams, binary, dynamic MLC, per treatment session
➔ *CPT Assistant* Mar 05:1, 6, May 05:7; *CPT Changes: An Insider's View* 2002, 2005
➔ *Clinical Examples in Radiology* Summer 07:9

(For intensity modulated treatment planning, use 77301)

(For compensator-based beam modulation treatment delivery, use Category III code 0073T)

**77421** Stereoscopic X-ray guidance for localization of target volume for the delivery of radiation therapy
➔ *CPT Assistant* Oct 07:1; *CPT Changes: An Insider's View* 2006
➔ *Clinical Examples in Radiology* Winter 06:18, Fall 08:10

(Do not report 77421 in conjunction with 77432, 77435)

►(For placement of interstitial device[s] for radiation therapy guidance, see 31627, 32553, 49411, 55876)◄

## Neutron Beam Treatment Delivery

**77422** High energy neutron radiation treatment delivery; single treatment area using a single port or parallel-opposed ports with no blocks or simple blocking
➔ *CPT Changes: An Insider's View* 2006
➔ *Clinical Examples in Radiology* Winter 06:18



P/L 80047

# Introduction

*Current Procedural Terminology* (CPT®), Fourth Edition, is a set of codes, descriptions, and guidelines intended to describe procedures and services performed by physicians and other health care providers. Each procedure or service is identified with a five-digit code. The use of CPT codes simplifies the reporting of services.

Inclusion of a descriptor and its associated five-digit code number in the CPT codebook is based on whether the procedure is consistent with contemporary medical practice and is performed by many practitioners in clinical practice in multiple locations. Inclusion in the CPT codebook does not represent endorsement by the American Medical Association (AMA) of any particular diagnostic or therapeutic procedure. Inclusion or exclusion of a procedure does not imply any health insurance coverage or reimbursement policy.

The CPT code set is published annually in the late summer or early fall as both electronic data files and books. The release of CPT data files on the Internet typically precedes the book by several weeks. In any case, January 1 is the effective date for use of the update of the CPT code set. The interval between the release of the update and the effective date is considered the implementation period and is intended to allow physicians and other providers, payers, and vendors to incorporate CPT changes into their systems. The exceptions to this schedule of release and effective dates are CPT Category III and vaccine product codes, which are released twice a year on January 1 or July 1 with effective dates for use six months later, and CPT Category II codes. Changes to the CPT code set are meant to be applied prospectively from the effective date.

The main body of the material is listed in six sections. Each section is divided into subsections with anatomic, procedural, condition, or descriptor subheadings. The procedures and services with their identifying codes are presented in numeric order with one exception—the entire **Evaluation and Management** section (99201-99499) appears at the beginning of the listed procedures. These items are used by most physicians in reporting a significant portion of their services.

## Section Numbers and Their Sequences

| | |
|---|---|
| **Evaluation and Management** | 99201-99499 |
| **Anesthesiology** | 00100-01999, 99100-99140 |
| **Surgery** | 10021-69990 |
| **Radiology (Including Nuclear Medicine and Diagnostic Ultrasound)** | 70010-79999 |
| **Pathology and Laboratory** | 80048-89356 |
| **Medicine (except Anesthesiology)** | 90281-99199, 99500-99602 |

The first and last code numbers and the subsection name of the items appear at the top margin of most pages (eg, "11010-11306 Surgery/Integumentary System"). The continuous pagination of the CPT codebook is found on the lower margin of each page along with explanation of any code symbols that are found on that page.

## Instructions for Use of the CPT Codebook

Select the name of the procedure or service that accurately identifies the service performed. Do not select a CPT code that merely approximates the service provided. If no such specific code exists, then report the service using the appropriate unlisted procedure or service code. In surgery, it may be an operation; in medicine, a diagnostic or therapeutic procedure; in radiology, a radiograph. Other additional procedures performed or pertinent special services are also listed. When necessary, any modifying or extenuating circumstances are added. Any service or procedure should be adequately documented in the medical record.

It is important to recognize that the listing of a service or procedure and its code number in a specific section of this book does not restrict its use to a specific specialty group. Any procedure or service in any section of this book may be used to designate the services rendered by any qualified physician or other qualified health care professional.

Instructions, typically included as parenthetical notes, with selected codes indicate that a code should not be reported with another code or codes. These instructions are intended to prevent errors of significant probability and are not all inclusive. For example, the code with such instructions may be a component of another code and therefore it would be incorrect to report both codes even when the component service is performed. These instructions are not intended as a listing of all possible code combinations that should not be reported, nor to indicate all possible code combinations that are appropriately reported. When reporting codes for services provided, it is important to assure the accuracy and quality of coding through verification of the intent of the code by use of the related guidelines, parenthetical instructions, and coding resources, including *CPT Assistant* and other publications resulting from collaborative efforts of the American Medical Association with the medical specialty societies (ie, *Clinical Examples in Radiology*).

## Format of the Terminology

The CPT code set has been developed as stand-alone descriptions of medical procedures. However, some of the procedures in the CPT codebook are not printed in their entirety but refer back to a common portion of the procedure listed in a preceding entry. This is evident when an entry is followed by one or more indentations. This is done in an effort to conserve space.

***Example***

**25100** Arthrotomy, wrist joint; with biopsy

**25105** with synovectomy

(Dose plan is optimized using inverse or forward planning technique for modulated beam delivery [eg, binary, dynamic MLC] to create highly conformal dose distribution. Computer plan distribution must be verified for positional accuracy based on dosimetric verification of the intensity map with verification of treatment set-up and interpretation of verification methodology)

**77305** Teletherapy, isodose plan (whether hand or computer calculated); simple (1 or 2 parallel opposed unmodified ports directed to a single area of interest)
➔ *CPT Assistant* Fall 91:15, Oct 97:3

**77310** intermediate (3 or more treatment ports directed to a single area of interest)
➔ *CPT Assistant* Fall 91:15, Oct 97:3

**77315** complex (mantle or inverted Y, tangential ports, the use of wedges, compensators, complex blocking, rotational beam, or special beam considerations)
➔ *CPT Assistant* Fall 91:15, Oct 97:3

(Only 1 teletherapy isodose plan may be reported for a given course of therapy to a specific treatment area)

**77321** Special teletherapy port plan, particles, hemibody, total body
➔ *CPT Assistant* Fall 91:14, Oct 97:4

**77326** Brachytherapy isodose plan; simple (calculation made from single plane, 1 to 4 sources/ribbon application, remote afterloading brachytherapy, 1 to 8 sources)
➔ *CPT Assistant* Winter 91:17, Apr 09:3; *CPT Changes: An Insider's View* 2003

(For definition of source/ribbon, see page 329)

**77327** intermediate (multiplane dosage calculations, application involving 5 to 10 sources/ribbons, remote afterloading brachytherapy, 9 to 12 sources)
➔ *CPT Assistant* Winter 91:17, Apr 09:3

**77328** complex (multiplane isodose plan, volume implant calculations, over 10 sources/ribbons used, special spatial reconstruction, remote afterloading brachytherapy, over 12 sources)
➔ *CPT Assistant* Winter 91:17, Apr 09:3

**77331** Special dosimetry (eg, TLD, microdosimetry) (specify), only when prescribed by the treating physician
➔ *CPT Assistant* Fall 91:13, Oct 97:4

**77332** Treatment devices, design and construction; simple (simple block, simple bolus)
➔ *CPT Assistant* Oct 97:4
➔ *Clinical Examples in Radiology* Summer 07:10, Summer 08:12

**77333** intermediate (multiple blocks, stents, bite blocks, special bolus)
➔ *CPT Assistant* Oct 97:3
➔ *Clinical Examples in Radiology* Summer 07:10, Summer 08:12

**77334** complex (irregular blocks, special shields, compensators, wedges, molds or casts)
➔ *CPT Assistant* Fall 91:14, Oct 97:4, Dec 08:9, Nov 09:3
➔ *Clinical Examples in Radiology* Summer 07:9, 10, Summer 08:12

**77336** Continuing medical physics consultation, including assessment of treatment parameters, quality assurance of dose delivery, and review of patient treatment documentation in support of the radiation oncologist, reported per week of therapy
➔ *CPT Assistant* Fall 91:15, Oct 97:4, Nov 98:21
➔ *Clinical Examples in Radiology*, Summer 08:12, 09:2, 6

**77338** Multi-leaf collimator (MLC) device(s) for intensity modulated radiation therapy (IMRT), design and construction per IMRT plan
➔ *CPT Changes: An Insider's View* 2010

(Do not report 77338 more than once per IMRT plan)

(For immobilization in IMRT treatment, see 77332-77334)

(Do not report 77338 in conjunction with 0073T, compensator based IMRT)

**77370** Special medical radiation physics consultation
➔ *CPT Assistant* Fall 91:14, Oct 97:4, May 09:8
➔ *Clinical Examples in Radiology* Summer 08:12

## Stereotactic Radiation Treatment Delivery

⊙ **77371** Radiation treatment delivery, stereotactic radiosurgery (SRS), complete course of treatment of cranial lesion(s) consisting of 1 session; multi-source Cobalt 60 based
➔ *CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007, 2008, 2010

**77372** linear accelerator based
➔ *CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007, 2008

(For radiation treatment management, use 77432)

**77373** Stereotactic body radiation therapy, treatment delivery, per fraction to 1 or more lesions, including image guidance, entire course not to exceed 5 fractions
➔ *CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007

(Do not report 77373 in conjunction with 77401-77416, 77418)

(For single fraction cranial lesion[s], see 77371, 77372)

## Other Procedures

**77399** Unlisted procedure, medical radiation physics, dosimetry and treatment devices, and special services
➔ *CPT Assistant* Nov 98:21

## Radiation Treatment Delivery

(Radiation treatment delivery [77401-77416] recognizes the technical component and the various energy levels)

(For intra-fraction localization and tracking of target, use 0197T)

**77401** Radiation treatment delivery, superficial and/or ortho voltage
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Summer 08:12

**77402** Radiation treatment delivery, single treatment area, single port or parallel opposed ports, simple blocks or no blocks; up to 5 MeV
- *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77403** 6-10 MeV
- *CPT Assistant* Apr 03:14
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77404** 11-19 MeV
- *CPT Assistant* Apr 03:14
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77406** 20 MeV or greater
- *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77407** Radiation treatment delivery, 2 separate treatment areas, 3 or more ports on a single treatment area, use of multiple blocks; up to 5 MeV
- *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77408** 6-10 MeV
- *CPT Assistant* Apr 03:14
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77409** 11-19 MeV
- *CPT Assistant* Apr 03:14
- *Clinical Examples in Radiology* Spring 07:7, Summer 08:12

**77411** 20 MeV or greater
- *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77412** Radiation treatment delivery, 3 or more separate treatment areas, custom blocking, tangential ports, wedges, rotational beam, compensators, electron beam; up to 5 MeV
- *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1; *CPT Changes: An Insider's View* 2006
- *Clinical Examples in Radiology* Winter 06:20, Spring 07:7-9, 12, Summer 08:12

**77413** 6-10 MeV
- *CPT Assistant* Fall 91:14, Apr 03:14
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77414** 11-19 MeV
- *CPT Assistant* Apr 03:14
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77416** 20 MeV or greater
- *CPT Assistant* Aug 03:10, Oct 07:1
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77417** Therapeutic radiology port film(s)
- *CPT Assistant* Fall 91:14, Dec 97:11, Feb 06:14, Oct 07:1

**77418** Intensity modulated treatment delivery, single or multiple fields/arcs, via narrow spatially and temporally modulated beams, binary, dynamic MLC, per treatment session
- *CPT Assistant* Mar 05:1, 6, May 05:7, Mar 10:9; *CPT Changes: An Insider's View* 2002, 2005
- *Clinical Examples in Radiology* Summer 07:9

(For intensity modulated treatment planning, use 77301)

(For compensator-based beam modulation treatment delivery, use Category III code 0073T)

**77421** Stereoscopic X-ray guidance for localization of target volume for the delivery of radiation therapy
- *CPT Assistant* Oct 07:1; *CPT Changes: An Insider's View* 2006
- *Clinical Examples in Radiology* Winter 06:18, Fall 08:10

(Do not report 77421 in conjunction with 77432, 77435)

(For placement of interstitial device[s] for radiation therapy guidance, see 31627, 32553, 49411, 55876)

## Neutron Beam Treatment Delivery

**77422** High energy neutron radiation treatment delivery; single treatment area using a single port or parallel-opposed ports with no blocks or simple blocking
- *CPT Changes: An Insider's View* 2006
- *Clinical Examples in Radiology* Winter 06:18

**77423** 1 or more isocenter(s) with coplanar or non-coplanar geometry with blocking and/or wedge, and/or compensator(s)
- *CPT Changes: An Insider's View* 2006
- *Clinical Examples in Radiology* Winter 06:18

## Radiation Treatment Management

►Radiation treatment management is reported in units of five fractions or treatment sessions, regardless of the actual time period in which the services are furnished. The services need not be furnished on consecutive days. Multiple fractions representing two or more treatment sessions furnished on the same day may be counted separately as long as there has been a distinct break in therapy sessions, and the fractions are of the character usually furnished on different days. Code 77427 is also reported if there are three or four fractions beyond a multiple of five at the end of a course of treatment; one or two fractions beyond a multiple of five at the end of a course of treatment are not reported separately. Radiation treatment management requires **and includes** a minimum of one examination of the patient by the physician for medical evaluation and management (eg, assessment of the patient's response to treatment, coordination of care and treatment, review of imaging and/or lab test results with documentation) for each reporting of the radiation treatment management service. The professional services furnished during treatment management typically include:◄

# Introduction

*Current Procedural Terminology* (CPT®), Fourth Edition, is a set of codes, descriptions, and guidelines intended to describe procedures and services performed by physicians and other health care providers. Each procedure or service is identified with a five-digit code. The use of CPT codes simplifies the reporting of services.

Inclusion of a descriptor and its associated five-digit code number in the CPT codebook is based on whether the procedure is consistent with contemporary medical practice and is performed by many practitioners in clinical practice in multiple locations. Inclusion in the CPT codebook does not represent endorsement by the American Medical Association (AMA) of any particular diagnostic or therapeutic procedure. Inclusion or exclusion of a procedure does not imply any health insurance coverage or reimbursement policy.

The CPT code set is published annually in the late summer or early fall as both electronic data files and books. The release of CPT data files on the Internet typically precedes the book by several weeks. In any case, January 1 is the effective date for use of the update of the CPT code set. The interval between the release of the update and the effective date is considered the implementation period and is intended to allow physicians and other providers, payers, and vendors to incorporate CPT changes into their systems. The exceptions to this schedule of release and effective dates are CPT Category III and vaccine product codes, which are released twice a year on January 1 or July 1 with effective dates for use six months later, and CPT Category II codes. Changes to the CPT code set are meant to be applied prospectively from the effective date.

The main body of the Category I section is listed in six sections. Each section is divided into subsections with anatomic, procedural, condition, or descriptor subheadings. The procedures and services with their identifying codes are presented in numeric order with one exception—the entire **Evaluation and Management** section (99201-99499) appears at the beginning of the listed procedures. These items are used by most physicians in reporting a significant portion of their services.

## Section Numbers and Their Sequences

| | |
|---|---|
| **Evaluation and Management** | 99201-99499 |
| **Anesthesiology** | 00100-01999, 99100-99140 |
| **Surgery** | 10021-69990 |
| **Radiology (Including Nuclear Medicine and Diagnostic Ultrasound)** | 70010-79999 |
| **Pathology and Laboratory** | 80048-89356 |
| **Medicine (except Anesthesiology)** | 90281-99199, 99500-99602 |

The first and last code numbers and the subsection name of the items appear at the top margin of most pages (eg, "11010-11306 Surgery/Integumentary System"). The continuous pagination of the CPT codebook is found on the lower margin of each page along with explanation of any code symbols that are found on that page.

## Instructions for Use of the CPT Codebook

Select the name of the procedure or service that accurately identifies the service performed. Do not select a CPT code that merely approximates the service provided. If no such specific code exists, then report the service using the appropriate unlisted procedure or service code. In surgery, it may be an operation; in medicine, a diagnostic or therapeutic procedure; in radiology, a radiograph. Other additional procedures performed or pertinent special services are also listed. When necessary, any modifying or extenuating circumstances are added. Any service or procedure should be adequately documented in the medical record.

It is important to recognize that the listing of a service or procedure and its code number in a specific section of this book does not restrict its use to a specific specialty group. Any procedure or service in any section of this book may be used to designate the services rendered by any qualified physician or other qualified health care professional or entity (eg, hospital, clinical laboratory, home health agency).

A "physician or other qualified healthcare professional" is an individual who is qualified by education, training, licensure/regulation (when applicable), and facility privileging (when applicable) who performs a professional service within his/her scope of practice and independently reports that professional service. These professionals are distinct from "clinical staff". A clinical staff member is a person who works under the supervision of a physician or other qualified healthcare professional and who is allowed by law, regulation and facility policy to perform or assist in the performance of a specified professional service, but who does not individually report that professional service. Other policies may also affect who may report specific services.

Instructions, typically included as parenthetical notes, with selected codes indicate that a code should not be reported with another code or codes. These instructions are intended to prevent errors of significant probability and are not all inclusive. For example, the code with such instructions may be a component of another code and therefore it would be incorrect to report both codes even when the component service is performed. These instructions are not intended as a listing of all possible code combinations that should not be reported, nor to indicate all possible code combinations that are appropriately reported. When reporting codes for services provided, it is important to assure the accuracy and quality of coding through verification of the intent of the code by use of the related guidelines, parenthetical instructions, and coding resources, including *CPT Assistant* and other publications resulting from collaborative efforts of the American Medical Association with the medical specialty societies (ie, *Clinical Examples in Radiology*).

**77336** Continuing medical physics consultation, including assessment of treatment parameters, quality assurance of dose delivery, and review of patient treatment documentation in support of the radiation oncologist, reported per week of therapy
➔ *CPT Assistant* Fall 91:15, Oct 97:4, Nov 98:21
➔ *Clinical Examples in Radiology* Summer 08:12, Summer 09:2, 6

**77338** Multi-leaf collimator (MLC) device(s) for intensity modulated radiation therapy (IMRT), design and construction per IMRT plan
➔ *CPT Changes: An Insider's View* 2010

(Do not report 77338 more than once per IMRT plan)

(For immobilization in IMRT treatment, see 77332-77334)

(Do not report 77338 in conjunction with 0073T, compensator based IMRT)

**77370** Special medical radiation physics consultation
➔ *CPT Assistant* Fall 91:14, Oct 97:4, May 09:8
➔ *Clinical Examples in Radiology* Summer 08:12

## Stereotactic Radiation Treatment Delivery

⊙ **77371** Radiation treatment delivery, stereotactic radiosurgery (SRS), complete course of treatment of cranial lesion(s) consisting of 1 session; multi-source Cobalt 60 based
➔ *CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007, 2008, 2010

**77372** linear accelerator based
➔ *CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007, 2008

(For radiation treatment management, use 77432)

**77373** Stereotactic body radiation therapy, treatment delivery, per fraction to 1 or more lesions, including image guidance, entire course not to exceed 5 fractions
➔ *CPT Assistant* Mar 07:7, Oct 07:1; *CPT Changes: An Insider's View* 2007

(Do not report 77373 in conjunction with 77401-77416, 77418)

(For single fraction cranial lesion[s], see 77371, 77372)

## Other Procedures

**77399** Unlisted procedure, medical radiation physics, dosimetry and treatment devices, and special services
➔ *CPT Assistant* Nov 98:21

## Radiation Treatment Delivery

(Radiation treatment delivery [77401-77416] recognizes the technical component and the various energy levels)

(For intra-fraction localization and tracking of target, use 0197T)

**77401** Radiation treatment delivery, superficial and/or ortho voltage
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Summer 08:12

**77402** Radiation treatment delivery, single treatment area, single port or parallel opposed ports, simple blocks or no blocks; up to 5 MeV
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77403** 6-10 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77404** 11-19 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77406** 20 MeV or greater
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77407** Radiation treatment delivery, 2 separate treatment areas, 3 or more ports on a single treatment area, use of multiple blocks; up to 5 MeV
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77408** 6-10 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77409** 11-19 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7, Summer 08:12

**77411** 20 MeV or greater
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77412** Radiation treatment delivery, 3 or more separate treatment areas, custom blocking, tangential ports, wedges, rotational beam, compensators, electron beam; up to 5 MeV
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1; *CPT Changes: An Insider's View* 2006
➔ *Clinical Examples in Radiology* Winter 06:20, Spring 07:7-9, 12, Summer 08:12

**77413** 6-10 MeV
➔ *CPT Assistant* Fall 91:14, Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

**77414** 11-19 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12

# Introduction

*Current Procedural Terminology* (CPT®), Fourth Edition, is a set of codes, descriptions, and guidelines intended to describe procedures and services performed by physicians and other health care professionals. The CPT code set is also used by other entities to report outpatient services. Each procedure or service is identified with a five-digit code. The use of CPT codes simplifies the reporting of services.

Inclusion of a descriptor and its associated five-digit code number in the CPT codebook is based on whether the procedure is consistent with contemporary medical practice and is performed by many individuals in clinical practice in multiple locations. Inclusion in the CPT codebook does not represent endorsement by the American Medical Association (AMA) of any particular diagnostic or therapeutic procedure. Inclusion or exclusion of a procedure does not imply any health insurance coverage or reimbursement policy.

The CPT code set is published annually in the late summer or early fall as both electronic data files and books. The release of CPT data files on the Internet typically precedes the book by several weeks. In any case, January 1 is the effective date for use of the update of the CPT code set. The interval between the release of the update and the effective date is considered the implementation period and is intended to allow physicians and other providers, payers, and vendors to incorporate CPT changes into their systems. The exceptions to this schedule of release and effective dates are CPT Category III and vaccine product codes, which are released twice a year on January 1 or July 1 with effective dates for use six months later, and CPT Category II codes. Changes to the CPT code set are meant to be applied prospectively from the effective date.

The main body of the Category I section is listed in six sections. Each section is divided into subsections with anatomic, procedural, condition, or descriptor subheadings. The procedures and services with their identifying codes are presented in numeric order with one exception—the entire **Evaluation and Management** section (99201-99499) appears at the beginning of the listed procedures. These items are used by most physicians in reporting a significant portion of their services.

## Section Numbers and Their Sequences

| | |
|---|---|
| **Evaluation and Management** | 99201-99499 |
| **Anesthesiology** | 00100-01999, 99100-99140 |
| **Surgery** | 10021-69990 |
| **Radiology (Including Nuclear Medicine and Diagnostic Ultrasound)** | 70010-79999 |
| **Pathology and Laboratory** | 80047-89398 |
| **Medicine (except Anesthesiology)** | 90281-99199, 99500-99607 |

The first and last code numbers and the subsection name of the items appear at the top margin of most pages (eg, "11010-11306 Surgery/Integumentary System"). The continuous pagination of the CPT codebook is found on the lower margin of each page along with explanation of any code symbols that are found on that page.

## Instructions for Use of the CPT Codebook

Select the name of the procedure or service that accurately identifies the service performed. Do not select a CPT code that merely approximates the service provided. If no such specific code exists, then report the service using the appropriate unlisted procedure or service code. In surgery, it may be an operation; in medicine, a diagnostic or therapeutic procedure; in radiology, a radiograph. Other additional procedures performed or pertinent special services are also listed. When necessary, any modifying or extenuating circumstances are added. Any service or procedure should be adequately documented in the medical record.

It is important to recognize that the listing of a service or procedure and its code number in a specific section of this book does not restrict its use to a specific specialty group. Any procedure or service in any section of this book may be used to designate the services rendered by any qualified physician or other qualified health care professional or entity (eg, hospital, clinical laboratory, home health agency).

A "physician or other qualified health care professional" is an individual who is qualified by education, training, licensure/regulation (when applicable), and facility privileging (when applicable) who performs a professional service within his/her scope of practice and independently reports that professional service. These professionals are distinct from "clinical staff." A clinical staff member is a person who works under the supervision of a physician or other qualified health care professional and who is allowed by law, regulation, and facility policy to perform or assist in the performance of a specified professional service, but who does not individually report that professional service. Other policies may also affect who may report specific services.

▶Throughout the CPT code set the use of terms such as "physician," "qualified health care professional," or "individual" is not intended to indicate that other entities may not report the service. In selected instances, specific instructions may define a service as limited to professionals or limited to other entities (eg, hospital or home health agency).◀

Instructions, typically included as parenthetical notes with selected codes, indicate that a code should not be reported with another code or codes. These instructions are intended to prevent errors of significant probability and are not all inclusive. For example, the code with such instructions may be a component of another code and therefore it would be incorrect to report both codes even when the component service is performed. These instructions are not intended as a listing of all possible code combinations that should not be reported, nor do they indicate all possible code combinations

that are appropriately reported. When reporting codes for services provided, it is important to assure the accuracy and quality of coding through verification of the intent of the code by use of the related guidelines, parenthetical instructions, and coding resources, including *CPT Assistant* and other publications resulting from collaborative efforts of the American Medical Association with the medical specialty societies (ie, *Clinical Examples in Radiology*).

## Format of the Terminology

The CPT code set has been developed as stand-alone descriptions of medical procedures. However, some of the procedures in the CPT codebook are not printed in their entirety but refer back to a common portion of the procedure listed in a preceding entry. This is evident when an entry is followed by one or more indentations. This is done in an effort to conserve space.

***Example***

**25100** Arthrotomy, wrist joint; with biopsy

**25105** with synovectomy

Note that the common part of code 25100 (the part before the semicolon) should also be considered part of code 25105. Therefore, the full procedure represented by code 25105 should read:

**25105** Arthrotomy, wrist joint; with synovectomy

## Requests to Update the CPT Nomenclature

The effectiveness of the CPT nomenclature depends on constant updating to reflect changes in medical practice. This can only be accomplished through the interest and timely suggestions of practicing physicians, medical specialty societies, state medical associations, and other organizations and agencies. Accordingly, the AMA welcomes correspondence, inquiries, and suggestions concerning old and new procedures, as well as other matters such as codes and indices.

To submit a suggestion to add, delete, or revise codes contained in the CPT codebook, please contact:

CPT Editorial Research & Development
American Medical Association
515 North State Street
Chicago, Illinois 60654

Coding change request forms are available at the AMA's CPT Web site: www.ama-assn.org/ama/pub/category/3866.html.

All proposed changes of the CPT codebook will be considered by the CPT Editorial Panel with consultation of appropriate medical specialty societies.

## Guidelines

Specific guidelines are presented at the beginning of each of the sections. These guidelines define items that are necessary to appropriately interpret and report the procedures and services contained in that section. For example, in the **Medicine** section, specific instructions are provided for handling unlisted services or procedures, special reports, and supplies and materials provided. Guidelines also provide explanations regarding terms that apply only to a particular section. For instance, **Radiology Guidelines** provide a definition of the unique term, "radiological supervision and interpretation." While in **Anesthesia**, a discussion of reporting time is included.

## Add-on Codes

Some of the listed procedures are commonly carried out in addition to the primary procedure performed. These additional or supplemental procedures are designated as add-on codes with the ✚ symbol and they are listed in **Appendix D** of the CPT codebook. Add-on codes in *CPT 2013* can be readily identified by specific descriptor nomenclature that includes phrases such as "each additional" or "(List separately in addition to primary procedure)."

The add-on code concept in *CPT 2013* applies only to add-on procedures or services performed by the same physician. Add-on codes describe additional intra-service work associated with the primary procedure, eg, additional digit(s), lesion(s), neurorrhaphy(s), vertebral segment(s), tendon(s), joint(s).

Add-on codes are always performed in addition to the primary service or procedure and must never be reported as a stand-alone code. All add-on codes found in the CPT codebook are exempt from the multiple procedure concept (see the modifier 51 definition in **Appendix A**).

## Modifiers

A modifier provides the means to report or indicate that a service or procedure that has been performed has been altered by some specific circumstance but not changed in its definition or code. Modifiers also enable health care professionals to effectively respond to payment policy requirements established by other entities. The judicious application of modifiers obviates the necessity for separate procedure listings that may describe the modifying circumstance. Modifiers may be used to indicate to the recipient of a report that:

- A service or procedure had both a professional and technical component.
- A service or procedure was performed by more than one physician and/or in more than one location.
- A service or procedure was increased or reduced.
- Only part of a service was performed.
- An adjunctive service was performed.
- A bilateral procedure was performed.
- A service or procedure was provided more than once.
- Unusual events occurred.

***Example***

A physician providing diagnostic or therapeutic radiology services, ultrasound, or nuclear medicine services in a hospital would add modifier 26 to report the professional component.

73090 with modifier 26 = Professional component only for an X-ray of the forearm

***Example***

Two surgeons may be required to manage a specific surgical problem. When two surgeons work together as primary surgeons performing distinct part(s) of a procedure, each surgeon should report his/her distinct operative work by adding modifier 62 to the procedure code and any associated code(s) for that procedure as long as both surgeons continue to work

**77336** Continuing medical physics consultation, including assessment of treatment parameters, quality assurance of dose delivery, and review of patient treatment documentation in support of the radiation oncologist, reported per week of therapy
➔ *CPT Assistant* Fall 91:15, Oct 97:4, Nov 98:21, Oct 10:3
➔ *Clinical Examples in Radiology* Summer 08:12, Summer 09:2, 6

**77338** Multi-leaf collimator (MLC) device(s) for intensity modulated radiation therapy (IMRT), design and construction per IMRT plan
➔ *CPT Assistant* Oct 10:3, Dec 10:15; *CPT Changes: An Insider's View* 2010

(Do not report 77338 more than once per IMRT plan)

(For immobilization in IMRT treatment, see 77332-77334)

(Do not report 77338 in conjunction with 0073T, compensator based IMRT)

**77370** Special medical radiation physics consultation
➔ *CPT Assistant* Fall 91:14, Oct 97:4, May 09:8, Oct 10:3
➔ *Clinical Examples in Radiology* Summer 08:12, Summer 09:6, 9

## Stereotactic Radiation Treatment Delivery

⊙ **77371** Radiation treatment delivery, stereotactic radiosurgery (SRS), complete course of treatment of cranial lesion(s) consisting of 1 session; multi-source Cobalt 60 based
➔ *CPT Assistant* Mar 07:7, Oct 07:1, Oct 10:3, Jul 11:12; *CPT Changes: An Insider's View* 2007, 2008, 2010
➔ *Clinical Examples in Radiology* Summer 09:7

**77372** linear accelerator based
➔ *CPT Assistant* Mar 07:7, Oct 07:1, Oct 10:3, Jul 11:12; *CPT Changes: An Insider's View* 2007, 2008
➔ *Clinical Examples in Radiology* Summer 09:7

(For radiation treatment management, use 77432)

**77373** Stereotactic body radiation therapy, treatment delivery, per fraction to 1 or more lesions, including image guidance, entire course not to exceed 5 fractions
➔ *CPT Assistant* Mar 07:7, Oct 07:1, Oct 10:3, Jul 11:12; *CPT Changes: An Insider's View* 2007
➔ *Clinical Examples in Radiology* Summer 09:7

(Do not report 77373 in conjunction with 77401-77416, 77418)

(For single fraction cranial lesion[s], see 77371, 77372)

## Other Procedures

**77399** Unlisted procedure, medical radiation physics, dosimetry and treatment devices, and special services
➔ *CPT Assistant* Nov 98:21, Oct 10:3

## Radiation Treatment Delivery

(Radiation treatment delivery [77401-77416] recognizes the technical component and the various energy levels)

(For intra-fraction localization and tracking of target, use 0197T)

**77401** Radiation treatment delivery, superficial and/or ortho voltage
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1, Oct 10:3
➔ *Clinical Examples in Radiology* Summer 08:12, Summer 09:7

**77402** Radiation treatment delivery, single treatment area, single port or parallel opposed ports, simple blocks or no blocks; up to 5 MeV
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1, Oct 10:3
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77403** 6-10 MeV
➔ *CPT Assistant* Apr 03:14, Oct 10:3
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77404** 11-19 MeV
➔ *CPT Assistant* Apr 03:14, Oct 10:3
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77406** 20 MeV or greater
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1, Oct 10:3
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77407** Radiation treatment delivery, 2 separate treatment areas, 3 or more ports on a single treatment area, use of multiple blocks; up to 5 MeV
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77408** 6-10 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77409** 11-19 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7, Summer 08:12, Summer 09:7

**77411** 20 MeV or greater
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77412** Radiation treatment delivery, 3 or more separate treatment areas, custom blocking, tangential ports, wedges, rotational beam, compensators, electron beam; up to 5 MeV
➔ *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1; *CPT Changes: An Insider's View* 2006
➔ *Clinical Examples in Radiology* Winter 06:20, Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77413** 6-10 MeV
➔ *CPT Assistant* Fall 91:14, Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:2, 7

**77414** 11-19 MeV
➔ *CPT Assistant* Apr 03:14
➔ *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

Radiology

# Introduction

►*Current Procedural Terminology* (CPT®), Fourth Edition, is a set of codes, descriptions, and guidelines intended to describe procedures and services performed by physicians and other health care professionals, or entities. Each procedure or service is identified with a five-digit code. The use of CPT codes simplifies the reporting of procedures and services. In the CPT code set, the term "procedure" is used to describe services, including diagnostic tests.

Inclusion of a descriptor and its associated five-digit code number in the CPT Category I code set is based on whether the procedure or service is consistent with contemporary medical practice and is performed by many practitioners in clinical practice in multiple locations. Inclusion in the CPT code set does not represent endorsement by the American Medical Association (AMA) of any particular diagnostic or therapeutic procedure or service. Inclusion or exclusion of a procedure or service does not imply any health insurance coverage or reimbursement policy.◄

The CPT code set is published annually in the late summer or early fall as both electronic data files and books. The release of CPT data files on the Internet typically precedes the book by several weeks. In any case, January 1 is the effective date for use of the update of the CPT code set. The interval between the release of the update and the effective date is considered the implementation period and is intended to allow physicians and other providers, payers, and vendors to incorporate CPT changes into their systems. The exceptions to this schedule of release and effective dates are CPT Category III and vaccine product codes, which are released twice a year on January 1 or July 1 with effective dates for use six months later, and CPT Category II codes. Changes to the CPT code set are meant to be applied prospectively from the effective date.

The main body of the Category I section is listed in six sections. Each section is divided into subsections with anatomic, procedural, condition, or descriptor subheadings. The procedures and services with their identifying codes are presented in numeric order with one exception—the entire **Evaluation and Management** section (99201-99499) appears at the beginning of the listed procedures. These items are used by most physicians in reporting a significant portion of their services.

## Section Numbers and Their Sequences

| | |
|---|---|
| **Evaluation and Management** | 99201-99499 |
| **Anesthesiology** | 00100-01999, 99100-99140 |
| **Surgery** | 10021-69990 |
| **Radiology (Including Nuclear Medicine and Diagnostic Ultrasound)** | 70010-79999 |
| **Pathology and Laboratory** | 80047-89398 |
| **Medicine (except Anesthesiology)** | 90281-99199, 99500-99607 |

The first and last code numbers and the subsection name of the items appear at the top margin of most pages (eg, "11010-11306 Surgery/Integumentary System"). The continuous pagination of the CPT codebook is found on the lower margin of each page along with explanation of any code symbols that are found on that page.

## Instructions for Use of the CPT Codebook

Select the name of the procedure or service that accurately identifies the service performed. Do not select a CPT code that merely approximates the service provided. If no such specific code exists, then report the service using the appropriate unlisted procedure or service code. In surgery, it may be an operation; in medicine, a diagnostic or therapeutic procedure; in radiology, a radiograph. Other additional procedures performed or pertinent special services are also listed. When necessary, any modifying or extenuating circumstances are added. Any service or procedure should be adequately documented in the medical record.

►It is equally important to recognize that as techniques in medicine and surgery have evolved, new types of services, including minimally invasive surgery, as well as endovascular, percutaneous, and endoscopic interventions have challenged the traditional distinction of Surgery vs Medicine. Thus, the listing of a service or procedure in a specific section of this book should not be interpreted as strictly classifying the service or procedure as "surgery" or "not surgery" for insurance or other purposes. The placement of a given service in a specific section of the book may reflect historical or other considerations (eg, placement of the percutaneous peripheral vascular endovascular interventions in the Surgery/ Cardiovascular System section, while the percutaneous coronary interventions appear in the Medicine/Cardiovascular section).

When advanced practice nurses and physician assistants are working with physicians, they are considered as working in the exact same specialty and exact same subspecialties as the physician. A "physician or other qualified health care professional" is an individual who is qualified by education, training, licensure/regulation (when applicable), and facility privileging (when applicable) who performs a professional service within his/her scope of practice and independently reports that professional service. These professionals are distinct from "clinical staff." A clinical staff member is a person who works under the supervision of a physician or other qualified health care professional and who is allowed by law, regulation, and facility policy to perform or assist in the performance of a specified professional service, but who does not individually report that professional service. Other policies may also affect who may report specific services.◄

Throughout the CPT code set the use of terms such as "physician," "qualified health care professional," or "individual" is not intended to indicate that other entities may not report the service. In selected instances, specific instructions may

Throughout the CPT code set the use of terms such as "physician," "qualified health care professional," or "individual" is not intended to indicate that other entities may not report the service. In selected instances, specific instructions may define a service as limited to professionals or limited to other entities (eg, hospital or home health agency).

Instructions, typically included as parenthetical notes with selected codes, indicate that a code should not be reported with another code or codes. These instructions are intended to prevent errors of significant probability and are not all inclusive. For example, the code with such instructions may be a component of another code and therefore it would be incorrect to report both codes even when the component service is performed. These instructions are not intended as a listing of all possible code combinations that should not be reported, nor do they indicate all possible code combinations that are appropriately reported. When reporting codes for services provided, it is important to assure the accuracy and quality of coding through verification of the intent of the code by use of the related guidelines, parenthetical instructions, and coding resources, including *CPT Assistant* and other publications resulting from collaborative efforts of the American Medical Association with the medical specialty societies (ie, *Clinical Examples in Radiology*).

## Format of the Terminology

The CPT code set has been developed as stand-alone descriptions of medical procedures. However, some of the procedures in the CPT codebook are not printed in their entirety but refer back to a common portion of the procedure listed in a preceding entry. This is evident when an entry is followed by one or more indentations. This is done in an effort to conserve space.

***Example***

**25100** Arthrotomy, wrist joint; with biopsy

**25105** with synovectomy

Note that the common part of code 25100 (the part before the semicolon) should also be considered part of code 25105. Therefore, the full procedure represented by code 25105 should read:

**25105** Arthrotomy, wrist joint; with synovectomy

## Requests to Update the CPT Nomenclature

►The effectiveness of the CPT nomenclature depends on constant updating to reflect changes in medical practice. This can only be accomplished through the interest and timely suggestions of practicing physicians and other qualified health care professionals, specialty/professional societies, state medical associations, organizations, agencies, individual users of the CPT code set, and other stakeholders. Accordingly, the AMA welcomes correspondence, inquiries, and suggestions concerning CPT coding and nomenclature for old and new procedures and services, as well as any matters relating to the CPT code set.

For information on submission of an application to add, delete, or revise codes contained in the CPT code set, please see www.ama-assn.org/go/cpt-processfaq or contact:◄

CPT Editorial Research & Development
American Medical Association
330 North Wabash Avenue
Suite 39300
Chicago IL 60611-5885

►Code change applications are available at the AMA's CPT Web site: www.ama-assn.org/go/cpt-application.

All proposed changes to the CPT code set will be considered by the CPT Editorial Panel, in consultation with medical specialty societies as represented by the CPT Advisory Committee, other health care professional societies as represented by the Health Care Professionals Advisory Committee (HCPAC), and other interested parties.◄

## Application Submission Requirements

►All complete CPT code change applications are reviewed and evaluated by the CPT staff, the CPT/HCPAC Advisory Committee, and the CPT Editorial Panel. Strict conformance with the following is required for review of a code change application:

- Submission of a complete application, including all necessary supporting documents
- Adherence to all posted deadlines
- Cooperation with requests from the CPT staff and/or Editorial Panel members for clarification and information; ***and***
- Compliance with CPT Lobbying Policy◄

## General Criteria for Category I and Category III Codes

►All Category I or Category III code change applications must satisfy each of the following criteria:

- The proposed descriptor is unique, well-defined, and describes a procedure or service that is clearly identified and distinguished from existing procedures and services already in the CPT code set.
- The descriptor structure, guidelines, and instructions are consistent with the current CPT Editorial Panel standards for maintenance of the code set.
- The proposed descriptor for the procedure or service is neither a fragmentation of an existing procedure or service nor currently reportable as a complete service by one or more existing codes (with the exclusion of unlisted codes). However, procedures and services frequently performed together may require new or revised codes.
- The structure and content of the proposed code descriptor accurately reflects the procedure or service as typically performed. If always or frequently performed with one or more other procedures or services, the descriptor structure and content will reflect the typical combination or complete procedure or service.
- The descriptor for the procedure or service is not proposed as a means to report extraordinary circumstances related to

**77331** Special dosimetry (eg, TLD, microdosimetry) (specify), only when prescribed by the treating physician
- *CPT Assistant* Fall 91:13, Oct 97:4
- *Clinical Examples in Radiology* Summer 09:5, 6

**77332** Treatment devices, design and construction; simple (simple block, simple bolus)
- *CPT Assistant* Oct 97:4, Oct 10:3
- *Clinical Examples in Radiology* Summer 07:10, Summer 08:12, Summer 09:6

**77333** intermediate (multiple blocks, stents, bite blocks, special bolus)
- *CPT Assistant* Oct 97:3, Oct 10:3
- *Clinical Examples in Radiology* Summer 07:10, Summer 08:12, Summer 09:6

**77334** complex (irregular blocks, special shields, compensators, wedges, molds or casts)
- *CPT Assistant* Fall 91:14, Oct 97:4, Dec 08:9, Nov 09:3, Oct 10:3, Dec 10:15
- *Clinical Examples in Radiology* Summer 07:9, 10, Summer 08:12, Summer 09:2, 6

**77336** Continuing medical physics consultation, including assessment of treatment parameters, quality assurance of dose delivery, and review of patient treatment documentation in support of the radiation oncologist, reported per week of therapy
- *CPT Assistant* Fall 91:15, Oct 97:4, Nov 98:21, Oct 10:3
- *Clinical Examples in Radiology* Summer 08:12, Summer 09:2, 6

**77338** Multi-leaf collimator (MLC) device(s) for intensity modulated radiation therapy (IMRT), design and construction per IMRT plan
- *CPT Assistant* Oct 10:3, Dec 10:15; *CPT Changes: An Insider's View* 2010

(Do not report 77338 more than once per IMRT plan)

(For immobilization in IMRT treatment, see 77332-77334)

(Do not report 77338 in conjunction with 0073T, compensator based IMRT)

**77370** Special medical radiation physics consultation
- *CPT Assistant* Fall 91:14, Oct 97:4, May 09:8, Oct 10:3
- *Clinical Examples in Radiology* Summer 08:12, Summer 09:6, 9

## Stereotactic Radiation Treatment Delivery

⊙ **77371** Radiation treatment delivery, stereotactic radiosurgery (SRS), complete course of treatment of cranial lesion(s) consisting of 1 session; multi-source Cobalt 60 based
- *CPT Assistant* Mar 07:7, Oct 07:1, Oct 10:3, Jul 11:12; *CPT Changes: An Insider's View* 2007, 2008, 2010
- *Clinical Examples in Radiology* Summer 09:7

**77372** linear accelerator based
- *CPT Assistant* Mar 07:7, Oct 07:1, Oct 10:3, Jul 11:12; *CPT Changes: An Insider's View* 2007, 2008
- *Clinical Examples in Radiology* Summer 09:7

(For radiation treatment management, use 77432)

**77373** Stereotactic body radiation therapy, treatment delivery, per fraction to 1 or more lesions, including image guidance, entire course not to exceed 5 fractions
- *CPT Assistant* Mar 07:7, Oct 07:1, Oct 10:3, Jul 11:12; *CPT Changes: An Insider's View* 2007
- *Clinical Examples in Radiology* Summer 09:7

(Do not report 77373 in conjunction with 77401-77416, 77418)

(For single fraction cranial lesion[s], see 77371, 77372)

## Other Procedures

**77399** Unlisted procedure, medical radiation physics, dosimetry and treatment devices, and special services
- *CPT Assistant* Nov 98:21, Oct 10:3

## Radiation Treatment Delivery

(Radiation treatment delivery [77401-77416] recognizes the technical component and the various energy levels)

(For intra-fraction localization and tracking of target, use 0197T)

**77401** Radiation treatment delivery, superficial and/or ortho voltage
- *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1, Oct 10:3
- *Clinical Examples in Radiology* Summer 08:12, Summer 09:7

**77402** Radiation treatment delivery, single treatment area, single port or parallel opposed ports, simple blocks or no blocks; up to 5 MeV
- *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1, Oct 10:3
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77403** 6-10 MeV
- *CPT Assistant* Apr 03:14, Oct 10:3
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77404** 11-19 MeV
- *CPT Assistant* Apr 03:14, Oct 10:3
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77406** 20 MeV or greater
- *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1, Oct 10:3
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77407** Radiation treatment delivery, 2 separate treatment areas, 3 or more ports on a single treatment area, use of multiple blocks; up to 5 MeV
- *CPT Assistant* Apr 03:14, Aug 03:10, Oct 07:1
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77408** 6-10 MeV
- *CPT Assistant* Apr 03:14
- *Clinical Examples in Radiology* Spring 07:7-9, 12, Summer 08:12, Summer 09:7

**77409** 11-19 MeV
- *CPT Assistant* Apr 03:14
- *Clinical Examples in Radiology* Spring 07:7, Summer 08:12, Summer 09:7



Radiology

**EXHIBIT "B" ASSEMBLY REPORT**

FLORIDA DEPARTMENT OF HEALTH

Bureau of Radiation Control, Radiation Machine Program

# REPORT OF ASSEMBLY OF NON-CERTIFIED X-RAY SYSTEMS

Report of assembly of non-certified x-ray systems (i.e., not reported on FEDERAL FORM FD2579) is applicable to installations or acquisitions from sale, lease, transfer, relocation, or disposal of radiation machines and/or major components. Completing and filing this form to report the assembly or installation of an x-ray system or sub-system is required by State of Florida regulations. Any one engaged in the business of assembling, replacing, or installing one or more components into an x-ray system is considered an assembler and is subject to this requirement. This report MUST BE FILED WITHIN 15 DAYS following the assembly/installation.

4576 4

**Bureau of Radiation Control, Radiation Machine Program**
**705 Wells Rd Ste 300, Orange Park, Florida 32073**
**Phone: (904)278-5730 Fax: (904)278-5737**

2

1. EQUIPMENT LOCATION — DH Registration JR- 45764

| | |
|---|---|
| a. Name of Hospital, Doctor, or Office where installed | Dr. Robert Norman |
| b. Street Address | 8002 Gunn Hwy |
| c. City | Tampa |
| d. State | FL |
| e. Zip Code | 33626 |
| f. Telephone Number | 800-488-7336 |

2. ASSEMBLER INFORMATION — DH Certificate **V-1356**

| | |
|---|---|
| a. Company Name | RbM Services, LLC |
| b. Street Address | 101B Valley Court |
| c. City | Oak Ridge |
| d. State | TN |
| e. Zip Code | 37830 |
| f. Telephone Number | 865-483-0067 |

V1356

3. GENERAL INFORMATION

a. This report is for the assembly of components which are (check the appropriate boxes)
- ☒ A complete x-ray system including an x-ray control, tube housing assembly, beam limiting device and x-ray generator.
- ☐ A replacement of one or more components in an existing system.
- ☐ An addition to an existing system.

b. Intended use(s) (check the applicable boxes)

| | | |
|---|---|---|
| ☐ General Purpose Radiography | ☐ Urology | ☐ Head - Neck (Medical) |
| ☐ General Purpose Fluoroscopy | ☐ Mammography | ☐ Dental - Intraoral |
| ☐ Tomography | ☐ Chest | ☐ Dental - Cephalometric |
| ☐ Angiography | ☐ Chiropractic | ☐ Radiation Therapy Simulator |
| ☐ Podiatry | ☐ Veterinary | ☒ Other (Specify in comments section) |

| c. The X-ray System is (check one) | d. The Master Control is in Room | e. Date of Assembly |
|---|---|---|
| ☐ Stationary ☒ Mobile | Varies | 3/8/11 |

4. COMPONENT INFORMATION

a. The master control is ☒ A New Installation ☐ Existing Installation

| b. Control Manufacturer | c. Control Model Number | D. Control Serial Number |
|---|---|---|
| Topex, Inc. | SRT-100 | S100729 |

e. Complete the following to list how many of each component was installed in this system using the appropriate box.

| | | | |
|---|---|---|---|
| ☒ Beam limiting device 6-10 | ☐ Table | ☒ Tube Housing Assembly (medical) 1 | ☐ Spot Film Device |
| ☒ X-ray control 1 | ☐ Cradle | ☐ Dental Tube Head | ☐ Other (specify below) |
| ☒ High voltage generator 1 | ☐ Film changer | | |
| ☐ Vertical cassette holder | ☐ Image intensifier | | |

RECEIVED
DOH RADIATION CONTROL
MAR 21 2011
X-RAY MACHINE PROGRAM

5. ASSEMBLER CERTIFICATION

I affirm all components assembled or installed by me for which this report is being made, were adjusted and tested by me according to the instructions provided by the manufacturer(s) and were installed in accordance with 404.22 Florida Statutes and the applicable regulations in the Florida Administrative Code.

| a. Printed Name | b. Signature | c. Date |
|---|---|---|
| Tarah K. Bolas | Tarah K Bolas | 3/18/11 |

6. COMMENTS

3b. Intended Use: Other - The SRT100 is a low energy x-ray system intended for superficial radiotherapy treatment of primary malignant epithelial neoplasms of the skin.

3c. Mobile = It is on wheels, not mobile in a vehicle.

4e. Beam limiting device = Depending on the customer order, 6-10 applicators are available for the system.

**EXHIBIT "C" PHYSICIST REPORT**

# **Physicist Report on Radiation Shielding Survey**

For the installation of

Sensus SRT-100
To be used for treating skin cancer patients

Mobile Unit Based at

Dr. Robert A. Norman D.O. P.A.
Dermatology

8002 Gunn Highway
Tampa, Fl. 336626

Phone #: 813 800 7546

Submitted by:

Ken Forster, Ph.D.
ABR Certified Physicist in Therapeutic Radiological Physics
Florida Medical Physics License #TRP0288

**Executive Summary:**

Radiation survey has been done for the safe operation of a Sensus Health superficial X-ray unit (S# 44-S100729 ) at, on March 30th. 2011. Based on measurements taken, and assumptions provided by the Institution (use factor, occupancy factor, and work load), this installation is within radiation safety and legal limits and there is no radiation safety concerns when operating under normal clinical situations. There is no shielding modifications needed based on ALARA principles and all applicable local and federal requirements.

1. Qualification of the experts conducting the radiation survey:

| | |
|---|---|
| 1.1. Name: | Ken Forster, Ph.D. |
| 1.2. Degree: | Doctor of Philosophy in physics |
| 1.3. Certification: | American Board of Radiology; Radiologic Physics, 2002. |
| 1.4. License: | State of Florida Medical Physics license #TRP0288 |

2. Purpose of the report:

This report is a post installation radiation protection survey prior to the clinical use of the Sensus Health superficial X-ray unit (S# 44-S100729 ). The radiation shielding of this room has been designed to house a 100 KVp X-ray source. This report is provided in compliance with the Florida regulations on radiation in the healing arts Chapter 64E-5.

3. Survey instruments::

The X-ray survey instruments used was Fluke 451 calibration date September 27, 2011.

4. Description of the room, date and method of the radiation survey:

4.1 This newly renovated treatment room is located in the back portion of a single story free-standing doctors' office building. The space immediately underneath the treatment room is filled with dirt and this space has no access. The interior walls are lined with 1/16" of lead, and a heavy duty steel door is at the entrance. The room is located in the back of the building and shares walls with the outside, an adjacent OR, and two interior hallways (one with a door).

4.2 The largest collimator was used for testing to yield the maximum transaxial field of view, 100KVp and 10 mA (maximum on this unit) were used.

5. Radiation producing equipment operating limits:

| | |
|---|---|
| 5.1. X-rays | 100 KVp |
| 5.2. Field size | Largest collimator opening (10 cm Cone) |
| 5.3 Work load | Assume 40 patients per day and 90 second beam on per patient (1 hour beam on per day |

| | |
|---|---|
| IDR | instantaneous reading (mR/Hour) |
| U | use factor was 1 for all barriers |
| T | occupancy factor |
| BOF | Fraction of time beam is on for 1 week (40 hour work week) |
| Rw | dose equivalent in one week |
| Ra | dose equivalent in one year |

Rw = IDR *U * T * BOF* Ry = 50*Rw

7. Results:

8.1. Primary barrier evaluation (roof has no access):

| | | inst. exp. rate (μR/hr) | Occupancy Factor | Rweek (mR) | Ryear (mR) |
|---|---|---|---|---|---|
| A | Room Door (hallway) | 250 | 1/16 | <0.08 | 3.9 |
| B | Outside wall | 130 | 1/40 | 0.02 | 1.0 |
| C | Back Hallway | 140 | 1/16 | 0.02 | 1.0 |
| C | Console | 300 | 1.0 | 0.38 | 18.8 |
| D | Adjacent OR | 130 | 1/4 | <0.02 | 4.0 |

note 1: Roof top access is via a ladder that the user needs to supply (there isn't one readily available.) At the time of this report, the group has been notified, both verbally and in writing that a high radiation area be placed such that any worker needing to access the roof is properly warned.

note 2: No roof access was available at the time of this report.

8. Summary:

Radiation survey has been done for the safe operation of a Sensus Health SRT – 100. Based upon measurements taken and calculations commonly applied, and the factors supplied by the Institution, (assumptions such as use factor, occupancy factor, and work load), this installation, when operating under normal clinical situations, is considered to be within radiation safety limits and there is no radiation safety concerns. There is no radiation shielding modifications necessary.

However, in the spirit of ALARA and the facility should clearly label the roof as a radiation area and I suggest also the northern and back walls.

Submitted by:

[signature]

Ken Forster, Ph.D.
FL TRP-288

Date: April 1, 2011.