**UNITED STATES DISCTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA, and**
**THE STATE OF FLORIDA, ex rel,**
**THEODORE A. SCHIFF, M.D.,**

**Plaintiffs,** **Case No. 8:15-cv-1506-T-23AEP**

**v.**

**ROBERT A. NORMAN, D.O.,**
**CAROL NORMAN,**
**ROBERT A. NORMAN, D.O., P.A., a Florida professional association,**
**DERMATOLOGY HEALTHCARE, LLC, a Florida Limited Liability Company,**

**Defendants.**

______________________________________/

**NOTICE OF APPEARANCE OF COUNSEL**

Robert R. Warchola, and the law firm of Shumaker, Loop & Kendrick, LLP, appear in the above-styled action as counsel for Defendants, Robert A. Norman, D.O., Carol Norman, Robert A. Norman, D.O., P.A., and Dermatology Healthcare, LLC, and requests that copies of all notices, pleadings, and proceedings be served upon him.

Respectfully submitted,

/s/ Robert R. Warchola
Robert R. Warchola, Esq.
Florida Bar No. 0517038
rwarchola@slk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602
Telephone No.: (813) 229-7600
Facsimile No.: (813) 229-1660
Attorney for Defendants, Robert A. Norman, D.O., Carol Norman, Robert A. Norman, D.O., P.A., and Dermatology Healthcare, LLC

**CERTIFICATE OF SERVICE**

I CERTIFY that on January 4, 2017, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ Robert R. Warchola____________
Attorney