**UNITED STATES DISCTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA, and**
**THE STATE OF FLORIDA, ex rel,**
**THEODORE A. SCHIFF, M.D.,**

**Plaintiffs,** **Case No. 8:15-cv-1506-T-23AEP**

**v.**

**ROBERT A. NORMAN, D.O.,**
**CAROL NORMAN,**
**ROBERT A. NORMAN, D.O., P.A., a Florida professional association,**
**DERMATOLOGY HEALTHCARE, LLC, a Florida Limited Liability Company,**

**Defendants.**

**_____________________________________/**

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF UNDER THE *QUI TAM* PROVISIONS OF THE FALSE CLAIMS ACT AND DEMAND FOR JURY TRIAL**

Defendants, Robert A. Norman, D.O., Carol Norman, Robert A. Norman, D.O., P.A., and Dermatology Healthcare, LLC, (hereinafter referred to as "Defendants") by and through their undersigned counsel, move this Court, pursuant to Local Rule 1.01(c), Local Rule 3.05(a), and Fed.R.Civ.P. 6(b)(1) for an order enlarging the time period within which to respond or otherwise plead, including, but without limitation raising all defenses under Rule 12, Fed.R.Civ.P., to Plaintiffs' First Amended Complaint For Damages And Other Relief Under The *Qui Tam* Provisions Of The False Claims Act And Demand For Jury Trial ("First Amended Complaint") to and including March 3, 2017, and in support states:

1. The First Amended Complaint, which alleges claims under the Federal False Claims Act, was filed on December 7, 2016.

2. On January 3, 2017, Defendant Carol Norman waived service of the summons.

3. Accordingly, a response to the First Amended Complaint is due by March 3, 2017.

4. The Defendants are currently discussing with the United States of America a possible resolution of the allegations made in this action and those discussions should end by May 15, 2017.

5. The undersigned contacted opposing counsel, and they do not object to the extension.

6. The request for an enlargement of time will not prejudice either party and will provide the time necessary to properly respond to the First Amended Complaint.

7. This motion is not made for the purpose of delay.

WHEREFORE, Defendants respectfully request an enlargement of time to and including May 19, 2017 to respond or otherwise plead to the First Amended Complaint.

**MEMORANDUM OF LEGAL AUTHORITY**

Rule 6, Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good causes, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;…

Fed.R.Civ.P. 6(b)(1)(A).

Respectfully submitted,

/s/ Robert R. Warchola

Robert R. Warchola, Esq.
Florida Bar No. 0517038
rwarchola@slk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602

Telephone No.: (813) 229-7600
Facsimile No.: (813) 229-1660
*Attorney for Defendants, Robert A. Norman, D.O., Carol Norman, Robert A. Norman, D.O., P.A., and Dermatology Healthcare, LLC*

**CERTIFICATE OF SERVICE**

I CERTIFY that on March 2, 2017, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ Robert R. Warchola
Attorney