UNITED STATES
DISTRICT COURT
MIDDLE DISTRICT OF
FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA; and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.

Plaintiffs, Case No. 8:15-cv-1506-T-23AEP

v.

ROBERT A. NORMAN, D.O.,
CAROL NORMAN,
ROBERT A. NORMAN, D.O., P.A., a
Florida
professional association,
DERMATOLOGY HEALTHCARE, LLC, a
Florida Limited Liability Company,

Defendants.
_________________________________/

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Relator Theodore A. Schiff ("Plaintiff"), by and through his undersigned counsel, moves this Court, pursuant to Local Rule 1.01(c) and Fed.R.Civ.P. 6(b)(1) for an order enlarging the time period within which to respond or otherwise plead to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss") to and including July 13, 2017, and in support states:

1. Plaintiffs' First Amended Complaint For Damages And Other Relief Under The Qui Tam Provisions Of The False Claims Act And Demand For Jury Trial ("First Amended Complaint") was filed on December 7, 2016.

2. Defendant's response to the First Amended Complaint was due by March

3, 2017.

3. Defendants requested and were granted two (2) enlargements of time extending a period of more than three (3) months until June 15, 2017 to respond or otherwise plead to the First Amended Complaint.

4. The Defendants' Motion to Dismiss was filed on June 15, 2017.

5. Plaintiff seeks a two (2) week extension for his response due to scheduling conflicts and the complexity of the matters to be addressed.

6. Plaintiff has sought no prior extension with respect to this response.

7. The undersigned contacted opposing counsel, and counsel does not object to the extension request.

8. The enlargement of time will not prejudice any party to this action and will provide Plaintiff with the time necessary to properly respond to the Motion to Dismiss.

9. This motion is not made for the purpose of delay.

WHEREFORE, Plaintiffs respectfully request an enlargement of time to and including July 13, 2017 to respond or otherwise plead to the Motion to Dismiss.

## MEMORANDUM OF LEGAL AUTHORITY

Rule 6, Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good causes, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;…

Fed.R.Civ.P. 6(b)(1)(A).

/s/Lawrence S. Klitzman
Lawrence S. Klitzman, Esquire
(Florida Bar No. 312878)
KLITZMAN LAW GROUP, PLLC
1391 Sawgrass Corporate Parkway
Sunrise, Florida 33323
Tel: (954)-384- 4421
Fax: (954)-389- 3579
lsk@klitzlaw.com

BERGER & MONTAGUE, P.C.
Daniel R. Miller, Esquire
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215)-875- 3000
Fax: (215)-875- 5807

***Attorneys for the Relator***