UNITED STATES
DISTRICT COURT
MIDDLE DISTRICT OF
FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA; and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.

Plaintiffs, Case No. 8:15-cv-1506-T-23AEP

v.

ROBERT A. NORMAN, D.O.,

CAROL NORMAN,
ROBERT A. NORMAN, D.O., P.A., a
Florida
professional association,
DERMATOLOGY HEALTHCARE, LLC, a
Florida Limited Liability Company,

Defendants.
_________________________________/

**CERTIFICATE OF SERVICE FOR DOCKET ENTRY NUMBER 28**

I Certify that on June 23, 2017, I electronically filed Relator's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (D.E. 28) with the Clerk of Court using the CM/ECF system, which sent electronic filing to all counsel of record.

/s/ Lawrence S. Klitzman

Attorney

/s/Lawrence S. Klitzman
Lawrence S. Klitzman, Esquire
(Florida Bar No. 312878)
KLITZMAN LAW GROUP, PLLC
1391 Sawgrass Corporate Parkway
Sunrise, Florida 33323
Tel: (954)-384- 4421
Fax: (954)-389- 3579
lsk@klitzlaw.com

BERGER & MONTAGUE, P.C.
Daniel R. Miller, Esquire
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215)-875- 3000
Fax: (215)-875- 5807

***Attorneys for the Relator***

**CERTIFICATE OF SERVICE**

I Certify that on June 27, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ Lawrence S. Klitzman
Attorney