UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA *ex rel.*
THEODORE A. SCHIFF,

Plaintiffs,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, et al.,

Defendants.
____________________________________/

**ORDER**

Citing Section 3730(c)(3) of the False Claims Act, the United States moves (Doc. 33) to intervene. Rather than append to the motion a proposed complaint, the United States requests leave to submit an amended complaint within thirty days of the order that permits intervention. Because Rule 24(c), Federal Rules of Civil Procedure, requires that a motion to intervene "be accompanied by a pleading that sets out the claim . . . for which intervention is sought" and because the United States fails to submit a pleading, the motion (Doc. 33) to intervene is **DENIED WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on August 21, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE