**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA, FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF FLORIDA, ex rel, THEODORE A. SCHIFF, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. NORMAN, D.O., CAROL NORMAN, ROBERT A. NORMAN, D.O., P.A., a Florida professional association DERMATOLOGY HEALTHCARE, L.L.C., a Florida Limited Liability Company<br><br>Defendants. | CASE NO. 8:15-cv-1506-T-23AEP |

**RELATOR'S CONSENT MOTION FOR ADDITIONAL TIME TO FILE AN AMENDED COMPLAINT**

The Relator, Theodore A. Schiff, M.D. ("Relator") by and through his undersigned counsel and pursuant to Local Rule 1.01(c) and Fed. R. Civ. P. 6(b)(1), hereby moves for an order enlarging the time period within which to file an amended complaint ("Amended Complaint") to March 22, 2018, and in support thereof states:

1. On January 2, 2018, the Court granted Defendants' motion to dismiss [D.E.27] and permitted Relator leave to file an amended complaint on or before January 22, 2018. [D.E. 36].

2. The Order [D.E. 36] also denied Relator's motion to stay consideration of Defendants' motion to dismiss until the United States intervenes.

3. The Relator seeks additional time until March 22, 2018 within which to file its amended complaint.

4. The reason is practical. Relator, the United States, and Defendants are engaged in settlement discussions and may be able to reach a resolution shortly, thus obviating the need for an amended complaint to be filed, and the need to brief another round of motions.

5. The undersigned counsel for Relator has conferred with counsel for Defendants' and Defendants' counsel

agrees that it would be in the best interest of all parties if the period within which Relator may file an amended complaint is extended until March 22, 2018.

6. Accordingly, Relator seeks an extension until March 22, 2018 within which to file his amended complaint.

7. No party will be prejudiced by the granting of the requested extension, and the Court's resources will be better utilized by the granting of this motion.

8. Pursuant to Fed.R.Civ.P. 6(b)(1), the Court may enlarge the time periods prescribed by the Rules for cause shown at any time in its discretion.

9. This motion is not made for the purpose of delay.

WHEREFORE, Relator requests the Court grant its motion to extend the date until which Relator may file an amended complaint in this matter until March 22, 2018, and to grant such other and further relief as the Court deems just and proper.

**MEMORANDUM OF LEGAL AUTHORITY**

Rule 6, Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good causes, extend the time with or without motion or notice of the court acts, or if a request is made, before the original time or its extension expires; …

Fed. R. Civ. P. 6(b)(1)(A).

Dated: January 11, 2018

Respectfully submitted,

By: /Lawrence S. Klitzman/

KLITZMAN LAW GROUP, PLLC
Lawrence S. Klitzman, Esquire
(Florida Bar No. 312878)
1391 Sawgrass Corporate Parkway
Sunrise, Florida 33323
Tel. (954)-384-4421
Fax: (954-389-3579
service@klitzlaw.com

BERGER & MONTAGUE, P.C.
A Pennsylvania Professional Corporation
Daniel R. Miller, Esquire
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-5807

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /Lawrence S. Klitzman/
LAWRENCE S. KLITZMAN