**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA, FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF FLORIDA, ex rel, THEODORE A. SCHIFF, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. NORMAN, D.O., CAROL NORMAN, ROBERT A. NORMAN, D.O., P.A., a Florida professional association DERMATOLOGY HEALTHCARE, L.L.C., a Florida Limited Liability Company<br><br>Defendants. | CASE NO. 8:15-cv-1506-T-23AEP |

**RELATOR'S CONSENT MOTION FOR ADDITIONAL TIME TO FILE AMENDED COMPLAINT**

The Relator, Theodore A. Schiff, M.D. ("Relator") by and through his undersigned counsel and pursuant to Local Rule 1.01(c) and Fed. R. Civ. P. 6(b)(1), hereby moves for an order enlarging the time period within which to file an amended complaint ("Amended Complaint"), and in support thereof states:

1. On January 12, 2018, the Court granted Relator's motion for additional time to file an amended complaint in this action (the "Action") and granted Relator leave to file an amended complaint on or before March 22, 2018. [D.E. 38].

2. On March 19, 2018, the Parties in this Action filed a Joint Notice of Proposed Settlement [D.E. 39] in which the Parties requested the Court administratively close the Action for a period of sixty (60) days to enable the Parties to reach a stipulated form of judgement or order which would conclude the Action.

3. One byproduct of administratively closing this Action is to ensure the Court does not needlessly expend time and valuable judicial resources addressing other matters that would be rendered moot by the Parties' anticipated

settlement, including the filing by Relator of an amended complaint in accordance with D.E. 38 [D.E. 39].

4. The undersigned counsel for Relator has conferred with counsel for Defendants, counsel for the United States, and counsel for State of Florida, and said counsel agree that it would be in the best interest of all parties if the period within which Relator may file an amended complaint is suspended for the period covered by the Notice of Settlement, plus an additional thirty (30) days.

5. Accordingly, Relator respectfully requests that the Court suspend the time for Relator to file an amended complaint in this Action for the period covered by the Notice of Settlement plus a period of an additional thirty (30) days in the event a judgment or ordered disposing of this Action is not entered during the period covered by the Notice of Settlement.

6. No party will be prejudiced by the granting of the requested extension, and the Court's resources will be better utilized by the granting of this motion.

7. Pursuant to Fed.R.Civ.P. 6(b)(1), the Court may enlarge the time periods prescribed by the Rules for cause shown at any time in its discretion.

8. This motion is not made for the purpose of delay.

9. WHEREFORE, Relator requests the Court grant its motion to extend the date until which Relator may file an amended complaint for the period covered by the Notice of Settlement filed in this Action [D.E. 39] plus a period of an additional thirty (30) days in the event a judgment or ordered disposing of this Action is not entered during the period covered by the Notice of Settlement, and to grant such other and further relief as the Court deems just and proper.

## **MEMORANDUM OF LEGAL AUTHORITY**

Rule 6, Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good causes, extend the time with or without motion or notice of the court acts, or if a request is made, before the original time or its extension expires; …

Fed. R. Civ. P. 6(b)(1)(A).

Dated: March --, 2018

Respectfully submitted,

By: /Lawrence S. Klitzman/

KLITZMAN LAW GROUP, PLLC
Lawrence S. Klitzman, Esquire
(Florida Bar No. 312878)
1391 Sawgrass Corporate Parkway
Sunrise, Florida 33323
Tel. (954)-384-4421
Fax: (954-389-3579
service@klitzlaw.com

BERGER & MONTAGUE, P.C.
A Pennsylvania Professional Corporation
Daniel R. Miller, Esquire
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-5807

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /Lawrence S. Klitzman/
LAWRENCE S. KLITZMAN