UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES and
STATE OF FLORIDA *ex rel.*
THEODORE A. SCHIFF,

Plaintiffs,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, et al.,

Defendants.
___________________________________/

**ORDER**

The relator, the defendants, the United States, and the State of Florida announce (Doc. 39) the settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final judgment or dismissal or (2) to move to vacate the dismissal for good cause. No later than **MAY 21, 2018**, the relator may move for a moiety, an attorney's fee, costs, and expenses. Because the parties announce the settlement of the dispute, the motion (Doc. 40) for leave to amend the complaint is **DENIED AS MOOT**.* The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 22, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

* Under Rule 15(a)(2), Federal Rules of Civil Procedure, a plaintiff may amend the complaint without leave if the opposing party consents in writing to the amendment.