UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. Case No. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O., et al.,

Defendants.
_______________________________________/

**JOINT MOTION TO EXTEND THE TIME TO FILE A STIPULATED FORM OF FINAL JUDGMENT OR DIMISSAL OR MOTION TO REOPEN CASE OR MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

The United States of America, the State of Florida, relator Theodore A. Schiff, M.D. ("Relator"), and defendants Robert A. Norman, D.O., Carol Norman, Robert A. Norman, D.O., P.A, and Dermatology Healthcare, LLC ("Defendants") (collectively, "Parties") jointly move this Court to extend the time for Relator to file a motion for attorneys' fees, costs and expenses, and for the Parties to either (1) submit a stipulated form of final judgment or dismissal or (2) move to vacate the dismissal for good cause. In support therefore, the Parties state as follows:

On March 19, 2018, the Parties notified the Court that they had reached a settlement in principle ("FCA Settlement") that was contingent on, among other things, receiving final approval from the officials with the United States and State of

Florida who have the requisite settlement authority. Doc. No. 39. Thereafter, this Court dismissed the case, subject to the rights of the parties, pursuant to Local Rule 3.08(b), to file a motion within sixty (60) days for the purpose of (1) submitting a stipulated form of final judgment or dismissal or (2) moving to vacate the dismissal for good cause. Doc. No. 41. The Court further ordered that the deadline for Relator to move the Court for attorneys' fees, costs and expenses was May 21, 2018. *Id*.

Since that time, the Parties have substantially memorialized their agreement in writing. Because of the number of parties and complexity of the settlement, this process has taken considerable time to amicably memorialize the granular details. The United States and the State of Florida have begun the process of obtaining the requisite approvals from the officials with settlement authority. Moreover, Defendants have been negotiating individual and corporate integrity agreements with counsel from the U.S. Department of Health and Human Services, Office of Inspector General. This process is largely complete but still requires finalization and formal approval. Finally, Relator and Defendants have been working towards resolving any claims of the Relator under 31 U.S.C. § 3730(d) and Fla. Stat. § 68.085 against Defendants for expenses, fees, or costs.

The requested extension will provide the Parties with time to complete the remaining steps necessary to finalize the settlement, which will, hopefully, incorporate a resolution to any claims of the Relator under 31 U.S.C. § 3730(d) and Fla. Stat. § 68.085. An extension will also ensure that the Court does not needlessly

expend time and valuable judicial resources by unnecessarily reopening this case and returning it to Court's active docket.

Accordingly, the Parties jointly move this Court for an additional sixty (60) days from May 21, 2018, to July 20, 2018, for Relator to file a motion for attorneys' fees, costs and expenses, and for the Parties to either (1) submit a stipulated form of final judgment or dismissal or (2) move to vacate the dismissal for good cause, pursuant to Local Rule 3.08(b).

Dated: May 10, 2018

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

/s/ Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6200
Christopher.Emden@usdoj.gov

*Attorneys for the United States of America*

/s/ Rebecca H. Sirkle
REBECCA H. SIRKLE
Assistant Attorney General
Florida Bar No: 0042312
Office of the Attorney General
Medicaid Fraud Control Unit
135 W. Central Blvd.
Orlando, FL 32801
Telephone: 407- 241-5353
Rebecca.Sirkle@myfloridalegal.com

*Attorney for the State of Florida*

LAWRENCE S. KLITZMAN, P.A.

/s/ Lawrence S. Klitzman
LAWRENCE S KLITZMAN
Fla. Bar No. 312878
Sawgrass Commerce Center
1391 Sawgrass Corporate Parkway
Sunrise, FL 33323
Tel: (954) 384-4421
Fax: (954) 389-3579
lsk@klitzlaw.com

BERGER & MONTAGUE, P.C.
Daniel R. Miller
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-5807
Dmiller@bm.net

*Attorneys for Relator*

By: /s/ Robert R. Warchola
Robert R. Warchola, Esq.
Florida Bar Number: 0517038
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone: (813) 229-7600
Fax: (813) 229-1660
rwarchola@slk-law.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on May 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney