UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. Case No. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O., et al.,

Defendants.
________________________________________/

**SECOND JOINT MOTION TO EXTEND THE TIME TO FILE A STIPULATED FORM OF FINAL JUDGMENT OR DISMISSAL OR MOTION TO REOPEN CASE OR MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

The United States of America, the State of Florida, relator Theodore A. Schiff, M.D. ("Relator"), and defendants Robert A. Norman, D.O., Carol Norman, Robert A. Norman, D.O., P.A, and Dermatology Healthcare, LLC ("Defendants") (collectively, "Parties") jointly move this Court to extend the time for Relator to file a motion for attorneys' fees, costs and expenses, and for the Parties to either (1) submit a stipulated form of final judgment or dismissal or (2) move to vacate the dismissal for good cause. The Court previously extended these deadlines to July 20, 2018. The Parties respectfully request a second extension to August 20, 2018, and state as follows:

On March 19, 2018, the Parties notified the Court that they had reached a

settlement in principle ("FCA Settlement") that was contingent on, among other things, receiving final approval from the officials with the United States and State of Florida who have the requisite settlement authority. Doc. No. 39. Thereafter, this Court dismissed the case, subject to the rights of the parties, pursuant to Local Rule 3.08(b), to file a motion within sixty (60) days for the purpose of (1) submitting a stipulated form of final judgment or dismissal or (2) moving to vacate the dismissal for good cause. Doc. No. 41. The Court further ordered that the deadline for Relator to move the Court for attorneys' fees, costs and expenses was May 21, 2018. *Id*. On May 15, 2018, the Court granted the Parties' joint motion for a sixty-day extension of these deadlines to July 20, 2018. Doc No. 43.

During the first extension period, the Parties have finished memorializing their settlement agreement.[1] Because of the number of parties and complexity of the settlement, this process took considerable time to amicably memorialize the granular details. Moreover, Defendants and the U.S. Department of Health and Human Services, Office of Inspector General ("HHS-OIG") have also finished memorializing individual and corporate integrity agreements, which are an integral part of the settlement agreement resolving this case. Now that the Parties have memorialized these agreements, HHS-OIG and the State of Florida may formalize the settlement by obtaining the requisite authority from the individuals with settlement authority. Finally, Relator and Defendants have been working towards

[1] Defendants and Relator are in the process of memorializing a side agreement on one outstanding issue related to the settlement agreement.

resolving any claims of the Relator under 31 U.S.C. § 3730(d) and Fla. Stat. § 68.085 against Defendants for expenses, fees, or costs.

The requested extension will provide the Parties with time to (1) obtain the requisite settlement authority and, then, execute the settlement agreement and associated documents, (2) continue negotiating a resolution of any claims of the Relator under 31 U.S.C. § 3730(d) and Fla. Stat. § 68.085 against Defendants for expenses, fees, or costs, and (3) after execution of the settlement agreement and initial performance by Defendants, file a joint stipulation of dismissal of this case. An extension will also ensure that the Court does not needlessly expend time and valuable judicial resources by unnecessarily reopening this case and returning it to Court's active docket.

Accordingly, the Parties jointly move this Court for an extension of time from July 20, 2018, to August 20, 2018, for Relator to file a motion for attorneys' fees, costs and expenses, and for the Parties to either (1) submit a stipulated form of final judgment or dismissal or (2) move to vacate the dismissal for good cause, pursuant to Local Rule 3.08(b).

Dated: July 17, 2018

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

/s/ Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa Street, Suite 3200

Tampa, FL 33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6200
Christopher.Emden@usdoj.gov

*Attorneys for the United States of America*

/s/ Rebecca H. Sirkle
REBECCA H. SIRKLE
Assistant Attorney General
Florida Bar No: 0042312
Office of the Attorney General
Medicaid Fraud Control Unit
135 W. Central Blvd.
Orlando, FL 32801
Telephone: 407- 241-5353
Rebecca.Sirkle@myfloridalegal.com

*Attorney for the State of Florida*

LAWRENCE S. KLITZMAN, P.A.

/s/ Lawrence S. Klitzman
LAWRENCE S KLITZMAN
Fla. Bar No. 312878
Sawgrass Commerce Center
1391 Sawgrass Corporate Parkway
Sunrise, FL 33323
Tel: (954) 384-4421
Fax: (954) 389-3579
lsk@klitzlaw.com

BERGER & MONTAGUE, P.C.
Daniel R. Miller
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-5807
Dmiller@bm.net

*Attorneys for Relator*

By: /s/ Robert R. Warchola

Robert R. Warchola, Esq.
Florida Bar Number: 0517038
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone: (813) 229-7600
Fax: (813) 229-1660
rwarchola@slk-law.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney