UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA; and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.

Plaintiffs,

v.

Case No. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O.,
CAROL NORMAN,
ROBERT A. NORMAN, D.O., P.A., a Florida
professional association,
DERMATOLOGY HEALTHCARE, LLC, a
Florida Limited Liability Company,

Defendants.
_________________________________/

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

**PLEASE TAKE NOTICE** that the mailing address of Counsel for Relator Theodore A. Schiff's has changed. The new address is Klitzman Law Group, PLLC, 1301 International Parkway, Suite 120, Sunrise, Florida 33323.

**KLITZMAN LAW GROUP, PLLC**
*Attorney for Relator*
*Theodore A. Schiff*

By: ______________________________

Lawrence S. Klitzman, Esquire
For the Firm
Florida Bar No. 312878
1301 International Parkway,
Suite 120
Sunrise, Florida 33323
Telephone: (954) 384-4421
Facsimile: (954) 389-3579

Dated July 31, 2018

**CERTIFICATION OF SERVICE**

I hereby certify that on July 31, 2018, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

Klitzman Law Group, PLLC
Lawrence S. Klitzman
Florida Bar No. 312878
1301 International Parkway,
Suite 120
Sunrise, Florida 33323
Telephone: (954) 384-4421
Facsimile: (954) 389-3579