Exhibit 2 to Klitzman Declaration

Time Records

# Klitzman Law Group, PLLC

Lake Shore Plaza
1301 International Parkway
Suite 120
Sunrise, Florida 33323
(Tel): 954.384.4421
(Fax): 954.389.3579
Visit us on the Web at www.klitzlaw.com


**CONFIDENTIAL and PRIVILEGED**

**USA / Dr. Ted Schiff**
600 Village Square Crossing #101
Palm Beach Gardens, FL 33410

July 19, 2018

12607
Invoice#

---

RE: Robert Norman - Qui Tam

Client ID: 16-127

Professional Services

| | | | Hours |
|---|---|---|---|
| 6/28/2014 | LSK | [redacted] | 0.50 |
| 7/9/2014 | LSK | | 1.00 |
| 11/12/2014 | LSK | review draft complaint | 0.50 |
| 3/3/2015 | ALF | prepare subpoenas; research waiver of service and prepare request for waiver of service and waiver of service | 0.67 |
| 3/6/2015 | LSK | revise Norman Complaint | 2.50 |
| 3/9/2015 | LSK | call with Ted on Norman | 0.17 |
| | LSK | review and revise subpoenas and notice of intent to serve | 2.00 |
| 3/11/2015 | LSK | draft Norman revisions | 2.00 |
| | LSK | call with Ted re: Norman coding | 0.17 |
| 3/12/2015 | LSK | revise complaint; prepare ancillary documents for Norman; call with Dan | 1.50 |
| 3/16/2015 | LSK | revise complaint and pre-filing disclosure Norman | 1.00 |
| 3/18/2015 | LSK | review Norman complaint; numerous emails with Ted and Dan | 0.50 |
| 3/25/2015 | LSK | call with Ted re: Norman filing issues | 0.17 |
| 5/20/2015 | LSK | call with Dan re: Norman | 0.25 |
| 6/11/2015 | LSK | review and revise complaint - Norman | 1.00 |
| 6/18/2015 | GL | review complaint | 0.50 |
| 6/22/2015 | LSK | revise Norman Complaint | 1.00 |
| 6/23/2015 | LSK | call with Ted re: Norman | 0.25 |
| 6/24/2015 | GL | filing motion under seal | 4.75 |
| 9/10/2015 | LSK | review Norman entity; amend complaint; check Sunbiz | 0.75 |
| 9/12/2015 | LSK | revise motion for leave to amend with order and complaint - Norman | 1.00 |
| 10/3/2015 | LSK | prepare for Norman meeting; review amended complaint | 2.00 |
| | LSK | attend Norman relator interview in Tampa | 10.00 |
| 11/3/2015 | LSK | revise letter to Chris Emden | 0.50 |
| 12/21/2015 | LSK | review motion; note to Dan M. | 0.33 |
| 7/8/2016 | LSK | call with Chris Emden | 0.50 |
| | LSK | call with Ted | 0.50 |
| 7/11/2016 | LSK | Phone call with Chris and Dan on extension request | 0.83 |
| 7/28/2016 | LSK | call with Chris Emden; research Norman atty; note to Norman atty | 0.75 |
| 7/29/2016 | LSK | note to Dan M. ; call with [redacted] mobile units | 0.75 |
| 8/3/2016 | LSK | call with Bob Warchola and Dan re: service issues | 0.50 |
| | LSK | call with Clerk re: "promptly" issue; note to Dan | 0.50 |

---

| | | | Hours |
|---|---|---|---|
| 8/4/2016 | LSK | note to Robert Warchola re: Order; note to Chris Emden | 0.50 |
| | LSK | call with Chris Emden | 0.25 |
| 8/5/2016 | LSK | call with associate on investigator; research investigators on line | 0.75 |
| 8/9/2016 | LSK | [redacted] | 0.50 |
| 8/10/2016 | LSK | revise confidentiality agreement | 1.00 |
| 8/12/2016 | LSK | [redacted] | 1.00 |
| 8/24/2016 | LSK | call with Chris Emden; note to Ted; call with Dan M. | 1.00 |
| 9/6/2016 | LSK | review note from [redacted] reply to [redacted]; note to Dan and Ted | 0.50 |
| 9/22/2016 | LSK | internal memo on Norman Amended Complaint - items to include | 0.25 |
| 10/11/2016 | LSK | draft amended complaint; research issues for amended complaint | 10.00 |
| 10/12/2016 | LSK | numerous emails with Dan M. on amended complaint; review summons; internal note on service issues; note to AUSA re: amended complaint; draft amended complaint | 1.00 |
| | LSK | internal Preparation for Norman package and service issues; note to Chris E.; note to Dan M. ; note to process server | 0.75 |
| 10/13/2016 | LSK | call with Robert Warchola re: service; Call with Dan re: service issues; review waiver; call with process server; call with Ted | 1.00 |
| | LSK | revise package and cover letter to Norman atty | 0.50 |
| | ZC | Prepare letter to Norman RE: Waiver of Service of Process | 2.00 |
| 10/19/2016 | LSK | review note from Clerk on Service on entity with name issue | 0.17 |
| 10/25/2016 | LSK | call with Robert Warchola | 0.25 |
| | LSK | note to DM re: conversation with Warchola | 0.17 |
| 10/26/2016 | LSK | call with Dan re: service issues and amending the complaint | 0.33 |
| 11/10/2016 | LSK | call with Chris Emden re: meeting with Norman | 0.50 |
| 11/28/2016 | LSK | review memo from [redacted]; note to Ted re: investigation issues | 0.33 |
| 11/30/2016 | LSK | call with Counsel for Norman re: amended complaint | 0.25 |
| | LSK | revise complaint | 4.67 |
| 12/2/2016 | LSK | revise Norman complaint and prepare for filing | 1.00 |
| 12/6/2016 | LSK | review Norman filing; review rule and re-filing; note to Bob Warchola | 0.75 |
| 12/7/2016 | LSK | review order on motion for leave to amend; upload amended complaint | 0.25 |
| 12/16/2016 | LSK | call with Robert Warchola | 0.17 |
| 12/17/2016 | LSK | note to Dan and Ted re: service and response date | 0.25 |
| | LSK | call with Bob Warchola re: response and service | 0.25 |
| 12/20/2016 | LSK | revise letter to Bob Warchola | 0.25 |
| 1/4/2017 | LSK | note to Robert Warchola re: notice of appearance and waiver of service | 0.25 |
| 4/7/2017 | LSK | call with Chris Emden | 0.33 |
| 5/10/2017 | LSK | emails with AUSA and Warchola on call and status | 0.25 |
| 5/11/2017 | LSK | call with Bob Warchola | 0.25 |
| | LSK | call with Dan re: extension agreement for Norman | 0.25 |
| 6/9/2017 | LSK | note to prosecutor on settlement status | 0.17 |
| | LSK | call with Chris Emden re: update | 0.25 |
| 6/12/2017 | LSK | note to Dan and Ted on call with Chris Emden | 0.25 |
| 6/15/2017 | LSK | note to Chris Emden on Norman update; review reply | 0.17 |
| 6/16/2017 | LSK | call with Ashley on response to MTD | 0.75 |
| 6/18/2017 | ALF | legal research for response to motion to dismiss | 1.75 |
| 6/19/2017 | LSK | call with Ashley re: response on motion to dismiss | 0.75 |
| | LSK | note to Dan Miller re: [redacted] review motion to dismiss | 1.00 |
| | ALF | draft response to motion to dismiss | 5.50 |
| 6/20/2017 | ALF | draft response to motion to dismiss | 2.50 |
| 6/21/2017 | ALF | draft motion for enlargement of time to file response to motion to dismiss | 2.00 |
| 6/22/2017 | LSK | call with Ashley; review and revise motion for enlargement of time; note; note to Bob Warchola on extension; review response to motion to dismiss | 1.00 |
| 6/23/2017 | GL | Phone call with Federal District Court | 2.50 |
| | GL | Preparation and filing of motion to extend time to respond to motion to dismiss | 0.75 |

| | | | Hours |
|---|---|---|---|
| 6/23/2017 | LSK | file motion to dismiss; verify Middle District log in and procedures for filing responses to motion | 1.00 |
| 6/26/2017 | LSK | call with Chris Emden and Randy Harwell | 0.50 |
| | LSK | revise response to motion to dismiss | 0.50 |
| 6/27/2017 | LSK | call with Dan re: Norman response; revise response | 0.75 |
| | GL | Legal Research amended filing certificate of service | 1.41 |
| 6/29/2017 | LSK | call with Dan; review counsel and Relator agreements | 0.67 |
| | ALF | legal research for response to motion to dismiss | 2.00 |
| 6/30/2017 | LSK | review Norman research; [redacted]. | 1.00 |
| | LSK | call with Lane re: [redacted] | 0.25 |
| 7/5/2017 | GL | Research | 0.41 |
| 7/6/2017 | GL | Research | 0.31 |
| | LSK | research [redacted]; numerous emails with Dan on public disclosure issue | 1.50 |
| | GL | Phone call with team | 0.45 |
| 7/7/2017 | GL | Research middle district | 1.96 |
| | GL | Research [redacted] | 4.20 |
| 7/11/2017 | GL | Legal Research [redacted] cited in brief | 1.01 |
| 7/12/2017 | LSK | review and revise Norman response to motion to dismiss; note to Dan and Ted; call with Ashley | 1.00 |
| | GL | Research [redacted] | 0.30 |
| | GL | Research middle district court rules concerning motions to reply | 0.17 |
| 7/13/2017 | GL | Review reponse to motion to dismiss | 1.92 |
| 7/25/2017 | LSK | draft relator and counsel agreements | 1.75 |
| 7/26/2017 | LSK | [redacted] | 0.75 |
| 7/28/2017 | LSK | note to Chris Emden re: update; review reply; review note from Dan; review note from Chris | 0.25 |
| 8/7/2017 | LSK | review note from AUSA on intervention; note to Ted | 0.17 |
| 8/11/2017 | LSK | review common interest agreement; note to Dan Miller on pending motion | 0.25 |
| | LSK | review motion by USA to intervene; note to TAS | 0.25 |
| 8/15/2017 | LSK | review note from Dan M. on motion to stay proceedings | 0.25 |
| 8/16/2017 | LSK | call with Dan Miller re: Norman issues | 0.25 |
| | LSK | [redacted] | 0.50 |
| 8/18/2017 | LSK | review note on State of Florida involvement; note to DM; review file for State of Florida filings | 0.25 |
| 8/22/2017 | LSK | review order denying motion to intervene | 0.17 |
| | LSK | [redacted]; note to DM | 0.25 |
| 8/24/2017 | LSK | note to Robert Warchola re: motion to stay proceedings with respect to MTD | 0.17 |
| 8/28/2017 | GL | Review motion to stay | 0.17 |
| | LSK | note to Robert Warchola on motion to stay; internal note on motion to stay | 0.25 |
| 8/29/2017 | GL | Revise motion to stay to indicate the USA's position | 0.17 |
| 9/6/2017 | LSK | call with Chris Emden | 0.67 |
| | LSK | review and revise motion to stay | 0.25 |
| 9/20/2017 | LSK | draft settlement summary for Ted and Dan | 0.75 |
| 9/21/2017 | LSK | call with Chris Emden and Mike Petron re: Norman | 0.75 |
| 9/22/2017 | GL | research properties offered up for settlement | 0.67 |
| 9/25/2017 | LSK | call with Bob W. on settlement; note to Dan re: call | 0.17 |
| 9/26/2017 | GL | draft property spreadsheet | 0.50 |
| 9/27/2017 | GL | Preparation of title search on settlement properties | 0.33 |
| 9/28/2017 | GL | Research property records in anticipation of settlement | 0.67 |
| | GL | Legal Research Norman Properties | 1.50 |
| | LSK | prepare letter to Robert W. re: property and settlement issues; prepare property spreadsheet; review tax records | 1.50 |
| | LSK | revise Norman attorney's fees and settlement agreement analysis correspondence | 0.50 |
| 9/29/2017 | LSK | review note from DM on fee letter; revise letter; note to RW | 0.50 |
| 10/2/2017 | GL | Phone call with the fund concerning Land-O-Lakes property | 0.17 |
| | GL | review title searches associated with the properties | 1.00 |

## Klitzman Law Group, PLLC



| | | | Hours |
|---|---|---|---|
| 10/3/2017 | LSK | note to Chris Emden on 8001 property; review title search report | 0.17 |
| | GL | Review files from the fund concerning property 10420 | 0.33 |
| | ZC | review note from [redacted]; reply to [redacted] | 0.25 |
| 10/4/2017 | ZC | numerous emails with [redacted] on settlement issues | 0.25 |
| 10/9/2017 | GL | research properties offered in settlement | 0.33 |
| 10/10/2017 | LSK | call with [redacted] note to [redacted] on call; note to [redacted] on time request | 0.25 |
| | LSK | review time and prepare redactions; note to Robert Warchola with time entries | 0.50 |
| 10/11/2017 | LSK | call with [redacted] on Settlement issues | 0.50 |
| 10/12/2017 | LSK | note to Bob W. re: status on fee issue | 0.25 |
| | GL | draft overview of settlement property | 1.17 |
| | LSK | note to [redacted]; review note on new property; note to Florida AG | 0.25 |
| | GL | research new property | 0.33 |
| | LSK | review tax records on new property; note to [redacted] | 0.50 |
| 10/19/2017 | LSK | review note from State of Florida; note to [redacted] | 0.17 |
| 11/17/2017 | LSK | call with [redacted] on status | 0.33 |
| 11/29/2017 | LSK | call with [redacted] re: update | 0.50 |
| | LSK | note to [redacted] with settlement terms | 0.33 |
| 1/2/2018 | GL | research order to dismiss | 0.17 |
| | LSK | review Order; call with [redacted] | 0.50 |
| | GL | research order to dismiss | 0.33 |
| 1/3/2018 | LSK | review note from [redacted] note to [redacted] re: communication with [redacted] | 0.25 |
| | GL | review order to dismiss for 9(b) issues | 0.50 |
| 1/5/2018 | GL | research doctors working at his office | 2.00 |
| 1/8/2018 | GL | research date filed original complaint | 0.17 |
| 1/9/2018 | LSK | call with [redacted] re: complaint- witness allegations | 0.25 |
| 1/10/2018 | LSK | call with Bob Warchola re: extension | 0.25 |
| 1/11/2018 | GL | research middle district rules | 0.50 |
| | GL | file with middle district motion for extension of time to amend | 0.17 |
| | LSK | note to [redacted] on motion; revise form of motion | 0.17 |
| 1/30/2018 | LSK | call with [redacted] and Warchola | 0.50 |
| 2/7/2018 | LSK | Call with [redacted] on settlement update | 0.50 |
| 2/28/2018 | LSK | review and revise consent final judgment and settlement agreement; note to [redacted] | 4.00 |
| 3/5/2018 | LSK | call with [redacted] to discuss settlement terms | 0.75 |
| 3/8/2018 | LSK | call with [redacted] re: Settlement Agreement | 0.50 |
| | GL | review issues with complaint for government | 0.17 |
| | LSK | note to [redacted] requesting information from US records; review dismissal order | 0.25 |
| 3/9/2018 | GL | research response to order to dismiss | 0.50 |
| | LSK | review Order of Dismissal; note to [redacted] re: evidence required to address dismissal | 0.75 |
| | LSK | note to [redacted]; note to State of Florida attorney | 0.25 |
| 3/13/2018 | LSK | revise Norman Settlement Agreement; note to [redacted] | 1.50 |
| 3/16/2018 | LSK | review notice of settlement; note to Dan M.; call with [redacted] | 0.50 |
| | GL | research local rules concerning settlement | 0.50 |
| | LSK | note to [redacted]; revise Notice of Settlement | 0.50 |
| | LSK | revise settlement agreement | 0.50 |
| 3/19/2018 | LSK | review note from [redacted] on Common Interest agreement; review Common Interest Agreement; note to [redacted] | 0.33 |
| | LSK | draft motion for enlargement of time to file amended complaint | 1.00 |
| | LSK | revise motion for enlargement of time; call with [redacted] and Robert Warchola | 0.75 |
| 3/20/2018 | LSK | call [redacted] for consent; revise Motion; file Motion | 0.50 |
| | GL | file consent motion for extension of time | 0.33 |
| 3/21/2018 | LSK | note to [redacted] on status of open issues | 0.17 |
| 4/4/2018 | LSK | call with [redacted] and Robert on fee petition | 0.25 |
| 4/6/2018 | LSK | review note from [redacted]; reply to [redacted] review settlement agreement | 0.25 |
| 4/12/2018 | LSK | review revised settlement agreement and consent judgment; note to [redacted] | 0.50 |
| 4/24/2018 | LSK | call with [redacted] on Settlement Agreement adjustment | 0.25 |

| | | | Hours |
|---|---|---|---|
| 5/6/2018 | LSK | review and revise State of Florida [redacted]; note to [redacted] | 0.50 |
| 5/7/2018 | LSK | review State of Florida [redacted]; note to [redacted]; review [redacted] comments | 0.75 |
| 5/9/2018 | LSK | note to Rebecca re: revised letter; call with [redacted] revise letter | 0.75 |
| | LSK | review joint motion; note to [redacted] with edits | 0.25 |
| 5/10/2018 | LSK | review State of Florida [redacted]; note to [redacted] note to [redacted] | 0.25 |
| 6/8/2018 | LSK | call with Bob Warchola and [redacted] | 0.50 |
| | LSK | review language change by [redacted] note to Bob Warchola; note to [redacted] | 0.33 |
| | LSK | note to Bob Warchola re: non-disclosure language in Settlement Agreement | 0.17 |
| 6/21/2018 | LSK | call with Warchola office; note to [redacted] on call; note to [redacted] | 0.25 |
| 6/28/2018 | LSK | review DE 43; note to [redacted] on fee petition | 0.25 |
| 7/1/2018 | LSK | note to Bob W. on fee petition; note to [redacted] re" expert for fee petition | 0.25 |
| 7/3/2018 | GL | draft [redacted] affidavit | 0.50 |
| | GL | draft verified motion for fees, memo in support, and declaration of Lsk | 2.00 |
| 7/5/2018 | GL | revise [redacted] aff | 0.33 |
| 7/6/2018 | LSK | note to [redacted] on Norman settlement; call with Bob Warchola on settlement; additional note on agreed upon language | 0.25 |
| 7/10/2018 | LSK | note to [redacted] on settlement agreement and extension motion; note to Bob W. | 0.25 |
| 7/11/2018 | LSK | several notes to [redacted] on Settlement Agreement; note to [redacted] note to [redacted] | 0.25 |
| 7/13/2018 | LSK | call with [redacted] on extension and revision to Settlement Agreement | 0.33 |
| | LSK | draft [redacted] | 0.50 |
| 7/16/2018 | LSK | note to [redacted] re: [redacted]; note to [redacted]; note to Bob W. re: [redacted] | 0.50 |
| 7/17/2018 | LSK | review and revise State of Florida [redacted] | 0.50 |
| 7/18/2018 | LSK | draft and revise motion for Relator fees, costs and expenses including memorandum of law and research associated therewith | 10.00 |

| | | Amount |
|---|---|---|
| For professional services rendered | 175.02 | $76,083.26 |

Expenses:

| | | |
|---|---|---|
| 6/24/2015 | delivery cost for sealed file complaint to Clerk, US MiddleCourt | 10.00 |
| | filing fee for sealed filed complaint | 400.00 |
| 7/8/2015 | Norman order and complaint delivery cost to U.S. Attorney's Office, United States Attorney General and State of Florida Attorney General | 30.00 |
| 9/27/2015 | Southwest | 65.00 |
| 9/28/2015 | Priceline | 89.61 |
| 10/3/2015 | hotel and transportation to Tampa and home | 200.00 |
| 10/5/2015 | Weston Harbor Island Tampa | 30.18 |
| 10/13/2016 | delivery and return cost for Shumaker Loop & Kendrick | 50.00 |
| 12/2/2016 | investigator | 187.50 |
| 12/21/2016 | delivery cost to Shumaker Loop & Kendrick | 20.00 |

| | | Amount |
|---|---|---|
| 11/10/2017 | Attorney's Title Fund - lien searches (5). | 950.00 |
| 2/1/2018 | investigative | 562.50 |
| Total costs | | $2,594.79 |
| Total amount of this bill | | $78,678.05 |
| Balance due | | $78,678.05 |

Exhibit 3 to Klitzman Declaration

Recapitulation

**Exhibit 3 Recapitulation**

| Attorney Name | Position | Rate | Hours | Charges |
|---|---|---|---|---|
| Zachary J. Conjeski | Associate | $285.00 | 2.5 | $570.00 |
| Ashley Triay (f/k/a Ashley Fernald) | Associate | $285.00 | 12.67 | $3,610.95 |
| Geoffrey Langbart | Associate | $295.00 | 34.15 | $10,074.25 |
| Lawrence S. Klitzman | Partner | $495.00 | 124.61 | $61,680.56 |
| **Sub-Total** | | | **175.02** | **$76,083.26** |

Exhibit 4 to Klitzman Declaration

Litigation Costs

**Exhibit 4 Klitzman Firm Expense Recapitulation**

| Description | Amount |
|---|---|
| Filing Fees | $400.00 |
| Attorney Travel & Travel Incidentals | $384.79 |
| Private Investigator Costs | $750.00 |
| Delivery Costs | $110.00 |
| Title Search Fees | $950.00 |
| **Sub-Total** | **$2,594.79** |