**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF FLORIDA, ex rel., THEODORE A. SCHIFF, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. NORMAN, D.O., CAROL NORMAN, ROBERT A. NORMAN, D.O., P.A., a Florida professional association, DERMATOLOGY HEALTHCARE, LLC, a Florida Limited Liability Company,<br><br>Defendants. | Case No. 8:15-cv-1506-T-23AEP |

**PLAINTIFF-RELATOR'S UNOPPOSED MOTION TO VACATE DISMISSAL AND REOPEN CASE TO RESOLVE RELATOR'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES AND TO EXTEND THE TIME TO FILE A STIPULATED FORM OF FINAL JUDGMENT OR DISMISSAL**

Relator, Theodore A. Schiff ("Relator"), by and through his undersigned counsel, moves this Court to extend the time for Relator, The United States of America ("USA"), the State of Florida ("Florida"), or defendants Robert A. Norman, D.O. ("Norman"), Carol Norman ("Carol"), Robert A. Norman, D.O., P.A ("Norman P.A."), and Dermatology Healthcare, LLC ("Derm Health") (Norman, Carol, Norman P.A. and Derm Health (collectively referred to as the "Defendants") (Relator, USA, Florida and the Defendants collectively referred to as the "Parties") to either (1) submit a stipulated form of final judgment or dismissal or (2) move to vacate the dismissal for good cause. The Court previously extended these deadlines from May 21, 2018 until July 20 , 2018 [D.E. 43] and from July 20, 2018 until August 20, 2018 [D.E. 45]. Relator respectfully requests a third extension until after the Court decides Relator's motion for attorney's

fees, costs and expenses which was filed on August 16, 2018 [D.E. 47]. Further, Relator respectfully requests the Court to reopen this case for the limited purpose of addressing Relator's pending motion, and states as follows:

1. On March 19, 2018, the Parties in this lawsuit (the "Action") filed a Joint Notice of Proposed Settlement [D.E. 39] in which the Parties requested the Court administratively close the Action for a period of sixty (60) days to enable the Parties to reach a stipulated form of judgment or order which would conclude the Action.

2. On March 22, 2018, the Court entered an order dismissing the Action, giving Relator until May 21, 2018 to file a motion for attorney's fee, costs and expenses. [D.E. 41].

3. On May 10, 2018, the Parties to this Action filed a Joint Motion to further extend the time to file a stipulated form of final judgment or dismissal or motion to reopen the case, and for Relator to file a motion for attorney's fees, costs and expenses. [D.E. 42].

4. On May 14, 2018, the Court entered an Order granting the Joint Motion and therein extended the deadline to July 20, 2018. [D.E. 43].

5. On July 17, 2018, the Parties to this Action filed a second Joint Motion for an Extension of Time to file a stipulated form of final judgment or dismissal or motion to reopen the case, and for Relator to file a motion for attorney's fees, costs and expenses. [D.E. 44].

6. On July 19, 2018, the Court entered an Order granting the Joint Motion and therein extended the deadline to August 20, 2018. [D.E. 45].

7. On August 16, 2018, the Parties executed a settlement agreement (the "Settlement Agreement") resolving Relator's allegations that Defendants violated 31 U.S.C. §3730(b) of the federal False Claims Act and Fla. Stat. §68.082 under the Florida False Claims Act. To evidence that the Settlement Agreement has been entered into, the fully executed

signature page to the Settlement Agreement is attached to this Motion as Exhibit A. As part of the Settlement Agreement, at page 18, in paragraph 26, Defendants "acknowledge[d] Relator's right to Relator's Attorney's Fees, pursuant to 31 U.S.C. § 3730(d) and Fla. Stat. §68.08". Page 18 to the Settlement Agreement is attached to this Motion as Exhibit B.

8. Shortly thereafter, and also on August 16, 2018, Relator filed a Motion for Attorney's Fees for the purpose of establishing the amount of Relator's Attorney's Fees [D.E. 47]. That motion is pending.

9. Relator submits that Relator's undisputed right to attorney's fees and his pending motion for the Court to determine the amount of those fees constitutes "good cause" for the Court to (a) re-open the case to decide the motion; and (b) extend the time referenced in the Court's orders dated March 22, 2018, May 14, 2018, and July 19, 2018 [D.E. 41, 43, and 45, respectively] for any of the Parties to either (1) submit a stipulated form of final judgment or dismissal or (2) move to vacate the dismissal for good cause, pursuant to Local Rule 3.08(b).

10. The requested extension will provide the Parties with time to resolve Relator's claim under 31 U.S.C. § 3730(d) and Fla. Stat. § 68.085 against Defendants for expenses, fees, or costs, and incorporate such resolution into a joint stipulation of dismissal of this case.

11. Accordingly, Relator moves this Court for an Order (a) re-opening this case for the limited purpose of resolving Relator's motion for attorney's fees, costs and expenses; (b) extending the time, until after the disposition of Relator's motion for attorney's fees, costs and expenses, for any of the Parties to either (1) submit a stipulated form of final judgment or dismissal or (2) move to vacate the dismissal for good cause, pursuant to Local Rule 3.08(b); and (c) awarding such further relief as the Court determines is just and equitable.

**MEMORANDUM OF LEGAL AUTHORITY**

Rule 6, Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good causes, extend the time with or without motion or notice of the court acts, or if a request is made, before the original time or its extension expires…

Fed. R. Civ. P. 6(b)(1)(A).

This Motion is timely filed pursuant to the Court's Order of July 19, 2018 [D.E. 45] as was Relator's motion for attorney's fees, costs and expenses [D.E.47]. Accordingly, the relief sought in the within motion should be granted.

**Local Rule 3.01(g) Certification**

The undersigned counsel certifies that he conferred with counsel for Defendants who do not oppose the motion, and with counsel for both the United States and the State of Florida, neither of whom have a position with respect to the motion.

Dated: August 20, 2018

Respectfully submitted,
/s/ *Lawrence S. Klitzman*

Lawrence S. Klitzman
(Florida Bar No. 312878)
KLITZMAN LAW GROUP, PLLC
1391 Sawgrass Corporate Parkway
Sunrise, FL 33323
Tel.: (954) 384-4421
Fax: (954) 389-9579
lsk@klitzlaw.com

-and-

Daniel Miller
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Plaintiff-Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Plaintiff-Relator's unopposed motion to extend the time to file a stipulated form of final judgment or dismissal or motion to reopen case, and memorandum of law in support thereof, to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ *Lawrence S. Klitzman*
Lawrence S. Klitzman

**Exhibit "A"**
**Settlement Agreement Signature Page**

**THE UNITED STATES OF AMERICA**

DATED: 8/16/18 BY: ______________________

CHRISTOPHER J. EMDEN
Assistant United States Attorney
U.S. Attorney's Office for the Middle District of Florida

DATED: 8/01/2018 BY: ______________________

LISA M. RE
Assistant Inspector General for Legal Affairs
Office of Counsel to the Inspector General
Office of Inspector General
United States Department of Health and Human Services

**THE STATE OF FLORIDA**

DATED: __________ BY: ______________________

PATRICIA A. CONNERS
Deputy Attorney General
Florida Office of the Attorney General

**THE UNITED STATES OF AMERICA**

DATED: ________ BY: ______________________

CHRISTOPHER J. EMDEN
Assistant United States Attorney
U.S. Attorney's Office for the Middle District of Florida

DATED: ________ BY: ______________________

LISA M. RE
Assistant Inspector General for Legal Affairs
Office of Counsel to the Inspector General
Office of Inspector General
United States Department of Health and Human Services

**STATE OF FLORIDA**

The State of Florida
Office of the Attorney
Medicaid Fraud Control Unit

By: [signature] Dated: 8/7/18

PATRICIA A. CONNERS
Deputy Attorney General

**DEFENDANTS**

DATED: 8/14/18 BY: ______________________

ROBERT A. NORMAN
Individually and on behalf of
Robert A. Norman, D.O., P.A. and
Dermatology Healthcare, LLC

DATED: 8/14/18 BY: ______________________

CAROL NORMAN
Individually and on behalf of
Dermatology Healthcare, LLC

DATED: 8/15/2018 BY: ______________________

ROBERT R. WARCHOLA
Shumaker, Loop & Kendrick, LLP
Counsel for Robert A Norman, D.O., Carol Norman,
Robert A. Norman, D.O., P.A., and Dermatology
Healthcare, LLC

**RELATOR**

DATED: 7/20/18 BY: ______________________
THEODORE A. SCHIFF, M.D.

DATED: 7/23/18 BY: ______________________
DANIEL MILLER
Berger & Montague, P.C.
Counsel for Relator Theodore A. Schiff, M.D.

DATED: 7/23/18 BY: ______________________
LARRY KLITZMAN
Klitzman Law Group, PLLC
Counsel for Relator Theodore A. Schiff, M.D.

**Exhibit "B"**
**Settlement Agreement – Page 18**

the action, case or proceedings described in the first clause of this Paragraph, and Defendants shall not argue or otherwise contend that the United States' and/or Florida's claims, actions or proceedings are subject to an automatic stay; (ii) Defendants shall not plead, argue or otherwise raise any defenses under the theories of statute of limitations, laches, estoppel or similar theories, to any such civil or administrative claims, actions or proceedings that are brought by the United States within 120 calendar days of written notification to Defendants that the releases have been rescinded pursuant to this Paragraph, except to the extent that such defenses were available on the Effective Date of this Agreement; and (iii) the United States has a valid claim against Defendants in the amount of $3,672,937.82 and the United States may pursue its claim in the case, action or proceeding referenced in the first clause of this Paragraph, as well as in any other case, action or proceeding; and (iv) the State of Florida has a valid claim against Defendants in the amount of $327,062.18 and Florida may pursue its claims in the case, action, or proceeding referenced in the first clause in this Paragraph, as well as in any other case, action or proceeding.

c. Defendants acknowledge that the agreements in this Paragraph are provided in exchange for valuable consideration provided in this Agreement.

25. Upon receipt of the Initial Federal Payment and State Settlement Amount described in Paragraph 1 above, the Parties shall promptly sign and file in the Civil Action a Joint Stipulation of Dismissal of the Civil Action pursuant to Rule 41(a)(1).

26. Each Party shall bear its own legal and other costs incurred in connection with this matter, including the preparation and performance of this Agreement, except that Defendants acknowledge Relator's right to Relator's Attorney's Fees, pursuant to 31 U.S.C. § 3730(d) and Fla Stat. § 68.085. Relator and Defendant will resolve the amount of the Relator's Attorney's Fees by separate agreement.