UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA *ex rel.*
THEODORE A. SCHIFF,

Plaintiffs,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, et al.,

Defendants.
______________________________________/

**ORDER**

The relator's motion (Doc. 47) for an attorney's fee is **STRICKEN**. No later than **AUGUST 29, 2018**, the relator must submit a motion that includes a memorandum of legal authority "in a single document" in accord with Local Rule 3.01. The relator must double-space all text in the motion (using only 2.0 spaces, not 1.9 spaces or less).

ORDERED in Tampa, Florida, on August 24, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE