Exhibit 2

Miller Declaration

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. Case No. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O., et al.,

Defendants.

______________________________________/

**DECLARATION OF DANIEL R. MILLER**

1. I am a shareholder of the law firm Berger & Montague, P.C. (the "Berger Firm"), where I exclusively represent whistleblowers. I graduated with honors from Temple University Law School in 1992. Prior to joining the Berger Firm, I was a Deputy Attorney General for the Delaware Department of Justice for more than 16 years, where I tried more than 125 cases to jury verdict.

2. I have investigated and litigated False Claims Act ("FCA") cases for the past fifteen years, and have played a material role in *qui tam* cases that returned more than $3.5 billion to federal and state taxpayers. I am a past President of the National Association of Medicaid Fraud Control Units, an organization whose members were responsible for securing more than 1,300 criminal convictions and returning more than $1.3 billion to the Medicaid Program during my term.

3. The Berger Firm represents Relator Theodore A. Schiff in the above-captioned FCA litigation.

4. The Berger Firm's FCA practice is national. By way of illustration, we presently represent FCA whistleblowers in federal courts across the country, including in California, Connecticut, the District of Columbia, Florida, Illinois, Maryland, Massachusetts, Minnesota, New Jersey, New Mexico, New York, Nevada, Pennsylvania, Rhode Island, South Carolina, and Texas.

5. The substantive allegations against the defendants in this case ("Defendants") were resolved by virtue of a settlement with the government and Relators of $4 million.

6. Prior to the filing of the instant motion for fees, I attempted to negotiate a resolution of the attorney's fee dispute with opposing counsel.

7. Despite Defendants' obligation to pay attorney's fees, opposing counsel advised me that his client is not willing to pay any money for attorney's fees, thus necessitating this instant motion.

## I. The Berger Firm's Timekeeping and Expense Systems

8. With respect to this case, each member of the Berger Firm prepared daily time records detailing their activities in measurements of one tenth of an hour. These records were generated over the history of this case, and were used to compile a statement which shows all time expended, by person and by date, along with a brief description of the services provided. A separate record of all costs and expenses was also kept.

9. As of August 7, 2018, the total lodestar incurred by the Berger Firm, amounted to $65,443. An exhibit to the Motion contains the time records detailing the work performed in this case, including the names of the attorneys and paralegals, who worked on the case, a brief description of the services provided, the amount of time expended, and a monetary charge for that time based on each individuals' hourly rate.

10. As of August 7, 2018, the total expenses incurred by the Berger Firm amounted to $406. An exhibit to the Motion is a listing of the expenses incurred the Berger Firm in investigating, filing, and litigating this case. These expenses are reasonable out-of-pocket expenses of the same type and charged at the same rate as the Berger Firm routinely charges.

## II. The Berger Firm's Hourly Rates Are Reasonable

11. The Berger Firm is one of the top complex commercial litigation plaintiff's firms in the country. The firm has been in existence for 48 years, and has recovered more than $30 billion for its clients through various sectors of the complex commercial litigation field, including FCA fraud, Securities Fraud, and Anti-trust Violations. *See* https://www.bergermontague.com/ (last visited August 7, 2018).

12. The attorneys that worked on the instant case, and their hourly rates, are listed in the table below, along with each attorney's years of active practice:

| Name | Years Out of Law School | Hourly Rate |
|---|---|---|
| **Attorneys** | | |
| DeSantis, Jonathan | 5 years | $420 |
| Miller, Daniel | 25 years | $725 |
| Vines, Lane | 17 years | $575 |

13. The academic and professional records of each attorney are exemplary. Each attorney focused his or her practice on complex commercial litigation, and the rates charged for each attorney are reasonable given their relative experience, credentials, and professional acumen. By way of illustration, the cogent portions of the biographies of the attorneys listed above are excerpted below (in alphabetical order):

- **Jonathan Z. DeSantis** is an associate in Berger & Montague's Philadelphia office and practices in the firm's Whistleblowers, *Qui Tam* & False Claims Act group, which has collectively recovered more than $3 billion for federal and state governments, as well as

over $500 million dollars for the firm's whistleblower clients. Mr. DeSantis represents whistleblowers in litigation across the county and also actively assists in investigating and evaluating potential whistleblower claims before a lawsuit is filed.

Mr. DeSantis received a B.A. in Criminal Justice from Temple University. While at Temple, Mr. DeSantis served as Student Body Vice President and as president of his fraternity, in addition to receiving several awards for excellence in leadership. He graduated magna cum laude from Stetson University College of Law. During law school, Mr. DeSantis earned book awards for receiving the top grade in several classes and served as a senior associate on the Stetson Law Review. Mr. DeSantis also interned for the Atlantic Center for Capital Representation, a Philadelphia-based non-profit that provides support to attorneys representing capital defendants.

Prior to joining Berger & Montague, Mr. DeSantis clerked for the Honorable Susan C. Bucklew of the United States District Court for the Middle District of Florida and then worked as a commercial litigation associate in a large corporate defense firm.

Mr. DeSantis is admitted to practice in state courts in Pennsylvania and Florida, in addition to the United States District Courts for the Northern District of Florida, Middle District of Florida, and Southern District of Florida.

***

- **Daniel R. Miller** exclusively represents whistleblowers in state and federal False Claim Act cases, and in actions filed with the IRS, SEC, and CFTC.

  Prior to joining Berger Montague, Mr. Miller was a Deputy Attorney General for the Delaware Department of Justice for more than 16 years. He is battle-tested, having tried more than 125 cases to jury verdict.

  Over the past fifteen years, Mr. Miller has served on dozens of litigation and negotiation teams in *qui tam* cases across the country. Collectively, those cases have returned more than $3.5 billion to state and federal treasuries.

  Whistleblower ("*Qui Tam*") cases are complex matters which often require extensive communication and coordination with the United States Department of Justice, local United States Attorneys' Offices, all 50 state Attorneys General Offices, the Federal Bureau of Investigation, the Food and Drug Administration, the Securities and Exchange Commission, the Office of Inspector General, the Internal Revenue Service, and numerous other federal and state agencies. Now in private practice, Mr. Miller is able to provide his clients with extensive trial experience, deep insight into the personnel, structure, and function of these government entities, and a thorough understanding of the investigative sequences utilized by the prosecutors who lead these cases.

  Mr. Miller is a former President of the National Association of Medicaid Fraud Control Units ("NAMFCU"), an organization whose members were responsible for securing more than 1,300 criminal convictions and returning more than $1.3 billion to the Medicaid Program during Mr. Miller's term. As a member of NAMFCU's Global Case Committee,

Mr. Miller routinely worked on large-scale fraud cases. Prior to serving as NAMFCU's President, Mr. Miller was the co-chair of NAMFCU's Qui Tam Subcommittee where he coordinated communications and litigation positions for all states which have enacted False Claims Acts. Through these various roles, Mr. Miller helped execute a multi-year plan to increase the level of state involvement in national fraud investigations and prosecutions.

From 2003 through early 2010, Mr. Miller also served as the Director of the Medicaid Fraud Control Unit in the Delaware Department of Justice. In that capacity, he often served as team leader in coordinating the investigation and prosecution of health care provider fraud – including cases involving physician groups, pharmaceutical companies, nursing homes, and hospitals – with local, state, and federal authorities. These multi-disciplinary teams of government lawyers, investigators, and data analysts returned hundreds of millions of dollars to state and federal governments.

Prior to serving as Director of the Medicaid Fraud Unit, Mr. Miller was a Deputy Attorney General in the Criminal Division of the Delaware Department of Justice. During that time he managed a large caseload and prosecuted hundreds of violent offenders.

Before becoming a prosecutor, Mr. Miller served as a judicial clerk for Delaware Superior Court Judge Susan C. Del Pesco.

Mr. Miller graduated with honors from Temple University Law School in 1992.

***

**Lane L. Vines** practices in the areas of securities/investor fraud, consumer and qui tam litigation. For more than 17 years, Mr. Vines has prosecuted both class action and individual opt-out securities cases for state government entities, public pension funds, and other large investors. Mr. Vines also represents consumers in class actions involving unlawful and deceptive practices, as well as relators in qui tam, whistleblower and False Claims Act litigations. Mr. Vines is admitted to practice law in Pennsylvania, New Jersey and numerous federal courts.

Mr. Vines also has experience in the defense of securities and commercial cases. For example, he was one of the firm's principal attorneys defending a public company which obtained a pre-trial dismissal in full of a proposed securities fraud class action against a gold mining company based in South Africa. See In re DRDGold Ltd. Securities Litigation, 05-cv-5542 (VM), 2007 U.S. Dist. LEXIS 7180 (S.D.N.Y. Jan. 31, 2007).

During law school, Mr. Vines was a member of the Villanova Law Review and served as a Managing Editor of Outside Works. In that role, he selected outside academic articles for publication and oversaw the editorial process through publication.

Mr. Vines has achieved the highest peer rating, "AV Preeminent" in Martindale-Hubbell for legal abilities and ethical standards. Mr. Vines is admitted to practice law in Pennsylvania, New Jersey and several federal courts.

Daniel R. Miller August 27, 2018

Exhibit 1 to Miller Declaration

Time Records

# Berger & Montague, P.C.
ATTORNEYS AT LAW

Lodestar = Current

Sort Options: Employee, Date, Code

Show Detail? Y

## Client Matter Time Report

1/1/1900 - 8/7/2018

Client: 15108 DERMATOLOGIST BILLING
Matter: 00000 DERMATOLOGIST BILLING

| Employee | Date | Task Code | Billed? | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| DXM Miller, Daniel R. | 08/25/2015 | FS | N | 1.00 | $725.00 | Review of complaint; telephone call with government re: status/next steps; telephone call LSK re: same; emails to/from LSK and TS re: next steps |
| DXM Miller, Daniel R. | 09/10/2015 | FS | N | 1.40 | $1,015.00 | Edits to complaint |
| DXM Miller, Daniel R. | 10/05/2015 | DI | N | 1.50 | $1,087.50 | Prep for and participate in relator interview |
| DXM Miller, Daniel R. | 07/08/2016 | FS | N | 0.50 | $362.50 | File review and strategize next steps |
| DXM Miller, Daniel R. | 07/12/2016 | FS | N | 0.20 | $145.00 | Attention to emails to/from government and co-counsel re: intervention |
| DXM Miller, Daniel R. | 07/13/2016 | NS | N | 0.30 | $217.50 | Communicate with AUSA re: next steps |
| DXM Miller, Daniel R. | 07/22/2016 | FS | N | 1.00 | $725.00 | Telephone conference with client re: next steps; review discuss complaint; remail to co-counsel re: next steps |
| DXM Miller, Daniel R. | 08/24/2016 | FS | N | 0.60 | $435.00 | Call with government re: status and next steps; telephone call with LSK re: next steps; review file |
| DXM Miller, Daniel R. | 11/08/2016 | FS | N | 0.50 | $362.50 | Telephone conference with government re: next steps; telephone conference with LSK re: same |
| DXM Miller, Daniel R. | 11/08/2016 | PT | N | 1.50 | $1,087.50 | Edits to motion to amend and amended complaint |
| DXM Miller, Daniel R. | 11/10/2016 | PT | N | 0.60 | $435.00 | Attention to motion to amend complaint |
| DXM Miller, Daniel R. | 11/18/2016 | FS | N | 0.50 | $362.50 | Telephone conference with government re: next steps; telephone conference with LSK re: same (Norman) |
| DXM Miller, Daniel R. | 11/18/2016 | PT | N | 1.50 | $1,087.50 | Edits to motion to amend and amended complaint |
| DXM Miller, Daniel R. | 04/07/2017 | ST | N | 0.40 | $290.00 | File review; telcon with AUSA and LSK re: settlement negotiations |
| DXM Miller, Daniel R. | 05/11/2017 | FS | N | 0.30 | $217.50 | File review; telcon with defense counsel; tct LSK re: stategy. |
| DXM Miller, Daniel R. | 06/20/2017 | PT | N | 1.50 | $1,087.50 | Reiew MTD; research re: Rule 9 (b) |
| DXM Miller, Daniel R. | 06/26/2017 | FS | N | 0.50 | $362.50 | Prepare for and conduct telephone conference with government re: next steps. |
| DXM Miller, Daniel R. | 06/27/2017 | PT | N | 1.50 | $1,087.50 | Review MTD; telephone conference with LV re: opposition; draft NCC memo |

# Client Matter Time Report

1/1/1900 - 8/7/2018

Client: 15108 DERMATOLOGIST BILLING
Matter: 00000 DERMATOLOGIST BILLING

| Employee | Date | Task Code | Billed? | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| DXM Miller, Daniel R. | 06/28/2017 | DI | N | 1.60 | $1,160.00 | Review MTD; mtg with LV re: opposition; collet and review cases. |
| DXM Miller, Daniel R. | 07/06/2017 | PT | N | 1.40 | $1,015.00 | Review cases in prep for MTD; email to team re same; telcon with team re next steps |
| DXM Miller, Daniel R. | 07/11/2017 | PT | N | 1.00 | $725.00 | Reiew MtD; telephone call from LV re: same. |
| DXM Miller, Daniel R. | 07/12/2017 | PT | N | 3.50 | $2,537.50 | Research and edits to MTD opposition. |
| DXM Miller, Daniel R. | 07/21/2017 | NS | N | 0.10 | $72.50 | attn to fee agmt |
| DXM Miller, Daniel R. | 08/16/2017 | FS | N | 0.20 | $145.00 | Telephone call to LSK re: next steps. |
| DXM Miller, Daniel R. | 08/18/2017 | FS | N | 0.20 | $145.00 | Revisions to motion to stay; emails to/from government re: motion to intervene |
| DXM Miller, Daniel R. | 09/06/2017 | ST | N | 0.70 | $507.50 | Telephone conferene with AUSA |
| DXM Miller, Daniel R. | 09/28/2017 | ST | N | 0.50 | $362.50 | Review notes of government call; telephone conference with defense counsel re: settlement. |
| DXM Miller, Daniel R. | 09/29/2017 | ST | N | 0.30 | $217.50 | Review and edits to correspondence |
| DXM Miller, Daniel R. | 10/03/2017 | ST | N | 0.40 | $290.00 | Review of asset correspondence; emails to/from LSK re: next steps |
| DXM Miller, Daniel R. | 10/10/2017 | ST | N | 0.80 | $580.00 | Attention to billing records. |
| DXM Miller, Daniel R. | 10/12/2017 | FS | N | 0.20 | $145.00 | Attention to relator share |
| DXM Miller, Daniel R. | 10/19/2017 | FS | N | 0.30 | $217.50 | Email to AAG re: relator share |
| DXM Miller, Daniel R. | 11/17/2017 | ST | N | 0.50 | $362.50 | Review file; telephone conference with prosecutor |
| DXM Miller, Daniel R. | 11/29/2017 | ST | N | 0.50 | $362.50 | Telephone call from AUSA; emails to/from client re: settlement. |
| DXM Miller, Daniel R. | 01/02/2018 | FS | N | 0.80 | $580.00 | Review MTD; telephone conference with LSK re: same; email to KVH re: data |
| DXM Miller, Daniel R. | 01/03/2018 | FS | N | 0.20 | $145.00 | Email to LSK re next steps |
| DXM Miller, Daniel R. | 01/04/2018 | DI | N | 0.70 | $507.50 | Emails to/from AUSA and AAGs re next steps |
| DXM Miller, Daniel R. | 01/05/2018 | FS | N | 0.50 | $362.50 | Call with AUSA re next steps; emails related to same |
| DXM Miller, Daniel R. | 01/08/2018 | DI | N | 1.20 | $870.00 | Telcon with investigator re potential witnesses; tcf LSK re call with AUSA; call with AUSA re next steps |
| DXM Miller, Daniel R. | 01/09/2018 | DI | N | 0.20 | $145.00 | Prep for and conduct telcon with govt. re next steps |
| DXM Miller, Daniel R. | 01/11/2018 | FS | N | 0.30 | $217.50 | Proposed edits to motion; emails to/from co-counsel re same |
| DXM Miller, Daniel R. | 01/12/2018 | FS | N | 0.50 | $362.50 | Telephone call from LSK re Merryday; email to govt. re next steps |
| DXM Miller, Daniel R. | 01/23/2018 | FS | N | 0.40 | $290.00 | Emails to/from LSK re next steps. |
| DXM Miller, Daniel R. | 01/30/2018 | FS | N | 0.40 | $290.00 | Prep for and conduct call with govt. re next steps. |
| DXM Miller, Daniel R. | 02/07/2018 | ST | N | 0.30 | $217.50 | Telconference with govt re next steps |
| DXM Miller, Daniel R. | 02/26/2018 | ST | N | 1.00 | $725.00 | Edits to settlement agreement. |

# Client Matter Time Report

1/1/1900 - 8/7/2018

Client: 15108 DERMATOLOGIST BILLING
Matter: 00000 DERMATOLOGIST BILLING

| Employee | Date | Task Code | Billed? | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| DXM Miller, Daniel R. | 03/05/2018 | ST | N | 0.90 | $652.50 | Telcon with govt. re settlement agmt revisions; email to AAG Sirkle re relator's share |
| DXM Miller, Daniel R. | 03/19/2018 | ST | N | 1.00 | $725.00 | Review and comment on settlement agmt; review and comment on CIA; execute CIA; edits to motion to extend |
| DXM Miller, Daniel R. | 03/28/2018 | AF | N | 0.50 | $362.50 | Work on time and expense submission |
| DXM Miller, Daniel R. | 04/04/2018 | AF | N | 0.40 | $290.00 | Prep for and conduct telcon with def counsel. |
| DXM Miller, Daniel R. | 04/23/2018 | ST | N | 0.30 | $217.50 | Review latest draft; telcon with govt. re FMAP issue |
| DXM Miller, Daniel R. | 05/07/2018 | ST | N | 0.40 | $290.00 | Edits to draft settlement agreement; emails to/from LSK re same. |
| DXM Miller, Daniel R. | 05/08/2018 | AF | N | 0.80 | $580.00 | Telephone call from LSK re attorneys' fees; Email to def counsel re attys fees; edits to proposed motion to extend |
| DXM Miller, Daniel R. | 05/08/2018 | NS | N | 0.30 | $217.50 | Telephone call from LSK re proposed edits to state settlement letter; telcon with govt re same. |
| DXM Miller, Daniel R. | 05/09/2018 | AT | N | 0.80 | $580.00 | Telephone call from LSK re attorneys' fees; Email to def counsel re attys fees; edits to proposed motion to extend |
| DXM Miller, Daniel R. | 05/09/2018 | ST | N | 0.30 | $217.50 | Telephone call from LSK re proposed edits to state settlement letter; telcon with govt re same. |
| DXM Miller, Daniel R. | 06/07/2018 | AF | N | 0.60 | $435.00 | (Norman 15108)Telephone conferene with defense counsel; telephone conference with LSK; review law on fees. |
| DXM Miller, Daniel R. | 06/08/2018 | FS | N | 0.30 | $217.50 | (Norman) Emails to/from LSK re: confidentiality agreement |
| DXM Miller, Daniel R. | 06/22/2018 | ST | N | 0.20 | $145.00 | (Norman 15108) Telephone conference with defense counsel. |
| DXM Miller, Daniel R. | 06/27/2018 | AF | N | 0.30 | $217.50 | (NORMAN) Emailsto/from LSK re: next steps |
| DXM Miller, Daniel R. | 06/28/2018 | AF | N | 0.50 | $362.50 | (NORMAN) Emails and work on fee petition |
| DXM Miller, Daniel R. | 07/16/2018 | ST | N | 0.50 | $362.50 | Review, execute and trasmit settlement documents |
| DXM Miller, Daniel R. | 07/17/2018 | AF | N | 0.60 | $435.00 | Work on fee petition; emails to/from LSK re: same. |
| **Total for DXM Miller, Daniel R.** | | | | **42.70** | **$30,957.50** | |
| JZD Desantis, Jonathan Z | 02/27/2017 | 1 | N | 2.70 | $1,134.00 | Drafting of memorandum addressing applicability of marking requierment |
| JZD Desantis, Jonathan Z | 08/16/2017 | 3 | N | 1.40 | $588.00 | Preparation of motion to stay consideration of motion to dismiss pending Gov't's filing of complaint-in-intervention |
| JZD Desantis, Jonathan Z | 08/16/2017 | 3 | N | 0.40 | $168.00 | Brief review of cases (complaint, motion to dismiss, response thereto, and Gov't motion to intervene) for use in drafting motion to stay consideration of motion to dismiss |
| JZD Desantis, Jonathan Z | 08/22/2017 | 3 | N | 0.20 | $84.00 | Evaluation of next steps vis a vis Cout's denial without prejudice of Government's motion to intervene |

# Client Matter Time Report

1/1/1900 - 8/7/2018

Client: 15108 DERMATOLOGIST BILLING
Matter: 00000 DERMATOLOGIST BILLING

| Employee | Date | Task Code | Billed? | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| **Total for JZD Desantis, Jonathan Z** | | | | **4.70** | **$1,974.00** | |
| LV Vines, Lane | 06/28/2017 | PT | N | 3.00 | $1,725.00 | Confer w/ DMiller re drafting opposition to MTD, emails re same, review pleadings/filings |
| LV Vines, Lane | 06/29/2017 | PT | N | 3.50 | $2,012.50 | Legal research re opposing defs' motion to dismiss, review casefile |
| LV Vines, Lane | 06/30/2017 | PT | N | 6.50 | $3,737.50 | Legal research re opposing defs' motion to dismiss, draft brief re same, call w/ LKlitzman, email w/ DMiller |
| LV Vines, Lane | 07/05/2017 | PT | N | 8.50 | $4,887.50 | Draft/edit opposition to defs' motion to dismiss, legal research re same |
| LV Vines, Lane | 07/06/2017 | PT | N | 12.20 | $7,015.00 | Draft/edit opposition to defs' motion to dismiss, legal research re same |
| LV Vines, Lane | 07/07/2017 | PT | N | 6.20 | $3,565.00 | Draft/edit opposition to defs' motion to dismiss, legal research re same |
| LV Vines, Lane | 07/08/2017 | PT | N | 2.50 | $1,437.50 | Eraft/edit opposition to MTD, legal research |
| LV Vines, Lane | 07/09/2017 | PT | N | 2.80 | $1,610.00 | Draft/edit opposition to MTD, legal research |
| LV Vines, Lane | 07/10/2017 | PT | N | 6.50 | $3,737.50 | Edit opposition to MTD, legal research, work w/ PFrohbergh re cite check, calls and emails draft brief |
| LV Vines, Lane | 07/11/2017 | PT | N | 0.30 | $172.50 | Edit draft opposition brief to MTD, calls w/ LKlitzman and w/ DMiller |
| LV Vines, Lane | 07/12/2017 | PT | N | 2.50 | $1,437.50 | Edit draft opposition brief to MTD |
| LV Vines, Lane | 07/13/2017 | PT | N | 0.80 | $460.00 | Edit opposition to defs' motion to dismiss, email and call w/ LKlitzman |
| **Total for LV Vines, Lane** | | | | **55.30** | **$31,797.50** | |
| PLF Frohbergh, Patricia L. | 07/10/2017 | PT | N | 2.10 | $714.00 | Cite check, quote check and prepare ToA for MTD opposition. |
| **Total for PLF Frohbergh, Patricia L.** | | | | **2.10** | **$714.00** | |
| **Total 15108/00000** | | | | **104.80** | **$65,443.00** | |

# Client Matter Time Report

1/1/1900 - 8/7/2018

| | Hours | Amount |
|---|---|---|
| Report Totals | 104.80 | $65,443.00 |

Exhibit 2 to Miller Declaration

Expenses

Berger & Montague, P.C.

Expense Activity

1/1/1900 - 8/7/2018

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check Number | Recorded Amount |
|---|---|---|---|---|
| **15108 DERMATOLOGIST BILLING** | | | | |
| 00000 DERMATOLOGIST BILLING | | | DXM | |
| 40 Telephone | | | | |
| | 05/16/2017 | LOOP UP - APRIL 2017 | | 3.35 |
| | 06/08/2017 | LOOP UP - MAY 2017 | | 0.95 |
| | 08/09/2017 | LOOP UP - JULY 2017 | | 1.85 |
| | 10/13/2017 | LOOP UP - SEPT. 2017 | | 2.15 |
| | 12/13/2017 | LOOP-UP - NOV. 2017 | | 6.34 |
| | 12/13/2017 | LOOP-UP - OCT. 2017 | | 1.02 |
| | 02/09/2018 | LOOP-UP - DEC.2017 - JAN.2018 | | 4.55 |
| | 05/02/2018 | LOOP UP - FEB. 2018 | | 1.90 |
| Total 40 Telephone | | | | 22.11 |
| 47 Filing & Misc. Fees | | | | |
| | 08/23/2017 | CLERK, U S DISTRICT COURT; Invoice # 15108-0 DRM PHV; Filing & Misc. Fees 15108-0 Dan Miller PHV Fee | 0 | 150.00 |
| | 08/23/2017 | CLERK, U S DISTRICT COURT; Invoice # 15108-0 LV PHV; Filing & Misc. Fees 15108-0 Lane Vines PHV Fee | 0 | 150.00 |
| | 08/24/2017 | CLERK, U S DISTRICT COURT; Invoice # 15108-0 DRM PHV; Filing & Misc. Fees 15108-0 Dan Miller PHV Fee | 0 | (150.00) |
| | 08/30/2017 | CLERK, U S DISTRICT COURT; Invoice # 15108-0 LV PHV; Filing & Misc. Fees 15108-0 Lane Vines PHV Fee | 0 | (150.00) |
| Total 47 Filing & Misc. Fees | | | | 0.00 |
| 55 Computer Research | | | | |
| | 07/10/2017 | WEST - JUNE 2017 | | 75.98 |
| | 08/01/2017 | WEST - JULY 2017 | | 273.41 |
| | 09/06/2017 | PACER - JUNE 2017 | | 7.10 |
| | 09/06/2017 | PACER - AUG. 2017 | | 1.40 |
| | 09/06/2017 | PACER - JULY 2017 | | 0.60 |
| | 10/18/2017 | LEXIS - JULY 2017 | | 26.26 |
| Total 55 Computer Research | | | | 384.75 |
| Total 00000 DERMATOLOGIST BILLING | | | | 406.86 |
| **Total 15108 DERMATOLOGIST BILLING** | | | | **406.86** |
| **Report Totals** | | | | **406.86** |