Exhibit 3

Kroner Declaration

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. Case No. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O., et al.,

Defendants.

______________________________________/

**DECLARATION OF JONATHAN KRONER**

I, Jonathan Kroner, under penalty of perjury under the laws of the United States, declare that I have personal knowledge of the information contained in this declaration, and that the following is true and correct to the best of that knowledge:

1) I am the managing partner of the law firm Jonathan Kroner Law Office since 1990. I am admitted to practice before this Court. I was admitted to the Federal Bar (Southern District Florida) and the Florida Bar in 1981. I hold professional degrees from the University of Miami (J.D. 1981), Emory University (M.B.A. 1978), and New College of Florida (B.A. 1976).

2) I enjoy a Martindale-Hubbell AV rating and a reputation with lawyers in this district and others for proficiency with the Federal False Claims Act ("FCA"). For 18 years, the principal part of my practice has been Federal False Claims Act litigation. I have

published FCA-related articles in the American Bar Association, Litigation Section, and the False Claims Act & Qui Tam Quarterly Review.

3) My clients' cases have made me very familiar with FCA litigation. *See e.g. United States ex rel. Michael Marine v. HCA-The Healthcare Company et al.*, originally, 97-4368 CIV LENARD (S.D. Fla. 1997), later consolidated to 00-1845 (RCL), and part of 01-MS-50 (RCL) (D.D.C).*United States ex rel. Osheroff v. Tenet HealthCare Corp.*, Docket No. 09-22253-CIV, 2013 U.S. Dist. LEXIS 44235 (S.D. Fla. Mar. 27, 2013); *United States ex rel. Bingham v. BayCare Health Sys.*, Docket No. 8:14-cv-73-T-23EAJ, 2015 U.S. Dist. LEXIS 107220 (M.D. Fla. Aug. 14, 2015); *United States ex rel. Bingham v. HCA, Inc.*, Docket No. 13-23671-Civ-COOKE, 2016 U.S. Dist. LEXIS 10178 (S.D. Fla. Jan. 28, 2016); *United States ex rel Simmons v. Meridian Surgical Partners,* LLC, Docket No. 3-11-0439, 2014 U.S. Dist. LEXIS 71918, at *5 (M.D. Tenn. May 27, 2014); *United States ex rel. Duay v. Tartell,* Docket No. 14-23954-CIV, 2017 U.S. Dist. LEXIS 42404, at *1 (S.D. Fla. Mar. 22, 2017); *United States ex rel. Green v. Institute of Cardiovascular Excellence*, PLLC, Docket No. 5:11-cv-406-Oc-37TBS, 2016 U.S. Dist. LEXIS 64647, at *2 (M.D. Fla. May 16, 2016); *United States ex rel. McDonough v. Colon et al.* 8:10-cv-1889-T-23EAJ (M.D. Fla); *United States ex rel. McDonough v. Koplowitz, Bedside Imaging, et a*l., 10-cv-61570-WPD (S.D. Fla); *United States ex rel. Osheroff v. Humana, Inc.*, 776 F.3d 805 (11th Cir. 2015).

4) My clients' cases have also made me very familiar with the work required in cases in which the Unites States declines to intervene in a case, as was the case here. Litigated cases in which I was sole or lead counsel, or took a significant role include:

- *United States ex rel. Osheroff v. Tenet HealthCare Corp.*, Docket No. 09-22253-CIV, 2013 U.S. Dist. LEXIS 44235 (S.D. Fla. Mar. 27, 2013);
- *United States ex rel. Bingham v. BayCare Health Sys.*, Docket No. 8:14-cv-73-T-23EAJ, 2015 U.S. Dist. LEXIS 107220 (M.D. Fla. Aug. 14, 2015);
- *United States ex rel. Bingham v. HCA, Inc.*, Docket No. 13-23671-Civ-COOKE, 2016 U.S. Dist. LEXIS 10178 (S.D. Fla. Jan. 28, 2016);
- *United States ex rel Simmons v. Meridian Surgical Partners, LLC*, Docket No. 3-11-0439, 2014 U.S. Dist. LEXIS 71918, at *5 (M.D. Tenn. May 27, 2014);
- *United States ex rel. McDonough v. Colon et al.*, 8:10-cv-1889-T-23EAJ (M.D. Fla);
- *United States ex rel. McDonough v. Koplowitz, Bedside Imaging, et al.*, 10-cv-61570-WPD (S.D. Fla).
- *United States ex rel. Osheroff v. Humana, Inc.*, 776 F.3d 805 (11th Cir. 2015).

5) I am personally familiar with reputation of the law firm of Berger & Montague, PC (the "Berger Firm"), and its lead counsel in this case, Daniel Miller. I have known Mr. Miller on a professional basis for approximately eight years. I am also familiar with the work done in this case by the Klitzman Law Group, PLLC (the "Klitzman Firm").

6) Regarding this specific case, I am familiar with the litigation, and the issues presented by this fee petition. I have reviewed the docket, and have reviewed the time records generated by the Berger Firm and the Klitzman Firm. I believe the work performed was reasonable to perform at the time it was performed. In fact, the fees sought in this case are significantly lower than in a typical False Claims Act case such as this one.

7) In terms of the result, the $4 million settlement is an outstanding result for the plaintiff (and the government). There were complicated factual and legal defenses which were compounded by the solvency issues presented by Dr. Norman's personal finances and "ability to pay."

8) I have reviewed the qualifications of the lawyers from the Berger Firm who performed the legal services provided in this case. A summary of their qualifications is provided below (in alphabetical order):

a. Jonathan Z. DeSantis is an associate at the Berger Firm. He graduated from Temple University with honors with a B.A. in criminal justice in 2010, and received his J.D. *magna cum laude* from Stetson University College of Law in 2013. Following law school, he clerked for the Honorable Susan C. Bucklew of the United States District Court for the Middle District of Florida and then worked as a litigation associate at a large commercial defense firm in Tampa, FL. He joined Berger & Montague in September 2016 and practices exclusively in the firm's False Claims Act/whistleblower practice group. He is a member of the Pennsylvania Bar and the Florida Bar.

b. Daniel R. Miller, Shareholder of the Berger Firm, graduated with honors from Temple University Law School in 1992. Prior to joining Berger & Montague, PC, he was a Deputy Attorney General for the Delaware Department of Justice for more than 16 years, where he tried more than 125 cases to jury verdict. Mr. Miller has investigated and litigated False Claims Act cases for the past fifteen years, during which time he played a material role in qui tam cases that returned more than $3 billion to taxpayers. Mr. Miller is a past President of the National Association of Medicaid Fraud Control Units, an organization whose members were responsible for securing more than 1,300 criminal convictions and returning more than $1.3 billion to the Medicaid Program during his term as President. In his seven years in private practice, Mr. Miller has served as lead counsel in cases which have returned over $200 million to state and federal treasuries.

c. Lane L. Vines is Senior Counsel at the Berger Firm. He concentrates his practice on securities/investor fraud, consumer fraud, and qui tam litigation. Mr. Vines graduated from the Villanova University Law School in 1997, where he served on the Villanova Law Review. He is licensed in Pennsylvania and New Jersey and several federal courts, and has been in active litigation practice for over 17 years. Mr. Vines has achieved the highest peer rating, "AV Preeminent" in Martindale-Hubbell.

9) I have reviewed the qualifications of the lawyers from the Klitzman Firm who performed the legal services provided in this case. A summary of their qualifications is provided below (in alphabetical order):

a. Zachary J. Conjeski is a former associate at the Klitzman Firm. He graduated from West Virginia University with a B.A. in political science in 2002, and received his J.D. from Ohio Northern University *with distinction*, in 2005. Following law school, he obtained an LL.M. in taxation from the University of Florida in 2006. He joined the Klitzman firm in 2015.

b. Ashley Fernald is of counsel at the Klitzman Firm. She graduated with a B.A. in International Relations along with Minors in Geography and Criminology as well as Certificates in Middle Eastern Studies and Latin American Studies from Florida International University and her J.D. from Nova Southeastern University School of Law *magna cum laude* in 2013. Following graduation from law school, Ashley obtained an LL.M. in taxation from the University of Florida. She joined the Klitzman Firm in 2014.

c. Lawrence S. Klitzman, is the principal of Klitzman Law Group, PLLC ("Klitzman Firm") founded in 1983. He graduated from the University of Miami School of Law in 1980 and obtained a Masters of Law in Taxation, also from the University of Miami in 1981. He was "of counsel" to the law firm of Gars, Dixon & Shapiro in Miami, Florida

from 1983 through 1991. His practice includes both complex commercial civil litigation including false claims act litigation and transactional work.

d. Geoffrey Langbart is an associate attorney with the Klitzman Firm. He received his J.D. from Nova Southeastern Shepard Broad Law Center, *summa cum laude* in 2016 and an Masters of Law in Taxation from Georgetown University in 2017. His practice includes both complex commercial civil litigation and transactional work. He joined the Klitzman Law Firm in 2015 as a clerk and again in 2017 as an associate.

10) The Berger Firm provided me with the following information regarding the hourly fees charged by the lawyers listed above who worked on the case:

**ATTORNEYS:**

- Jon DeSantis $420.00
- Daniel Miller $725.00
- Lane L. Vines $575.00

11) 'The Klitzman Firm provided me with the following information regarding the hourly fees charged by the lawyers listed above, and certain paralegals who worked on the case:

**ATTORNEYS:**

- Lawrence Klitzman $495.00
- Ashley L. Fernald $285.00

- Zac Conjeski, Associate $285.00
- Geoffrey Langbart $295.00\

12) I am very familiar with the federal court legal market in the Middle District of Florida, including the market as it relates to complex *qui tam* litigation (such as the instant case). My clients' cases in this district, listed in 3 and 4 above, three still-sealed cases (not listed) have also made me familiar with this district. It is my opinion that the hourly rates listed above are equal to, and in many cases less, than the market value of such legal services in this District.

08/27/18

Jonathan Kroner, August 27, 2018
FB 328677