**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF FLORIDA, ex rel., THEODORE A. SCHIFF, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. NORMAN, D.O., CAROL NORMAN, ROBERT A. NORMAN, D.O., P.A., a Florida professional association, DERMATOLOGY HEALTHCARE, LLC, a Florida Limited Liability Company,<br><br>Defendants. | Case No. 8:15-cv-1506-T-23AEP |

**JOINT MOTION TO EXTEND TIME TO FILE**
**A STIPULATED FORM OF FINAL JUDGMENT**

Relator, Theodore A. Schiff ("Relator"), by and through his undersigned counsel, and defendants Robert A. Norman, D.O. ("Norman"), Carol Norman ("Carol"), Robert A. Norman, D.O., P.A ("Norman P.A."), and Dermatology Healthcare, LLC ("Derm Health") (Norman, Carol, Norman P.A. and Derm Health (collectively referred to as the "Defendants"), by and through their undersigned counsel (Relator and the Defendants collectively referred to as the "Parties") jointly move this Court to extend the time for such parties to (1) submit a stipulated form of final judgment or dismissal or (2) move to vacate the dismissal for good cause, which were otherwise due on March 14, 2019 [D.E. 54]. The parties respectfully request an extension to allow the Court to resolve one section of a proposed stipulated form of final judgment with respect to which the parties are in dispute. The language in such final judgment which is in dispute is the following:

> "It is further ordered and adjudged that the Court shall retain jurisdiction with regard to any enforcement proceedings regarding this Final Judgment, or any other proceeding arising under this Final Judgment which will be construed under federal law to the extent applicable and otherwise by the laws of the State of Florida."

Subject to the Court's ruling on inclusion or exclusion of the aforementioned language, the parties stipulate and consent to the form of the final judgment attached as Exhibit "A". Relator contends that inclusion of the foregoing language is appropriate to enable Relator to engage in enforcement proceedings, if required. Defendants object. The parties defer to the Court's determination on this issue.

The need for resolution of this single item constitutes "good cause" for the Court to extend the time referenced in the Court's order dated February 26, 2019 [D.E. 54] for the Parties to either (1) submit a stipulated form of final judgment or dismissal or (2) move to vacate the dismissal for good cause.

The requested extension will provide the parties with time to resolve the sole remaining item in dispute as it relates to the form of the Final Judgment.

Accordingly, the parties jointly move this Court for an Order (i) extending the time to submit a stipulated form of final judgment until at least three (3) days after the Court rules on this motion; and (ii) awarding such further relief as the Court determines is just and equitable.

## MEMORANDUM OF LEGAL AUTHORITY

Rule 6, Federal Rules of Civil Procedure, provides, in relevant part:

> "When an act may or must be done within a specified time, the court may, for good causes, extend the time with or without motion or notice of the court acts, or if a request is made, before the original time or its extension expires…"
> Fed. R. Civ. P. 6(b)(1)(A).

This Motion is timely filed pursuant to the Court's Order of February 26, 2019 [D.E.54]

Accordingly, the relief sought in the within motion should be granted.

Dated: March 14, 2019

Respectfully submitted,

/s/ *Lawrence S. Klitzman*
Lawrence S. Klitzman
(Florida Bar No. 312878)
Klitzman Law Group, PLLC
1301 International Parkway
Suite 120
Sunrise, FL 33323
Tel.: (954) 384-4421
Fax: (954) 389-9579
lsk@klitzlaw.com

-and-

Daniel Miller
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Plaintiff-Relator*

/s/ Robert R. Warchola
Robert R. Warchola, Esq.
Florida Bar Number: 0517038
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone: (813) 229-7600
Fax: (813) 229-1660
rwarchola@slk-law.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Lawrence S. Klitzman*
Lawrence S. Klitzman
Attorney for Relator