UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA *ex rel*
THEODORE A. SCHIFF,

Plaintiff,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, et al.,

Defendants.
_______________________________________/

**ORDER**

Entered after the parties announced (Doc. 39) a settlement, a March 22, 2018 order (Doc. 41) dismisses the action subject to the right of any party within sixty days to submit a stipulated form of final judgment. The relator moved (Doc. 50) for an attorney's fee, and the parties jointly moved (Doc. 48) to extend the time within which to submit a stipulated form of final judgment. A February 26, 2019 order (Doc. 54) resolves the fee motion and permits the parties to submit a stipulated form of final judgment no later than March 14, 2019. The relator moves (Doc. 55) to extend the time within which to submit a stipulated form of final judgment.

The relator states that the parties agree to a stipulated form of final judgment (Doc. 55-1) that awards $78,967.50 to the relator. However, the relator states that

the parties cannot agree whether to include in the stipulation "section (b)," which states that

> It is further ordered and adjudged that the Court shall retain jurisdiction with regard to any enforcement proceedings regarding this Final Judgment, or any other proceeding arising under this Final Judgment which will be construed under federal law to the extent applicable and otherwise by the laws of the State of Florida.

(Doc. 55 at 2, Doc. 55-1 at 2) The relator contends that retaining jurisdiction to enforce judgment "is appropriate to enable [the relator] to engage in enforcement proceedings." The defendants "object." (Doc. 55 at 2) The parties "defer to the Court's determination of this issue." (Doc. 55 at 2)

A supplemental proceeding to enforce a money judgment is available by statute and rule in both federal and state court. A judgment creditor's counsel might consider a thoughtful review of Rule 69, Federal Rules of Civil Procedure. Enforcement of a money judgment requires no order retaining jurisdiction. The motion (Doc. 55) for an extension of time is **GRANTED**. No later than **MARCH 22, 2019**, the parties must stipulate to the proposed form of final judgment (Doc. 55-1), except the parties must omit section (b).

ORDERED in Tampa, Florida, on March 19, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE