UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
and STATE OF FLORIDA,
*ex rel*. THEODORE A. SCHIFF, M.D.,

Plaintiffs,

v. Case No. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O., et al.,

Defendants.
_______________________________________/

**FINAL JUDGMENT**

This matter is before the Court upon the stipulation of Relator, Theodore A. Schiff ("Relator"); Robert A. Norman, D.O. (Norman), Carol Norman (Carol Norman), Robert A. Norman, D.O., P.A. (Norman PA), and Dermatology Healthcare, LLC (Dermatology Healthcare) (collectively, Defendants). Relator and Defendants stipulate to entry of this form final judgment pursuant to and in accordance with the Federal Rules of Civil Procedure 58, and as ordered by this Court on February 26, 2019 in an order (the "Order") granting Relator's Verified Motion to Determine the Amount of Defendants Attorney's Fees, Costs and Expenses Payable under 31 U.S.C §3730(d) and Florida Statutes §68.085(c) (Doc. 54). The Court,

**ORDERS, ADJUDGES AND DECREES** that judgment is entered:

a. in favor of the Relator and against Defendants, jointly and severally; to-wit:

i. Robert A. Norman who resides at 4102 Causeway Visa Dr, Tampa Florida 33615;

ii. Carol Norman who resides at 4102 Causeway Visa Dr, Tampa Florida 33615;

iii. Robert A. Norman, D.O., P.A., a Florida professional association with an address of 8002 Gunn Hwy, Tampa, Florida 33626;

iv. Dermatology Healthcare, LLC a Florida limited liability company with an address of 8002 Gunn Hwy, Tampa, Florida 33626.

in the amount of Seventy-Eight Thousand Nine Hundred Sixty-Seven ($78,967.50) and 50/100 Dollars, together with interest in accordance with 28 U.S.C. §1961 from the date of the entry of this judgment, for which let execution issue forthwith.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this _____ day of ____________________, 2019.

___________________________________
STEVEN D. MERRYDAY
United States District Judge