UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex. rel.* THEODORE A. SCHIFF, M.D.,

Plaintiff,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, *et al.*,

Defendants.
____________________________________/

**ORDER**

In accord with the parties' proposed final judgment (Doc. 58) and the February 26, 2019 order (Doc. 54) awarding an attorney's fee, the clerk is directed to enter judgment in favor of Theodore A. Schiff, M.D., and against

i Robert A. Norman, 4102 Causeway Visa Drive, Tampa, Florida 33615;

ii Carol Norman, 4102 Causeway Visa Drive, Tampa, Florida, 33615;

iii Robert A. Norman, D.O., P.A., 8002 Gunn Highway, Tampa, Florida, 33626; and

iv Dermatology Healthcare, LLC, 8002 Gunn Highway, Tampa, Florida 33626

jointly and severally for $78,967.50, for which amount let execution issue.

ORDERED in Tampa, Florida, on March 22, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE