**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA; and the
STATE OF FLORIDA, *ex. rel.*,
THEODORE A. SCHIFF, M.D.

CASE NO.: 8:15-cv-1506-T-23AEP

Plaintiff,

v.

ROBERT A. NORMAN, D.O.,
CAROL NORMAN,
ROBERT A. NORMAN, D.O.P.A.,
A Florida professional association,
DERMATOLOGY HEALTHCARE, LLC,
A Florida limited liability company,

Defendants.
_______________________________________/

**ANSWER OF THE GARNISHEE, PNC BANK, N.A.**

Garnishee, PNC BANK, N.A. (the "Garnishee"), hereby answers the Writ of Garnishment ("Writ") from Plaintiff, Theodore A. Schiff, M.D., with respect to Robert A. Norman, D.O. (the "Defendant") served upon it on May 9, 2019 as follows:

1. The Garnishee is not indebted to Defendant.

2. The Garnishee was not indebted to the Defendant at the time of service of the Writ, at the time of making this Answer and at all times between such periods.

3. The Garnishee has no tangible or intangible personal property of the Defendant in its possession or control at the time of this Answer, and had no tangible or intangible property of the Defendant in its possession or control at the time of service of the Writ, nor at any time between such periods.

4. The Garnishee does not know of any other person, firm, or corporation indebted to the Defendant or who may have any of the goods and possession of the Defendant in its/their possession or control.

Dated this 28th day of May 2019.

/s/ John W. Landkammer
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**JOHN W. LANDKAMMER, ESQUIRE**
Florida Bar Number: 0675547
jlandkammer@anthonyandpartners.com
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone: 813/273-5616
Telecopier: 813/221-4113
Attorneys for the Garnishee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May 2019, a true and correct copy of the foregoing has been served through the Court's CM/ECF System, via E-Mail, and/or U.S. Mail on the following parties:

Lawrence S. Klitzman, Esquire
Klitzman Law Group, LLC
1301 International Parkway, Suite 120
Sunrise, Florida 33323
LSK@klitzlaw.com

/s/ John W. Landkammer
**ATTORNEY**