**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF FLORIDA, ex rel., THEODORE A. SCHIFF, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. NORMAN, D.O., CAROL NORMAN, ROBERT A. NORMAN, D.O., P.A., a Florida professional association, DERMATOLOGY HEALTHCARE, LLC, a Florida Limited Liability Company,<br><br>Defendants. | ) | Case No. 8:15-cv-1506-T-23AEP |

**FINAL JUDGMENT ORDERING PAYMENT IN GARNISHMENT**

**THIS CAUSE** having come on to be heard upon the joint motion (the "Joint Motion") of Plaintiff/Judgment Creditor, Theodore A. Schiff ("Plaintiff") and Defendant, Dermatology Healthcare, LLC, a Florida limited liability company ("Defendant", together with Plaintiff, collectively the "Parties"), pursuant to Florida Statute §77.081, for entry of a Final Judgment Ordering payment by PNC Bank, N.A. ("Garnishee") of an amount being held pursuant to garnishment proceedings in this action, and the Court having reviewed the amended answer of Garnishee, these proceedings, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. The Parties' Motion be and the same is hereby granted; and

2. Final Judgment is entered in favor of Theodore A. Schiff with an address of c/o Klitzman Law Group, PLLC 1301 International Parkway Suite 120 Sunrise, Florida 33323 and against Garnishee, PNC Bank, N.A. with an address of 201 E. Pine St., Suite 100, Orlando, FL 32801 c/o Anthony & Partners, LLC, 201 N. Franklin St., Suite 2800, Tampa, FL 33602, in the amount of seventy-nine thousand six hundred fifty-eight and 23/100 ($79,658.23) Dollars as of June 3, 2019, plus per diem interest of five and 83/100 ($5.83) Dollars per day until the judgment

is paid in full, but in no circumstance greater than the total amount of $93,697.27 (the amount that Garnishee was indebted to Dermatology Healthcare, LLC), for which let execution issue forthwith.

3. This Final Judgment shall be deemed to have been served upon Garnishee, PNC Bank, N.A. at the time of its entry by the Court, and delivery of a copy to counsel for Garnishee, John W. Landkammer, Esq., Anthony & Partners, LLC, 201 N. Franklin Street, Suite 2800, Tampa, FL 33602.

4. Payment of this Final Judgment by Garnishee may be made to Klitzman Law Group, PLLC on behalf of Plaintiff.

5. The Parties by agreement have waived any right to appeal this Final Judgment.

6. The Court shall retain jurisdiction with regard to any enforcement proceedings regarding this Final Judgment.

DATED this ______ day of ________________ 2019.

_________________________________
United States District Court Judge
State of Florida Middle District