UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA; and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.

Plaintiffs,
v.

Case No. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, D.O.,
CAROL NORMAN,
ROBERT A. NORMAN, D.O., P.A., a Florida professional association,
DERMATOLOGY HEALTHCARE, LLC, a Florida limited liability company,

Defendants.
_______________________________________/

**JUDGMENT CREDITOR'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE A REPLY TO GARNISHEE'S ANSWER TO WRIT OF GARNISHMENT**

Judgment Creditor, Theodore A. Schiff, M.D. ("Plaintiff") by and through his undersigned counsel and pursuant to Local Rule 1.01(c) and Fed. R. Civ. P. 6(b)(1), hereby moves for an order enlarging the time period within which to file a reply (the "Reply") to Garnishee, PNC Bank, National Association's Answer ("Answer") to Plaintiff's Writ of Garnishment against Robert A. Norman, D.O., P.A., a Florida professional association ("Robert A. Norman, D.O., P.A."), and in support thereof states:

1. On March 25, 2019, the Court entered a Judgment in a Civil Case against Robert A. Norman, D.O., P.A.. [D.E. 60].

2. On May 5, 2019, the Court issued a Writ of Garnishment ("Writ") against Robert A. Norman, D.O., P.A.. [D.E. S-65-69].

3. On May 28, 2019, Garnishee filed an answer to the Writ. [D.E. 77].

4. Plaintiff's reply to Garnishee's answer is due on June 17, 2019.

5. Plaintiff and Robert A. Norman D.O., have filed a Joint Motion for a Final Judgment in Garnishment [D.E. 80] which if granted would settle Plaintiff's claim against Robert A. Norman, D.O. P.A. which is the subject of these garnishment proceedings and render the need for Plaintiff to reply to Garnishee's answer hereunder moot.

6. Accordingly, Plaintiff respectfully requests that the Court extend the time for Plaintiff to file a Reply to the Garnishee's answers as they relate to Robert A. Norman D.O. P.A., Carol Norman, and Robert A. Norman, D.O., P.A. for an additional period of twenty (20) days.

7. No party will be prejudiced by the granting of the requested extension, and the Court and the parties' resources will be better utilized by the granting thereof.

8. This motion is not made for the purpose of delay.

9. The undersigned counsel for Plaintiff has conferred with both counsel for Garnishee and counsel for Robert A. Norman, D.O., P.A., together with the other defendants in this proceeding, and said counsel do not oppose this motion.

10. Pursuant to Fed.R.Civ.P. 6(b)(1), the Court may enlarge the time periods prescribed by the Rules for cause shown at any time in its discretion.

**WHEREFORE**, Plaintiff requests the Court grant this motion to extend the date until which Plaintiff may file a reply to Garnishee's answer with respect to Robert A. Norman, D.O., P.A for an additional period of twenty (20) days, and to grant such other and further relief as the Court deems just and proper.

## MEMORANDUM OF LEGAL AUTHORITY

Rule 6, Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good causes, extend the time with or without motion or notice of the court acts, or if a request is made, before the original time or its extension expires; …

Fed. R. Civ. P. 6(b)(1)(A).

For the reasons described in this motion, the requested short extension constitutes good cause as required under the Rule.

Dated: June 17, 2019

Respectfully submitted,

**KLITZMAN LAW GROUP, PLLC**

By: /s/ Lawrence S. Klitzman
Lawrence S. Klitzman, Esquire
Florida Bar No. 312878
1301 International Parkway
Suite 120
Sunrise, Florida 33323
Tel: (954)-384-4421
Lsk@klitzlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 17th day of June, 2019 on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**KLITZMAN LAW GROUP, PLLC**

By: /s/ Lawrence S. Klitzman

Lawrence S. Klitzman, Esquire
Florida Bar No. 312878
1301 International Parkway
Suite 120
Sunrise, Florida 33323
Tel: (954)-384-4421
Lsk@klitzlaw.com
*Attorney for Plaintiff*