UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA; and the
STATE OF FLORIDA, *ex rel.*
THEODORE A. SCHIFF, M.D.

Plaintiffs, Case No. 8:15-cv-1506-T-23AEP
v.

ROBERT A. NORMAN, D.O.,

CAROL NORMAN,
ROBERT A. NORMAN, D.O., P.A., a Florida
professional association,
DERMATOLOGY HEALTHCARE, LLC, a
Florida Limited Liability Company,

Defendants.
_____________________________________________/

**ORDER**

Judgment Creditor, Theodore A. Schiff ("Plaintiff") moved to enlarge the time period within which Plaintiff may file a reply to Garnishee's answer with respect to the writ issued in connection to Robert A. Norman, D.O., P.A for an additional period of twenty (20) days pursuant to Local Rule 1.01(c) and Fed.R.Civ.P. 6(b)(1). The Plaintiffs' motion is **GRANTED**. The Plaintiff may may file a reply to Garnishee's answer with respect to Robert A. Norman, D.O., P.A on or before July 7, 2019.

ORDERED in Tampa, Florida on ___________________, 2019.

_____________________________________
UNITED STATES DISTRICT JUDGE