UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel.* THEODORE A. SCHIFF, M.D.,

Plaintiff,

v. CASE NO. 8:15-cv-1506-T-23AEP

ROBERT A. NORMAN, *et al.*,

Defendants.
______________________________________/

**ORDER**

A March 22, 2019 order (Doc. 59) directs the clerk to enter a $78,967.50 judgment in favor of Theodore Schiff and against the defendants — jointly and severally. A May 20, 2019 order (Doc. 72) grants Schiff's motion (Doc. 72) for a writ of garnishment. PNC Bank answers (Doc. 79) the writ of garnishment and identifies a bank account owing $93,697.27 to Dermatology Healthcare, a defendant.

Schiff and Dermatology Health jointly move (Doc. 80) for a judgment in garnishment against PNC Bank. Because no timely response by PNC Bank appears, the motion is deemed unopposed, and the joint motion (Doc. 80) for judgment in garnishment is **GRANTED**. The clerk is directed to enter judgment in favor of Schiff and against PNC bank in the amount of $78,967.50 plus judgment interest accruing since March 25, 2019. Also, Schiff moves (Doc. 81) unopposed to extend the time

within which to reply to PNC Bank's answer to the writ of garnishment against Robert A. Norman, D.O., P.A. The motion (Doc. 81) is **GRANTED**, and Schiff may reply no later than **JULY 12, 2019**.

ORDERED in Tampa, Florida, on June 24, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE